G. For trial by jury on all issues so triable; and

H. For any other and further relief to which she may be entitled at law or in equity.

Respectfully submitted,

*[signature]*

Kevin L. Murphy (#0021810)
KEVIN L. MURPHY PLLC
2400 Chamber Center Drive, Suite 212
P.O. Box 17534
Fort Mitchell, KY 41017-0534
Telephone: (859) 578-3060
Fax: (859) 578-3061
klmurphy@kevinlmurphylaw.com
*Counsel for Plaintiff*