IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Marie Joseph, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv465 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ronald Joseph, : | |
| : | |
| Defendant(s). : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.

                                                                                                    s/Susan J. Dlott
                                                                                                    Susan J. Dlott
                                                                                                    United States District Court