UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:16cv00465 (WOB)

MARIE JOSEPH                                                    PLAINTIFF

VS.                              O R D E R

RONALD JOSEPH                                                   DEFENDANT

The undersigned Judge hereby recuses himself from further service in the within matter,

**IT IS ORDERED** that this matter be, and it is, hereby referred back to the Clerk of the United States District Court, Western Division, at Cincinnati, for **reassignment.**

This 14th day of April, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge