# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MARIE JOSEPH,**                      Case No. 1:16-CV-00465-TSB

      **Plaintiff,**

                                           (Judge Timothy S. Black)

v.

**RONALD JOSEPH,**
          **Defendant.**

## NOTICE OF APPEARANCE

     James E. Burke of the law firm Keating Muething & Klekamp PLL hereby gives notice of his appearance as trial counsel in this matter for Defendant Ronald Joseph. Counsel's contact information appears below.

                                                 Respectfully submitted,

                                                 */s/ James E. Burke*
                                                 James E. Burke (0032731)
                                                 KEATING MUETHING & KLEKAMP, PLL
                                                 One East Fourth Street, Suite 1400
                                                 Cincinnati, Ohio 45202
                                                 Tel: (513) 579-6400
                                                 Fax: (513) 579-6457
                                                 jburke@kmklaw.com
                                                 *Attorney for Defendant Ronald Joseph*

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF system and, therefore, served upon all parties via their counsel of record this 6th day of May, 2016.

                */s/ James E. Burke*
                James E. Burke (0032731)

6795186.1