UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MARIE JOSEPH,** | : | Case No. 1:16-cv-00465TSB |
| | : | |
| PLAINTIFF, | : | (Judge Timothy S. Black) |
| | : | |
| v. | : | |
| | : | |
| **RONALD JOSEPH,** | : | |
| | : | |
| DEFENDANT. | : | |

**NOTICE OF APPEARANCE of ALI RAZZAGHI,
JAMES C. FROOMAN and STEPHEN R. HERNICK**

Please take notice that Ali Razzaghi, James C. Frooman and Stephen R. Hernick at Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, hereby enter their appearance as co-trial counsel for Defendant Ronald G. Joseph in the above-captioned matter.

Respectfully Submitted,

*/s/ Ali Razzaghi*
Ali Razzaghi (0080927)
James C. Frooman (0046553)
Stephen R. Hernick (0090285)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6844
(513) 651-6981 (fax)
E-mails:  arazzaghi@fbtlaw.com
          jfrooman@fbtlaw.com
          shernick@fbtlaw.com

*Co-Trial Counsel for Defendant Ronald Joseph*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance of Ali Razzaghi, James C. Frooman and Stephen R. Hernick* was filed via the Court's CM/ECF system and, therefore, served upon all parties this 12th day of May, 2016.

                                                  */s/ Ali Razzaghi*
                                                Ali Razzaghi

0108552.0636272   4830-4873-0929v1