UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MARIE JOSEPH,**            Case No. 1:16-CV-00465-TSB

      **Plaintiff,**

                                       (Judge Timothy S. Black)

v.

**RONALD JOSEPH,**
      **Defendant.**

## NOTICE OF APPEARANCE

      Jacob D. Rhode of the law firm Keating Muething & Klekamp PLL hereby gives notice of his appearance as additional trial counsel in this matter for Defendant Ronald Joseph. Counsel's contact information appears below.

                                       Respectfully submitted,

                                       */s/ Jacob D. Rhode*
                                       Jacob D. Rhode (0089636)
                                       KEATING MUETHING & KLEKAMP, PLL
                                       One East Fourth Street, Suite 1400
                                       Cincinnati, Ohio 45202
                                       Tel: (513) 579-6400
                                       Fax: (513) 579-6457
                                       jrhode@kmklaw.com
                                       *Attorney for Defendant Ronald Joseph*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF system and, therefore, served upon all parties via their counsel of record this 13th day of September, 2018.

                                        */s/ Jacob D. Rhode*
                                        Jacob D. Rhode (0089636)

6795186.1

8667051.1