Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

----------------------------------
                            :
MARIE JOSEPH,               :
                            :
      Plaintiff,            :
                            : Case No.
vs.                         : 1:16-cv-00465-
                            : TSB
RONALD JOSEPH,              :
                            :
      Defendant.            :
----------------------------------

Deposition of:  NED R. VAN EMON, CPA
Taken:      By the Plaintiff
            Pursuant to Notice

Date:       October 28, 2016

Time:       Commencing at 8:59 a.m.

Place:      Frost Brown Todd
            3300 Great American Tower
            301 East Fourth Street
            Cincinnati, Ohio  45202

Before:      S. Diane Farrell, RDR, CRR
             Notary Public - State of Ohio

---

Page 2

APPEARANCES:
On behalf of the Plaintiff:
        Kevin L. Murphy, Esq.
          and
        Steven A. Taylor, Esq.
          of
        Murphy Landen Jones PLLC
        2400 Chamber Center Drive
        Suite 200
        Ft. Mitchell, Kentucky  41017-0534
        Phone: (859) 360-1123
        Email: klmurphy@klmurphylaw.com
               staylor@mljfirm.com
On behalf of the Defendant and
   Ned Van Emon:

        James Frooman, Esq.
          of
        Frost Brown Todd
        3300 Great American Tower
        301 East Fourth Street
        Cincinnati, Ohio  45202
        Phone:  (513) 651-6707
        Email: jfrooman@fbtlaw.com
On behalf of the Defendant and
   Ned Van Emon:

        Jacob D. Rhode, Esq.
          of
        Keating Muething & Klekamp PLL
        One East Fourth Street
        Suite 1400
        Cincinnati, Ohio  45202-3752
        Phone: (513) 579-6580
        Email: jrhode@kmklaw.com

           - - -

---

Page 3

            I N D E X
NED R. VAN EMON, CPA                    PAGE
Cross-Examination by Mr. Murphy          4
EXHIBITS               MARKED      REF.
Exhibit 1         14      14
Exhibit 2         15      15
Exhibit 3         27      27
Exhibit 4         30      30
Exhibit 5         34      34
Exhibit 6         36      36
Exhibit 7         43      43
Exhibit 8         54      54
Exhibit 9         58      58
Exhibit 10        60      60

Exhibit 11        64      64
Exhibit 12        84      84
Exhibit 13        112     112
Exhibit 14        113     113
Exhibit 15        115     115
Exhibit 16        122     122
Exhibit 17        129     129
Exhibit 18        132     132
Exhibit 19        167     167

---

Page 4

1              THE VIDEOGRAPHER:  We're on the
2      record 8:59 a.m.
3              NED R. VAN EMON, CPA
4      of lawful age, a witness herein, being first duly
5      sworn as hereinafter certified, was examined and
6      deposed as follows:
7              CROSS-EXAMINATION
8      BY MR. MURPHY:
9          Q.    Good morning, sir.
10         A.    Good morning.
11         Q.    Would you tell me your name and your
12     home address, please?
13         A.    It's Ned Robert Van Emon.  It's V-a-n
14     capital E, m-o-n.  My home address is
15
16         Q.    And did you see that your -- your
17     governor slid off the LaGuardia Airport pad
18     yesterday?
19         A.    I think a lot of people in Indiana
20     would like to see him slide off.
21         Q.    Yeah.  I thought, though, that might
22     be your answer.  Give me the benefit of your
23     education, sir.
24         A.    I have a B.S. from Indianapolis
25     University in Indianapolis.  Graduated in 1978.

LAMPKE COURT REPORTING, INC.  859 261-5544

Page 5

1    Have a CPA certificate.
2        Q.   When you did get your CPA?
3        A.   Early '80s.
4        Q.   When you -- what was your bachelor's
5    in?
6        A.   Bachelor's of science, accounting.
7        Q.   Accounting.
8        A.   Computer science.
9        Q.   All right. After you graduated from
10   college did you go to work?
11       A.   Yes, I did.
12       Q.   Where?
13       A.   I went to work at K.B. Parrish & Co.,
14   a CPA firm in Indianapolis.
15       Q.   And while you were there, you studied
16   and received your CPA, correct?
17       A.   That's correct.
18       Q.   How long were you at K.B. Parrish &
19   Co.?
20       A.   1978 to 2014.
21       Q.   And during that time frame, would you
22   tell me what -- what roles you played, what you did?
23       A.   I was a -- started out as a junior
24   accountant, worked my way up to become a partner in
25   the firm. And the segment of the firm that -- that

Page 6

1    I worked in worked primarily with dealerships, auto
2    dealerships.
3             We had a -- dealers also had a lot of
4    other entities that -- that they had; real estate
5    entities, smaller businesses, things like that, so I
6    had a pretty diverse background in working at the
7    firm, but primarily in later stages it was almost
8    100 percent dealership-related.
9        Q.   During that time frame between 1978
10   and 2014, did you do any work for Ron Joseph and his
11   companies?
12       A.   Yes, we --
13            MR. FROOMAN: Objection.
14       Q.   You can answer.
15            MR. FROOMAN: You can answer.
16       A.   Okay. Yes, we started working with
17   the Joseph Group back in either 1980 r 1981. I'm
18   not quite sure what year it was, but it was one of
19   those two years.
20       Q.   Let me ask you today  is Mr. Frooman
21   representing you today?
22       A.   Yes.
23       Q.   Okay. So you -- the company began
24   working with the Joseph Group '80, '81. Is that
25   when you started with them?

Page 7

1        A.   No, I started in 1978 with -- with --
2        Q.   I'm sorry. That was a bad question.
3    When did you first start doing Joseph-related work
4    at K.B. Parrish?
5        A.   It's either 1980 or '81. I can't
6    recall which year.
7        Q.   And what was the type of work that
8    you did for the Joseph Group?
9        A.   We did --
10            MR. FROOMAN: Objection.
11            MR. MURPHY: That's how he described
12   it. That's what he called it.
13            MR. FROOMAN: I know. And I don't
14   know what we're talking about. So I'm
15   forming an objection.
16       Q.   Okay. You can answer.
17       A.   We prepared financial statements,
18   reviewed financial statements and tax returns;
19   federal, state, local tax returns.
20       Q.   In the '80s, who was your primary
21   contact in preparing these tax returns and financial
22   statements?
23       A.   Lou Rouse.
24       Q.   What position did he hold at that
25   time?

Page 8

1        A.   CFO.
2        Q.   Would you do audits?
3        A.   No.
4        Q.   Did your company do audits?
5        A.   Our company did audits, but we did
6    not do any audits for the Joseph Group.
7        Q.   Do you know who did, if any?
8        A.   I don't believe they had any. They
9    weren't required to have audits. The banks did not
10   require it. The manufacturers did not require
11   audits.
12       Q.   How often would you prepare financial
13   statements? Were they monthly, every other month?
14       A.   We did -- reviewed financial
15   statements as of December 31 of each year.
16       Q.   Okay. Did K.B. Parrish handle all of
17   Ron Joseph's related companies?
18            MR. FROOMAN: Objection.
19       Q.   That one was with emphasis. You can
20   answer.
21       A.   No.
22       Q.   Which ones did you handle?
23       A.   We handled strictly the dealerships.
24       Q.   Any of the real estate?
25       A.   I can't remember, but I'm almost a

2 (Pages 5 to 8)

Page 9

1    hundred percent sure we did not do that.  We were
2    strictly hired to do the dealerships and the related
3    tax returns for the dealerships.
4        Q.    Did that ever change into the '90s
5    and into the 2000s?
6        A.    No.
7        Q.    Did it encompass all the dealerships?
8            MR. FROOMAN:  Objection.
9        A.    Yes.
10        Q.    When K.B. Parrish, while you were
11    there, would bill, send invoices, would they send
12    one invoice for all the Joseph-related companies or
13    would they send separate?
14        A.    Each -- each dealership was billed
15    separately.
16        Q.    And how was K.B. Parrish paid?  Were
17    they paid with one check for all or --
18        A.    Each dealership paid their own bill.
19        Q.    Now, eventually you went to work for
20    Mr. Joseph?
21        A.    Yes.
22            MR. FROOMAN:  Objection.
23        Q.    And what position did you take?
24        A.    CFO.
25        Q.    CFO of what?

Page 10

1        A.    Of the entire organization.
2        Q.    So what would that organization be
3    called?
4            MR. FROOMAN:  Objection.
5        Q.    I mean, who -- who paid your check?
6        A.    Pond Realty.
7        Q.    But you also, as part of your CFO
8    duties, oversaw the dealerships?
9        A.    Yes.
10        Q.    The real estate?
11        A.    Yes.
12        Q.    The leases?
13        A.    Yes.
14        Q.    Who did you report to, sir?
15        A.    Mr. Joseph and Greg Joseph.
16        Q.    What position did Greg Joseph hold?
17            MR. FROOMAN:  Objection.
18        Q.    And with what company?
19            MR. FROOMAN:  Objection.
20            MR. MURPHY:  What's the problem with
21    that question?
22            MR. FROOMAN:  That's a compound
23    question.
24        Q.    Okay.  You can answer.
25        A.    He held a number of positions.  I

Page 11

1    believe he was -- I would have to look at the
2    records to tell you that, because there were --
3        Q.    Okay.
4        A.    He was probably president of Camargo.
5    There are other things that he was involved with.
6        Q.    All right.  Did -- what -- let me
7    start over.
8            What -- what year did you come on
9    board?
10        A.    2014.
11        Q.    And during that time frame that you
12    were CFO, who reported to you?
13        A.    Everybody in the office, the
14    corporate office.  There were at least five people
15    in the corporate office that reported to me.  And
16    then the personnel out at the dealerships would be
17    the general managers, primarily the office managers.
18        Q.    Who were the five people in the
19    corporate office that reported to you?
20        A.    You'd think I'd remember the last
21    names but -- Marietta, Mike Candelaresi, Robin, and
22    Melinda.
23        Q.    Melinda Nau?
24        A.    Melinda Nau.
25        Q.    What's Robin's last name?

Page 12

1        A.    I can't recall.
2        Q.    Okay.  Michael Reesy is the full
3    name?
4        A.    Candelaresi.
5        Q.    Okay.
6        A.    Michael Candelaresi.
7        Q.    All right.  And Marietta?
8        A.    She knows the -- she was the
9    receptionist.
10        Q.    All right.  So when you took this
11    job, did you move down from Indy?
12        A.    I still have my home in Indianapolis.
13    I have an apartment down -- they provide an
14    apartment for me.
15        Q.    Do you still have that apartment?
16        A.    No.
17        Q.    Now, did you become, sir, an officer
18    or director of any of the Joseph companies?
19        A.    Yes.
20        Q.    Which ones and which offices, please?
21            MR. FROOMAN:  Objection.
22        Q.    All right.  Let's start with which
23    ones.  You can answer.
24        A.    Honestly, I can't recall which ones.
25        Q.    All right.  Okay.  Do you know what

3 (Pages 9 to 12)

Page 13

1  offices you held?
2      A.  Primarily secretary-treasurer.
3      Q.  And were you secretary-treasurer of
4  several different companies?
5      A.  Yes.
6      Q.  Companies that sold cars?
7      A.  Yes.
8      Q.  Did you receive any other
9  compensation from any other company besides Pond
10  Realty?
11      A.  No.
12      Q.  Are you a registered agent for any
13  companies that are part of the Joseph Auto Group?
14      A.  Yes.
15      Q.  By the way, I know that you probably
16  went over the ground rules prior to the deposition
17  but if I ever ask you a question that you don't
18  understand, and that's almost guaranteed that I'll
19  botch up a question, you know, once or twice --
20      A.  Okay.
21      Q.  -- you just simply tell me.
22      A.  Yeah.
23      Q.  I'll rephrase.
24      A.  Okay.
25      Q.  And any time you want to take a

Page 14

1  break, let me know, too.
2      A.  Okay.  Thank you.
3      Q.  All right.  Let's mark this as
4  Exhibit 1.
5          (Exhibit 1 was marked for
6          identification.)
7          MR. FROOMAN:  Kevin, there's three
8  different documents here.  Are they all
9  Exhibit 1?
10          MR. TAYLOR:  Yes.
11          MR. MURPHY:  This is --
12          MR. TAYLOR:  It's three separate
13  documents, all one --
14          MR. MURPHY:  Yeah.
15          MR. TAYLOR:  -- exhibit.
16          MR. MURPHY:  Three separate
17  documents.  All one exhibit.
18      Q.  All right.  I've shown you what we've
19  marked as Exhibit 1.  Are you a registered agent for
20  any of these companies that are a part of the Joseph
21  Auto Group?
22          MR. FROOMAN:  Objection.
23      Q.  In other words, on this first page,
24  do you see where it says
25  "Agent/Registrant/Incorporator Name"?

Page 15

1      A.  Yes.
2      Q.  Is it accurate that you were the --
3  were the agent --
4      A.  Yes.
5      Q.  -- of these companies?  Okay.  Would
6  you agree, sir, that several of these companies have
7  the same address but different named addressees for
8  the return?
9      A.  Yes.
10          MR. MURPHY:  Exhibit 2.
11      Q.  Now, you've also filed fictitious
12  names for various companies, correct?
13      A.  Yes.
14          (Exhibit 2 was marked for
15          identification.)
16      Q.  All right.  Here's Exhibit 2.  Do you
17  recognize these documents?
18          MR. FROOMAN:  Objection.
19      A.  Yes.
20          MR. FROOMAN:  Can you do something
21  to -- to maybe identify Exhibit 2 other than
22  "these documents," just for the record?
23          MR. MURPHY:  Well, they have -- they
24  have a stamp that says 2 on them.  On page 1
25  you'll see it says "State of Ohio

Page 16

1  Certificate."  It says, Joseph Auto Group,
2  250 East Fifth Street."
3      Q.  Do you see that on page 1, sir?
4      A.  Yes.
5      Q.  And it has -- starts with a Bates
6  number of 2616 on the right side.  You'll see
7  "Columbia Motors" here on page 1, and it lists "250
8  East Fifth Street."  Do you see that?
9      A.  Yes.
10      Q.  All right.  And if you turn a couple
11  of pages, you'll see "Columbia Hyundai."
12      A.  Yes.
13      Q.  All right.  That, too, has the
14  address of "Joseph Auto Group, 250 East Fifth
15  Street."  Do you see that?
16      A.  Yes.
17      Q.  "Columbia Acura," you'll see
18  "Fictitious Name Renewal" on 2622.  That, too, has
19  "Joseph Auto Group, 250 East Fifth Street"?
20      A.  Yes.
21      Q.  "Joseph Toyota of Cincinnati" on this
22  one, 3090.  You'll see it's listed up top, "Columbia
23  Development, Attention:  Ned Van Emon, 250 East
24  Fifth Street."  Do you see that?
25      A.  Yes.

4  (Pages 13 to 16)

Page 17

1    Q.   Do all of these companies operate out
2  of 250 East Fifth Street?
3        MR. FROOMAN:  Objection.
4    Q.   You can answer.
5    A.   No.
6    Q.   Why do they all have the same
7  address?
8    A.   I can't answer that.
9    Q.   Is that the way it was when you were
10  at the accounting firm?
11    A.   Yes.
12    Q.   Did you ever advise Mr. Joseph or
13  anybody at any of these companies that they should
14  do this, have it all come out of the same address?
15        MR. FROOMAN:  Objection.
16    A.   I did not advise.
17    Q.   Okay.  You'll see the next one,
18  "Capitol Cadillac."
19        MR. FROOMAN:  What's the next one?
20  I -- it would be helpful, Kevin -- this is a
21  stack of I don't know how many pages.  I
22  thumbed through them.  They're not even all
23  sequentially Bates stamp numbers.  There's
24  others interspersed here.
25        I don't know what -- how many pages.

Page 18

1        And just for purpose of the record, as you
2  do it, if there's some way you can identify
3  them so we can know what we're talking about
4  later, that would be helpful.
5        MR. MURPHY:  Duly noted.
6    Q.   You see the one that says, "State of
7  Ohio Certificate, Capitol Cadillac, Fictitious Name
8  Renewal"?
9    A.   Yes.
10        MR. FROOMAN:  Which one are you on?
11  I mean, where?  Which -- which number in the
12  stack of exhibits or what Bates stamped
13  number?  I'm trying to follow you as you go
14  through these questions.
15    Q.   You see it, right, sir?
16    A.   Yeah.
17    Q.   Yeah.  Okay.  That has "250 East
18  Fifth Street" as well.
19        MR. FROOMAN:  I don't see it.  Which
20  one are you on, Kevin?  I'm trying to stay
21  up with you.
22        MR. MURPHY:  It was the next one in
23  line.  All you had to do was flip it, and it
24  was the next one in line, so you're --
25        MR. FROOMAN:  Okay.  I found it.

Page 19

1        MR. MURPHY:  Very good.
2    Q.   Now, did you track your time when you
3  were CFO in terms of what duties you performed for
4  which companies?
5    A.   No.
6    Q.   So if that's correct, then there
7  would be no allocation, right, of your -- of your
8  time for a company?
9    A.   That's correct.
10    Q.   All right.  Did you get any bonuses
11  or incentives while you were there?
12    A.   Please?
13    Q.   I'm sorry.  That's one of my bad
14  questions.  Did you get any bonuses or incentives
15  while you worked for Pond Realty?
16    A.   Yes.
17    Q.   And were they paid by Pond?
18    A.   Yes.
19    Q.   How were you bonused or incentivized?
20    A.   Random.
21    Q.   And what years did you receive
22  bonuses or incentives?
23    A.   2015.
24    Q.   All right.  How much of -- management
25  work did you do in comparison to, say, Robert

Page 20

1  Joseph?
2        MR. FROOMAN:  Objection.
3    Q.   You can answer.
4    A.   We had completely different roles.
5    Q.   What was Robert's role?
6    A.   Robert was involved with the
7  dealerships directly, involved with other companies,
8  whether it be Coca-Cola or companies like that where
9  he would -- he had established relationships, and he
10  got deals done, cars sold, trucks sold.
11        He had a lot of contacts with a lot
12  of people around the city where he just -- he was on
13  the phone constantly with people trying to get cars
14  sold to them, so --
15    Q.   Did he work full time while you were
16  there, Robert?
17    A.   Robert.  He was there most days,
18  yeah.
19    Q.   What about George Joseph, Ron's son,
20  what did he do?
21    A.   George oversaw both the Toyota of
22  Cincinnati store and Toyota of Dayton store.
23    Q.   Did he work full time or part time?
24    A.   I can't answer that.  I -- he's out
25  in the field and on -- almost strictly down at

Page 21

1  corporate. My understanding was full time.
2      Q. What about Greg Joseph?
3      A. Very much full time. Greg split his
4  time between east side stores and had corporate.
5      Q. Now, do you still work for Pond
6  Realty?
7      A. I am a consultant for Pond Realty.
8      Q. So your role changed?
9      A. Yes. I'm no longer the CFO.
10     Q. When did you stop becoming the CFO?
11 What was the date?
12     A. September 19th, 2016.
13     Q. Why did you no longer -- why were you
14 no longer the CFO? Did you quit or were you
15 terminated?
16     A. I was terminated.
17     Q. By whom?
18     A. Mr. Joseph.
19     Q. Why?
20     A. He didn't like a decision I made, so
21 I was terminated.
22     Q. What decision was that?
23     A. Personal.
24     Q. Not business-related?
25     A. No, not business-related. Yes. I

Page 22

1  would say it's business-related.
2      Q. All right. Can you tell me what --
3  what happened?
4      A. I was involved with somebody within
5  the organization, and he did not appreciate it.
6      Q. So were -- was there a period of time
7  between being terminated on September 19th, 2016,
8  and the date that you signed your consultant
9  agreement?
10     A. Yes.
11     Q. All right. When did you sign the
12 consultant agreement?
13     A. I would have to look at the
14 documents. I don't remember when that was. It was
15 probably a week or two after that.
16     Q. Now, on your last day, 9/19, 2016,
17 was that a sudden departure, something that was
18 unexpected, or did you know on that day that you
19 were going to be terminated?
20     A. Well, I didn't know on that day but
21 I -- but I got the inkling or the feeling that that
22 was going to happen. So I was prepared for that.
23     Q. And when you left that day, had there
24 been any discussion whatsoever of you being a
25 consultant?

Page 23

1      A. I can't recall. There might have
2  been something along those lines. But if -- if
3  there was, I can't -- I can't recall.
4      Q. Okay.
5      A. I don't remember.
6      Q. There was no document that they
7  showed you before 9/19, correct?
8      A. No.
9      Q. And is it true that it was at least
10 one, if not several weeks later, that a document was
11 presented to you?
12     A. Yes.
13     Q. Okay. Who presented that consultant
14 document to you?
15     A. The attorney, Mr. Frooman.
16     Q. Why would -- why would Mr. Joseph
17 agree to make you a consultant after terminating you
18 for this personal reason?
19        MR. FROOMAN: Objection.
20     Q. You can answer.
21     A. Well, I'm -- I still call corporate
22 quite a bit. And I'm called by corporate quite a
23 bit because there's questions related to things that
24 were going on.
25        We were completed -- we'd completed

Page 24

1  contract negotiations with Reynolds and Reynolds,
2  but there were still some -- some items that were
3  hanging with Reynolds and Reynolds, so we had to
4  clarify those with Michael Candelaresi. There were
5  other items that we had to clarify and go over. So
6  I'm still getting calls on -- on things that -- that
7  are going on at the -- at the management company.
8      Q. At the time that you were terminated,
9  did you know whether we had asked for your
10 deposition at that time?
11     A. I was on the -- a list, I believe. I
12 don't know if it was a witness list or deposition
13 list or what it was at that point in time, but I
14 know my name was on there, so I assumed I would be
15 deposed.
16        MR. MURPHY: And we request a copy of
17 his consultant agreement.
18     Q. How much are you being paid in this
19 consulting agreement?
20     A. 4,000 a month.
21     Q. As part of this consulting agreement,
22 did you promise that you would cooperate in this
23 lawsuit?
24     A. Yes.
25     Q. What are your duties to get 4,000 a

Page 25

1 month on the consulting agreement?
2      A.   I can -- I -- like I said, I -- I
3 went through that a little bit with you --
4      Q.   Yeah, you did.  Right.
5      A.   -- as far as -- as far as the calls
6 back and forth and going over -- going over things
7 that were left hanging.  And I do presume when
8 somebody will be hired, that they will have
9 questions for me, as I had questions for the old
10 CFO.  Because I called him numerous times to find
11 out detailed information about the operations, about
12 where things were and how things worked --
13      Q.   Okay.
14      A.   -- and those type of things, so --
15      Q.   All right.  When you signed the
16 consultant agreement, did you date it?
17      A.   Yes.
18      Q.   And when you put the date on it, was
19 it the accurate date or was it back dated?
20      A.   I would have to look at the agreement
21 to see what that was.
22      Q.   But you're fairly certain that you
23 didn't sign the agreement until at least one week,
24 if not two weeks, after you were terminated on 9/19,
25 2016?

Page 26

1      A.   The agreement was not ready at that
2 point in time.
3      Q.   All right.  And it may not have even
4 been discussed at that time, correct?
5      A.   There -- as I said, there might have
6 been some mention of it, but other than that, no.
7 There was no paperwork.  There was nothing given to
8 me on September 19th.
9           MR. MURPHY:  All right.  Exhibit 3.
10      Q.   Are you being paid for your time here
11 today?
12      A.   Not on a per hour basis, but I assume
13 that's part of the consulting arrangement, so I
14 guess technically you could say, yeah, I'm getting
15 paid.
16           MR. MURPHY:  Uh-huh.  Okay.  There we
17 go.  Did you give this to -- okay.
18      Q.   Prior to -- where -- where did you
19 sign the consulting agreement, physically?
20           MR. FROOMAN:  Objection.
21      Q.   Was it at the law offices here in
22 Frost?  Was it at Keating?  Was it a Joseph
23 dealership somewhere?
24      A.   I'm trying to remember where that was
25 at.

Page 27

1      Q.   Uh-huh.
2      A.   I think I signed it, and I may have
3 mailed it in, faxed it in.  I can't recall.
4      Q.   All right.  Did you meet and go over
5 it personally with Mr. Frooman?
6      A.   Again, no, I can't recall if we did
7 that or not.  I don't believe we did.  We might have
8 gone over it over on the phone, but -- or by email
9 maybe.
10           (Exhibit 3 was marked for
11           identification.)
12      Q.   Uh-huh.  All right.  I've shown you
13 what we've marked as Exhibit 3.  This, on the first
14 page, is the "Annual Return/Report of Employee
15 Benefit Plan."
16      A.   Okay.
17      Q.   Pond -- "Pond Realty Company" --
18      A.   Right.
19      Q.   "DBA Joseph Management."  Do you see
20 that?
21      A.   Yes.
22      Q.   All right.
23      A.   I'm glad you showed me this, because
24 I need to call Melinda and make sure this got filed
25 because it's due -- I believe it's due 10/31.

Page 28

1      Q.   All right.
2      A.   Okay.  Thank you.
3      Q.   I'm a handy guy to have around.  All
4 right.  Did you participate in the 401(k) plan?
5      A.   Yes.
6      Q.   All right.  Through which company or
7 companies?  Pond Realty, is that right?
8      A.   Pond Realty, yes.
9      Q.   Now, this plan that I have in front
10 of you, is this a common plan for all the
11 companies --
12      A.   Yes.
13      Q.   -- under the Joseph Auto Group
14 umbrella?
15      A.   Yes.
16      Q.   And you'll see towards the middle of
17 this document, number 5, a page on the bottom that
18 says 5.  And while you're looking for it, it says up
19 top, "Joseph Management Group 401(k) Retirement
20 Savings Plan[s] and Trust"?
21      A.   Yes.
22      Q.   You'll see that it says
23 "Participating Employers."  "The following related
24 entities are participating employers."  Do you see
25 that?

Page 29

1     A.   Correct.
2     Q.   All right.  So Columbia Oldsmobile
3 Company has the same pension plan as those that work
4 for Camargo Cadillac, Pond Realty, The Audi
5 Connection and the like.  Yes?
6     A.   Yes.
7     Q.   Now, it says, "The following related
8 entities are participating employers."  In your
9 opinion, how are they related?
10    A.   Ownership.
11    Q.   They all have common ownership?
12    A.   Yes.
13    Q.   Is the same true for healthcare?
14          MR. FROOMAN:  Objection.
15    Q.   Is it one healthcare plan for all of
16 the related entities, like -- like this 401(k)
17 retirement plan?
18    A.   Yes.
19    Q.   And for insurance purposes, going out
20 and getting general liability, CGL type of
21 insurance, is that the same thing; covers all of the
22 related entities?
23    A.   Insurance, I believe, is a little bit
24 different.
25    Q.   Uh-huh.

Page 30

1     A.   It's -- the insurance -- insurance
2 policy covers each particular entity.
3    Q.   Now, are these the types of things
4 that you completed?
5    A.   Yes.
6    Q.   Did you -- did you work on this one,
7 the 2014?
8    A.   2014, yes.
9    Q.   Uh-huh.  All right.
10          MR. MURPHY:  Why don't you give me
11 the stickers?
12          THE COURT REPORTER:  That might be
13 easier.
14          MR. MURPHY:  Yeah.
15    Q.   You just keep them in a pile.  Yeah.
16 Just nice little, neat little pile right there.
17    A.   Okay.
18    Q.   Because sometimes we're going to go
19 back to them, so --
20    A.   Okay.
21    Q.   Thank you.  Here's Exhibit Number 4,
22 sir.
23          (Exhibit 4 was marked for
24          identification.)
25          MR. MURPHY:  Oh, my bad.  Okay.  All

Page 31

1 right.
2    Q.   Have you seen this before?
3    A.   No.
4    Q.   Do you know -- you know, you take a
5 look at this.  You'll see "Joseph Subaru, Columbia
6 Hyundai."  You turn the page, "Joseph Chevrolet,
7 Audi, Infiniti, Columbia Acura, Columbia Chevrolet,
8 Columbia Toyota."
9          Do these types of dealerships -- do
10 these dealerships advertise in common, like you see
11 here, regularly?
12          MR. FROOMAN:  Objection.  He just
13 said he didn't see it before.
14          MR. MURPHY:  It was a different
15 question.
16    Q.   The question is:  Do these
17 dealerships listed here advertise in common?
18    A.   When I look at the paper, I see this.
19 Okay?  Not this particular ad, but --
20    Q.   Uh-huh.
21    A.   -- a lot of groups do that.
22    Q.   Uh-huh.  And the Joseph Auto Group,
23 as it's called here, did that regularly, correct?
24    A.   I can't answer to that.
25    Q.   All right.  But you were the one --

Page 32

1 you were the person getting the bills for them,
2 right?
3          MR. FROOMAN:  Objection.
4    A.   No.
5    Q.   No.  Okay.  But advertising is one of
6 the things that would go on a financial statement
7 and --
8          MR. FROOMAN:  Objection.
9    Q.   -- compiled for a tax return,
10 correct?
11          MR. FROOMAN:  Objection.
12    Q.   You can answer.
13    A.   Yes.  But each dealership handles
14 their own advertising.
15    Q.   Uh-huh.
16    A.   At corporate we do not -- we do not
17 do this advertising in corporate.
18    Q.   All right.  But when you see
19 something like this, that has multiple companies
20 advertising in what amounts to one ad, are they
21 billed separately?
22          MR. FROOMAN:  Objection.
23    Q.   You can answer.
24    A.   They are not billed to corporate.
25    Q.   Who are they billed to?

8 (Pages 29 to 32)

Page 33

1     A.   The individual dealerships.
2     Q.   How do they go about the process of
3 dividing it up?
4     A.   My best guess would be that the
5 newspaper does.
6         MR. FROOMAN: Hold on. He asked you
7 if you know. Don't guess. He doesn't want
8 you to guess either.
9     A.   Okay. I know the news -- newspaper,
10 The Enquirer would divide it up.
11    Q.   The Enquirer would send separate
12 bills to separate dealerships?
13    A.   Yes.
14    Q.   All right. Is Joseph Auto Group a
15 corporation or an actual entity?
16    A.   We do not file a tax return for
17 Joseph Auto Group.
18    Q.   Does Joseph Auto Group have its own
19 bank account?
20    A.   No.
21    Q.   So am I correct that it's not a legal
22 entity?
23    A.   We don't file a tax return. I didn't
24 say it was not a legal entity. It may be an entity.
25 We just do not file a tax return.

Page 34

1     Q.   What kind of entity is it?
2     A.   I don't know.
3     Q.   Who would?
4     A.   Probably an attorney.
5     Q.   While you were CFO there, did you
6 work with any of Joseph Auto Group attorneys?
7         MR. FROOMAN: Objection.
8     Q.   Or any attorneys that were
9 representing Ron Joseph or these dealers?
10    A.   Yes.
11    Q.   And who would that be?
12    A.   Do you need the firm name?
13    Q.   Name of the attorney and the firm.
14    A.   Mr. Frooman, primarily. Mr. Rouse
15 at KMK. We had various other attorneys for various
16 other responsibilities or duties throughout the
17 organization, so quite a few other attorneys.
18         MR. MURPHY: Now, let's do this one.
19         (Exhibit 5 was marked for
20         identification.)
21    Q.   This is Exhibit 5. And on the first
22 page is a Bates stamp MAR 375. Is this the same
23 health plan that you participated in?
24    A.   Yes.
25    Q.   All right.

Page 35

1         MR. FROOMAN: Is this just a two-page
2 document?
3         MR. MURPHY: Yes.
4         MR. FROOMAN: Exhibit 5. I also ask
5 because I've got MAR 375 and the second page
6 is MAR 378.
7         MR. MURPHY: Uh-huh.
8         MR. FROOMAN: There's not intended to
9 be pages in between?
10        MR. TAYLOR: No. No.
11        MR. FROOMAN: Okay.
12    Q.   And you'll see that it says on this
13 card, "The Joseph Auto Group." Do you see that?
14    A.   Yes.
15    Q.   All right. And like the 401(k)
16 plan, that encompassed several of the different
17 corporations, correct?
18    A.   That's correct.
19    Q.   So, in essence, you were insured in a
20 health plan by the Joseph Auto Group, which may or
21 may not be a legal entity that did not file a tax
22 return, correct?
23    A.   That's correct.
24    Q.   Who paid for the healthcare?
25    A.   We had a plan that the employees

Page 36

1 at -- that were in -- covered under health insurance
2 or in the plan would pay 50 percent of the premiums,
3 and the -- where they were employed at, the
4 dealership or the entity they were employed at would
5 pay the other 50 percent.
6         MR. MURPHY: Let's go to Exhibit --
7 yeah, Exhibit 6.
8         (Exhibit 6 was marked for
9         identification.)
10    Q.   This next one is Exhibit 6, sir. And
11 you'll see that this has up top, "Joseph Auto
12 Group." It states, "All Joseph Auto Group Locations
13 Serving Cincinnati, Dayton, Columbus and Northern
14 Kentucky." Have you seen this type of ad before?
15    A.   I've seen the bottom portion but not
16 the actual map.
17    Q.   Uh-huh. Do these -- these
18 dealerships that are listed, Acura, Columbia Acura,
19 Camargo Cadillac, Joseph GMC, Columbia Chevrolet,
20 et cetera, on -- on this first page, do they have
21 common offices or some of them have common offices?
22         MR. FROOMAN: Objection. Which
23 question are you asking?
24    A.   From --
25    Q.   You can answer.

LAMPKE COURT REPORTING, INC. 859 261-5544

Page 37

1      A.   Each dealership is -- has a separate
2  location.
3      Q.   Right.  But their -- their entities,
4  are they on that one address I showed you, 250 East
5  Fifth Street?
6          MR. FROOMAN:  Objection.  He just
7      answered your question; they have separate
8      locations.
9          MR. MURPHY:  You don't need to make
10     speaking objections, Mr. Frooman, so you
11     need to cut it out.  No speaking objections.
12     You can object, but don't speak.
13         MR. FROOMAN:  Okay.  I know how it
14     works, too.
15         MR. MURPHY:  Yeah.  I hope so.
16     A.   Each of these is a separate location.
17 Columbia Acura is located on 275 Montgomery Road.
18     Q.   Uh-huh.
19     A.   There is a Hyundai store there, also.
20 Camargo Cadillac has a separate location.
21 Joseph Buick has a separate -- Joseph GMC Buick has
22 a separate location.
23     Q.   I understand that.
24     A.   Those are all separate.
25     Q.   But are their corporate offices on

Page 38

1  that East Fifth Street?
2      A.   Corporate office is located at 250
3  East Fifth Street --
4      Q.   All right.
5      A.   -- that's correct.
6      Q.   Okay.  Do they have common
7  management?
8      A.   Each dealership has management in
9  place, so the Buick store would have its own general
10 manager, sales manager, used car manager, parts and
11 service manager.  Same way with the Chevrolet store.
12     Q.   But would they have common presidents
13 and vice presidents and secretary-treasurer?
14     A.   Each -- the west side has one
15 individual that oversees the west side stores.  The
16 east side has several individuals that oversee the
17 stores.  The Dayton and Columbus has one individual
18 that oversees those stores.  But they all have
19 managers at each of the stores.
20     Q.   Do they have common board of
21 directors?
22     A.   I don't know.
23     Q.   Would you agree with me that these
24 dealerships that you see on this page compete with
25 each other for car sales?

Page 39

1      A.   Yes, I would agree.
2      Q.   Would you tell me, sir, what is
3  Joseph Enterprises?  Is that an entity?
4      A.   I would have to look at tax returns
5  to see that we did file a return on that.
6      Q.   Have you heard the term before?
7      A.   Yes.
8      Q.   Do you know if Joseph Enterprises has
9  officers and directors?
10     A.   No.
11     Q.   Do you know what office Joseph
12 Enterprises operates out of?  Would that be at the
13 East Fifth Street?
14     A.   If I had a tax return, I could tell
15 you.
16     Q.   All right.  What is Columbia
17 Development Corporation?
18     A.   Columbia Development holds real
19 estate; parking lots, buildings, things like that.
20 It is not a dealership.  It's combined or
21 consolidated with Columbia Oldsmobile Company in
22 their tax return.
23     Q.   Is Columbia Development Corporation a
24 subsidiary of Columbia Oldsmobile Company?
25     A.   Please?

Page 40

1      Q.   I'm sorry.  Is Columbia Development
2  Corporation a subsidiary of Columbia Oldsmobile
3  Company?
4      A.   Yes.
5      Q.   Is there a difference between
6  Columbia Development Corporation and Columbia
7  Development?  I've seen both.  That's why I'm
8  asking.
9      A.   I -- no, there's no difference.
10 They're not two separate entities.
11     Q.   And what does Columbia Oldsmobile
12 Company do?
13     A.   Columbia Oldsmobile Company holds
14 dealerships; the Columbia Oldsmobile-Acura, Columbia
15 Oldsmobile-Hyundai.
16     Q.   Any others?
17     A.   I don't believe there's anything else
18 in that, any other dealerships in there.
19     Q.   Does Oldsmobile Company own any real
20 estate separate and distinct from having a
21 subsidiary that does?
22     A.   I think that real estate's all held
23 in the subsidiary, I believe.
24     Q.   What is Columbia Automotive, Inc.?
25 What does it do?

Page 41

1    A.    That is a part of Columbia Oldsmobile
2    Company, also. It's consolidated in with that
3    company tax return and financial statement.
4    Columbia Automotive, Inc. is Columbia Acura-Hyundai.
5    Q.    What is Columbia REI?
6    A.    It's a real estate holding company.
7    I believe it's an LLC.
8    Q.    And what does it own or do or both?
9    A.    Dennison.
10        MR. FROOMAN: Objection.
11    Q.    Go ahead.
12    A.    Dennison.
13    Q.    Anything else besides the Dennison
14    Hotel, sir?
15    A.    Uh-uh.
16    Q.    What is Columbia Motors Acceptance
17    Corporation?
18    A.    I -- that's one I honestly do not
19    know. That's been around since forever. And it --
20    as far as I know, it holds nothing right now.
21    Q.    Does it file a tax return?
22    A.    It files a consolidated tax return
23    with Columbia Oldsmobile Company.
24    Q.    Tell me about Joseph Motorworks.
25    What's that?

Page 42

1    A.    That is the VW store.
2    Q.    Was that formed just recently?
3    A.    That was formed in mid 2014.
4    Q.    Did you have a part in putting
5    together the paperwork?
6    A.    I did not.
7    Q.    Are you an officer of that company?
8    Or were you? Let's change that. Were you an
9    officer of that company?
10    A.    Yes.
11    Q.    All right. When you were terminated,
12    were your officer positions removed from those?
13    A.    I can't answer that.
14    Q.    Besides the Volkswagen store, does
15    Joseph Motorworks hold any other assets, do you
16    know, any real estate, other dealerships?
17    A.    No.
18    Q.    Who owns Joseph Motorworks?
19    A.    Percentagewise, I'm not -- I can't
20    tell you that for sure. I know it's owned by
21    Mr. Joseph's four sons, Tim Marsh owns a small
22    percent, and Mr. Joseph owns a small percent.
23    Q.    What about Columbia REI, who owns
24    that?
25    A.    Columbia Oldsmobile Company.

Page 43

1        (Exhibit 7 was marked for
2        identification.)
3    Q.    This is a document that has the Bates
4    stamp RJ 000622. This is an organizational chart
5    that was produced by the defendant. Have you seen
6    this before?
7    A.    No.
8    Q.    Do you know who prepared it?
9    A.    No.
10    Q.    If you would, please review it and
11    tell me if it's accurate to the best of your
12    knowledge. On page 1.
13        MR. FROOMAN: Are you asking him just
14        about page 1 or are now you asking about the
15        whole document?
16        MR. MURPHY: I just clarified that.
17        MR. FROOMAN: Okay. So now you're
18        just asking about page 1?
19        MR. MURPHY: That's what I said.
20        MR. FROOMAN: All right. I'm just
21        clarifying because that's not initially what
22        you asked. Just trying to make sure I'm
23        sure what you're asking, so I know whether I
24        have an objection.
25        MR. MURPHY: Okay.

Page 44

1        MR. FROOMAN: Thank you.
2        MR. MURPHY: I listed one Bates stamp
3        number is all I listed, 622. Pay attention.
4        MR. FROOMAN: Okay.
5    A.    I can't say with 100 percent
6    certainty that this is correct.
7    Q.    Were you asked, prior to leaving your
8    CFO position, to gather any information that could
9    have been used to formulate an organizational
10    structure of one or more of these companies?
11    A.    Yes. Yeah, yes.
12    Q.    Do you recall doing that?
13    A.    Yes.
14    Q.    Who requested that?
15    A.    I put together most of that
16    information myself. I had somebody type it.
17    Marietta typed most of that information. I put it
18    together, because I knew we would need it.
19        The information that we had
20    originally in our documents book was not correct.
21    So I went through it and analyzed it and tried to
22    correct it, but I'm sorry, I can't remember if these
23    numbers are exactly right or not because they're in
24    a different format than what I had it in.
25    Q.    All right. You said, information in

Page 45

1    our document books were not correct.  Describe for
2    me.  What are these document books?
3         A.    It's just a book of -- that lists out
4    the -- like this, but in a different format, that
5    lists out the shareholders but in a different
6    format.
7         Q.    Where is that book kept?
8         A.    Melinda has that.
9         Q.    And what was -- was Columbia
10   Oldsmobile Company's ownership listed in that?
11        A.    Yeah, it was -- it was similar to
12   this, but it was listed crossways, so I'm just
13   having trouble following the numbers here.  I think
14   the numbers are close, but I can't guarantee it's
15   100 percent to what my rec -- recollection --
16   recollection is.
17        Q.    Do you know why those weren't turned
18   over in their existing form to us --
19             MR. FROOMAN:  Objection.
20        Q.    -- as opposed to having this created?
21        A.    It's probably the same thing.  It's
22   just in a different format.
23        Q.    Did you turn over -- well, let me ask
24   you this.  I was trying to write as fast as you were
25   saying.  You said, information in document books.

Page 46

1    Do those books have a name?
2         A.    No.  But it would be similar to this.
3    It's just in a different -- a little bit different
4    twist.
5         Q.    Was it in like a minute book?
6         A.    No.  In a book -- just in a notebook
7    is all.
8         Q.    Did the notebook have a title or
9    something on a cover?
10        A.    I don't believe so.
11        Q.    Did it have a cover?
12        A.    It was just in a -- a notebook like
13   that.
14        Q.    A binder.
15        A.    Yes.
16        Q.    And is there a binder for each
17   separate company?
18        A.    It would show -- this information is
19   all it shows.  It's just in a different format.  So
20   that's why I'm having trouble following this.  This
21   is probably right, but I'm used to seeing it in a
22   different layout.
23        Q.    Understood.
24        A.    Okay?  So --
25        Q.    Was it hole punched?

Page 47

1         A.    Hmm?
2         Q.    Was it hole punched?
3         A.    Yes.
4         Q.    And were they kept in your office?
5         A.    No, kept in Melinda's office.
6         Q.    That's right.  You may have said
7    that.  I apologize.
8         A.    Yes.  But again, it just -- it gives
9    you the same information.  It's just in a different
10   format.
11        Q.    And, again, if I asked this, forgive
12   me.  What was wrong about the ones that you saw?
13   What was incorrect?
14             MR. FROOMAN:  Are we talking about
15        this document in Melinda's office or
16        something else?
17        Q.    You said you recognized when you saw
18   the organizational structure that --
19        A.    Just -- when somebody had done the
20   document -- the -- the only thing that was off --
21   the number shares were correct, but it just -- for
22   some reason the percentages weren't correct,
23   percentage of ownerships weren't correct.  So all I
24   did was go back through and correct the percentage
25   of ownerships.

Page 48

1             And it wasn't like it was off -- it
2    was off, percentagewise, tens-hundred percent.  It
3    wasn't --
4         Q.    Uh-huh.
5         A.    It wasn't off somebody had 50 percent
6    and it should have been 5 percent.  It was like
7    point something was off.
8         Q.    Were those documents in Melinda's
9    office recently created?
10        A.    No.  No.
11        Q.    They were there when you started in
12   2014?
13        A.    Yeah.  I think they've been there
14   forever.  They just try to keep a record of what the
15   ownership is so -- it's -- I said, it's almost
16   identical to this, but it's just a little bit
17   different format.
18        Q.    Okay.  All right.  You will see on
19   this multipage document -- if you would turn the
20   pages with me, the next page is 623.  You'll see
21   "Joseph Chevrolet Company, Pond Realty, Joseph T of
22   C Co., Inc."  Do you see that?
23        A.    Yes.
24        Q.    And the next page is 624.  You'll see
25   a list of companies on this page.  Do you see that?

Page 49

1    A.   Yes.
2    Q.   Same thing with 625.
3    A.   Yes.
4    Q.   And 626 and 627.
5    A.   Okay.
6    Q.   I don't see on these pages Columbia
7  Motors Acceptance Corporation. Do you know why it's
8  not on this organizational chart?
9    A.   Columbia Motors Acceptance
10 Corporation. Again, I do not remember that
11 corporation. I don't believe we filed a tax return
12 on it. I don't think it was a taxable entity.
13   Q.   Was Columbia Motors Acceptance
14 Corporation ever used for financing of consumer
15 vehicle purchases?
16   A.   That, I do not know.
17   Q.   I used to have GMAC, you know, back
18 in the day when I had to take the --
19   A.   Yeah.
20   Q.   -- coupons out of the book.
21   A.   I remember.
22   Q.   Do you remember?
23   A.   I remember that. I'm -- yeah.
24   Q.   So when I -- when I saw the words
25 "motor acceptance corporation," I was thinking that

Page 50

1  this is some type of financing vehicle. Does that
2  come to mind to you or does that ring a bell?
3    A.   I can -- honestly, going back to
4  1980, I do not remember that entity, us ever filing
5  a tax return on that entity. I know we did not file
6  one in '14 or '15 on that entity, so --
7    Q.   How is financing handled for the
8  dealerships in the Joseph Auto Group?
9        MR. FROOMAN: Objection. Are you
10       talking about financing at the consumer
11       level or financing at the corporate level?
12   Q.   How is financing handled for the
13 dealerships on the consumer level within the Joseph
14 Auto Group?
15   A.   Every dealership has its -- they have
16 a finance department that works with banks and
17 credit unions and the factory to -- to get
18 customers' cars financed. A lot of customers come
19 in with cash anymore and buy vehicles. So that's
20 what a lot of -- lot of them do these days. We do
21 have a finance company, Dealer Acceptance Credit
22 Corporation, that --
23   Q.   The name of it is Dealers --
24   A.   Dealer Acceptance Credit Corporation.
25   Q.   Who owns that?

Page 51

1    A.   That is owned by Mr. Joseph,
2  Mr. Joseph's sons, Karl Stewart.
3    Q.   And does it provide financing for
4  vehicle purchases?
5    A.   Yes. But it also works with a lot of
6  other dealers outside of the group. In fact, their
7  primary -- primary clients now are other dealerships
8  outside of the group. And they finance cars from --
9  from other groups, other dealerships.
10       THE VIDEOGRAPHER: Can we go off the
11       record for a second?
12       MR. MURPHY: Uh-huh.
13       (A recess was taken from 10:07 to
14       10:14.)
15       THE VIDEOGRAPHER: We're back on the
16       record, 10:14.
17   Q.   I may have asked you this. Just want
18 to make certain. Am I right that Pond Realty is the
19 company that entered into the consulting arrangement
20 with you?
21   A.   Yes.
22   Q.   Okay. Now, besides what you just
23 told me, were there -- did you contribute any other
24 information towards this particular document, this
25 multipage document called an organizational

Page 52

1  structure?
2        MR. FROOMAN: Objection.
3    A.   Yes. In -- in looking back through
4  it, I was confused on this first part because it --
5  it took up so much space. But in looking back
6  through these other ones this is what I remember
7  doing. So I put -- I believe I put this together
8  and had Marietta in our office type it up.
9    Q.   Would it have been the entire
10 document or did you put together just some of the
11 pages?
12   A.   No, this is entire document.
13   Q.   All right. And when did you do that?
14   A.   August, September of '16.
15   Q.   And you obtained the information from
16 all of these pages from documents that were in
17 Melinda's office?
18   A.   From -- from that document summary, I
19 guess, that -- that she's got. So that's -- this
20 summarizes everything in a more complete detail.
21   Q.   Is this a condensed version of those
22 documents in her office?
23       MR. FROOMAN: Objection.
24   A.   I'd say it's pretty close to the same
25 version. It's just in a -- I tried to put it in a

Page 53

1    little bit different order, I think.
2        Q.    For instance, where did you get the
3    information on the Class A voting percentages that
4    are listed on 622?
5        A.    From that -- from the document that
6    Melinda had.  I just summarized it here is all I
7    did.
8        Q.    What else were -- was contained in --
9    let -- let me back up.  Was there one binder or
10   multiple binders?
11       A.    Just -- I believe just one binder
12   that just has this same information in it except I
13   put it together in a -- put it together in six pages
14   or whatever instead of having multiple pages for
15   each of the stores.
16       Q.    And in this one binder, it had the
17   information on the ownership of all of these
18   companies?
19       A.    Yes.
20       Q.    Do you know who prepared those pages
21   that were in that binder?
22       A.    No.
23       Q.    Had you ever seen that binder before?
24       A.    Yes.
25       Q.    Did you have any -- did you have any

Page 54

1    time when you inputted something into that binder?
2        A.    No.
3             MR. MURPHY: 8.
4             (Exhibit 8 was marked for
5             identification.)
6        Q.    I'm going to show you what we've
7    marked as Exhibit 8.  This is a copy of a letter
8    sent by Stephen Hernick to myself and my law
9    partner, Jeffery Land, informing us that the
10   Columbia Oldsmobile Company financials are delayed
11   for 2015.  Have you seen this before, this letter?
12       A.    I have not seen this.
13       Q.    Are you aware that the company
14   financials are delayed for 2015?
15       A.    Yes.
16       Q.    Were you ever asked to sign off on
17   them?
18       A.    Sign off on?
19       Q.    The 2015 financial statements.
20       A.    No, they've not been completed yet.
21   The tax returns have been completed.  The financial
22   statements have not completed yet.
23       Q.    In your history working with the
24   Joseph entities and with Mr. Joseph, have you ever
25   had an occasion where you refused to sign off on any

Page 55

1    document or documents?
2        A.    No.
3        Q.    Can you tell me what Joseph Leasing
4    is?
5        A.    Joseph Leasing leases vehicles to
6    rather large groups, large corpor -- small and
7    large corporations.
8        Q.    Who owns Joseph Leasing?
9             MR. FROOMAN:  For the record, are you
10   referencing Exhibit 7, Mr. Van Emon, or are
11   you doing this from your memory?
12            THE WITNESS:  I am referencing
13   Exhibit 7.
14       A.    Yeah.  That's owned by the four boys,
15   Mr. Joseph's sons.
16       Q.    All right.  What's the reason why the
17   2015 financial statements are not ready?
18       A.    We have somebody that's working on
19   them that's fairly slow at getting them done.
20       Q.    Who's that?
21       A.    Susan Jeffery.
22       Q.    Does she work internally or where's
23   she work at?
24       A.    Externally.
25       Q.    Where?

Page 56

1        A.    Out of Indianapolis.  She used to
2    work for K.B. Parrish.
3        Q.    Where does she work now?
4        A.    She has her own firm.
5        Q.    Is it in Indianapolis.
6        A.    Yes.
7        Q.    Is it J-e-f-f-r-e-y?
8        A.    E-r-y.
9        Q.    Jeffery.  Did you provide her with
10   information for the financials and for the tax
11   return?
12       A.    She -- she goes to each of the
13   dealerships and gathers the information from each of
14   the dealerships.  We do -- in corporate we do
15   provide her with some information, but she
16   gathers -- almost 90 percent -- 99 percent of her
17   information is gathered by going out to the
18   dealerships.
19       Q.    So there are books and records that
20   are kept separately at each dealership?
21       A.    Yes.
22       Q.    And who is in charge of keeping those
23   books and records at the dealerships, not by name
24   but by title?  It's --
25       A.    Office managers.

Page 57

1    Q.    And what are they responsible to
2  keep?
3    A.    Bank statements, general ledgers,
4  schedules, financial statements that they produced
5  for the factory, all the accounting documents and
6  all the payables, all the receivables, all the parts
7  tickets, repair order tickets.
8    Q.    Is payroll handled separately by each
9  dealership or is it done through one company?
10   A.    Each dealership handles their own
11 payroll.
12   Q.    But is it with the same company?
13   A.    We use a payroll processing firm on
14 our east side stores.  The west side stores, they
15 run everything through Reynolds and Reynolds.  But
16 each store is responsible for their own payroll,
17 payroll taxes.
18   Q.    What's the name of the processing
19 firm that the eastsiders use?
20   A.    Paycor.
21   Q.    And the expenses for these payroll
22 companies would be found on the financial
23 statements?
24   A.    That's correct.
25         MR. MURPHY:  9.

Page 58

1         (Exhibit 9 was marked for
2  identification.)
3         MR. MURPHY:  I know I got to be
4  careful here.  This is a rather large
5  document.  So I've got two clips, but it's
6  one doc.  Okay?  So I'll -- maneuver this
7  around as you please, but --
8    Q.    All right.  This is Exhibit 9.
9  Starts out with RJ 344.  It is a 2014 Columbia
10 Oldsmobile tax return.  Have you seen this before,
11 sir?
12   A.    Yes.
13   Q.    Did you help prepare it?
14   A.    Yes.
15   Q.    And did you help prepare the
16 information upon which it is based?
17         MR. FROOMAN:  Objection.
18   Q.    I'll rephrase the question.  Did you
19 help gather the information upon which it is based?
20   A.    Yes.
21   Q.    Okay.  Is it accurate --
22   A.    Yes.
23   Q.    -- in all respects?  Sir?
24   A.    Yes.
25   Q.    Okay.  So how was the tax return

Page 59

1  prepared when the financials were not available or
2  in final form?
3    A.    You can always do a tax return first.
4  In fact, a lot of times we do that.
5    Q.    Uh-huh.
6    A.    You do a tax return and get the
7  return done and then get the financial statement
8  done --
9    Q.    I see.
10   A.    -- after the fact.  So a lot of times
11 it's based on due date.
12   Q.    Uh-huh.  Okay.
13         MR. FROOMAN:  Just for the record,
14 Kevin, your Exhibit 9 is Bates stamped
15 RJ 344 through 444, and then it skips to
16 563.  Is that intentional or are there some
17 pages missing?
18         MR. MURPHY:  Yeah.  I -- that --
19 let's go off the record.
20         THE VIDEOGRAPHER:  We're off the
21 record.
22         (Off the record.)
23         THE VIDEOGRAPHER:  Back on the
24 record.
25   Q.    Exhibit 9 is from 344 to 444.  That

Page 60

1  has to do with 2014.  And then 563 to 621, we will
2  make Exhibit 10, at the suggestion of counsel, to
3  make things be more clear.
4         (Exhibit 10 was marked for
5  identification.)
6    Q.    My first question was -- it was about
7  the 2015 tax return.  How is -- is it possible to
8  prepare a 2015 tax return without the financials
9  being finalized?
10   A.    That's done all the time.  You can do
11 that.  A lot of times it's based on time deadlines.
12 If you've got -- these returns are due September
13 15th.  So you do the tax returns and then financial
14 statements can be done later.
15   Q.    You'll agree, though, that it's --
16 it's better that the financials also be done in a
17 timely fashion with the tax return, correct?
18   A.    They should be, but they're not,
19 unfortunately.
20   Q.    Were you asked to sign off on the --
21 either one of these two?
22   A.    Yes.
23   Q.    Did you do so?
24   A.    Yes.
25   Q.    All right.  If you would go to 580.

Page 61

1      A.   580.
2           MR. FROOMAN: Exhibit 10?
3           MR. MURPHY: Yes.
4      Q.   On 580, sir, you'll see it's Form
5   851, Affiliations Schedule, dated for the tax year
6   ending December 31st, 2015. Do you see that?
7      A.   Yes.
8      Q.   Sir, why are the following
9   subsidiaries missing; Columbia Development
10  Corporation, Columbia REI, Columbia Oldsmobile II.
11  Why are those missing?
12          MR. FROOMAN: Objection.
13     A.   I believe Columbia -- let me --
14  Columbia REI was formed in 2016. That will not be
15  on the '15 tax return.
16     Q.   Okey-doke.
17     A.   Columbia Development Corporation, its
18  results are included in this tax return. It's just
19  not listed here as an affiliate.
20     Q.   Did it have a separate employer
21  identification number?
22     A.   No. That's why it's not listed as a
23  separate -- an affiliate, because it works under the
24  same ID number. So its results of operation are
25  included in this tax return.

Page 62

1      Q.   And any revenue, expense of Columbia
2   Development Corporation as it relates to this tax
3   return goes into those ledger entries as Columbia
4   Oldsmobile Company?
5      A.   Would be included with Columbia
6   Oldsmobile Company, that's correct, yeah.
7      Q.   Okay. What about Columbia Oldsmobile
8   II?
9      A.   That seems to be a fictitious name.
10     Q.   If you would turn to 606 in Exhibit
11  10. Is there value ascribed to the subsidiaries for
12  balance sheet purposes?
13          MR. FROOMAN: Objection.
14     Q.   You can answer.
15     A.   The values -- this is kind of awkward
16  'cause it reads from right to left.
17     Q.   Uh-huh.
18     A.   So you have to take the values --
19  Columbia Motors Acceptance Corporation, its values
20  for the balance sheet are on the right-hand column.
21     Q.   Uh-huh.
22     A.   So it pulls over going the opposite
23  way what you'd normally think. So it -- it does
24  pull over from -- so if you look at Columbia -- the
25  trade and accounts receivable, Columbia Motors

Page 63

1   Acceptance, add that, Columbia Automotive, which is
2   the dealership, Columbia Oldsmobile Company; you add
3   those together and you're -- have combined amounts
4   of a million 797.
5      Q.   Uh-huh. Let me give you an example.
6   Where is the value of Columbia Plaza reflected?
7           MR. FROOMAN: Objection.
8      A.   The value is not reflected. You
9   don't reflect -- you only reflect cost values. You
10  do not reflect the fair market value of -- on tax
11  returns.
12     Q.   Well, then where do the lease
13  payments go, to what company? The Chiquita Center,
14  Columbia Plaza, where do the lease payments go to?
15     A.   They would go to Columbia Oldsmobile
16  Company.
17     Q.   You're referring to a particular
18  page.
19     A.   I'm referring to page --
20     Q.   Lower right-hand side.
21     A.   570. It's 1120. First page 2015.
22     Q.   Uh-huh.
23     A.   If you look at gross rents, line 6 --
24     Q.   Yes.
25     A.   -- that's where any rents are being

Page 64

1   put in there from parking lots from Columbia Plaza.
2      Q.   Do you know why the rent has stayed
3   the same on the Chiquita Center for the last 30
4   years?
5           MR. FROOMAN: Objection.
6      Q.   You can answer.
7      A.   That, I -- I honestly do not know. I
8   know there was a contract. And that may be part of
9   the reason. But without going back and looking at
10  it, I don't know. I thought there were escalators
11  in that, so --
12          MR. MURPHY: Next exhibit, please.
13          (Exhibit 11 was marked for
14          identification.)
15     Q.   I showed you what we've marked as
16  Exhibit 11. It's a collective of the financials for
17  Columbia Oldsmobile Company.
18          MR. FROOMAN: Before you go on,
19  Exhibit 11 is a collection of a lot of
20  different stuff with various Bates stamp
21  numbers that don't all appear to be
22  sequential.
23          Could you either -- I don't know --
24  mark them separately or identify
25  specifically what all Bates stamp numbers

16 (Pages 61 to 64)

LAMPKE COURT REPORTING, INC. 859 261-5544

Page 65

1    are supposed to be incorporated within to
2    what you're marking as Exhibit 11?
3         Q.    Okay.  Have you seen these before?
4         MR. FROOMAN:  What?
5         Q.    These financial statements from 2008
6    through 2014.
7         MR. FROOMAN:  Which ones
8    specifically?  I mean, that's the problem
9    with the exhibit.  I'm just trying to make
10   sure we're not worried later when we're
11   reading the transcript what was and was not
12   part of Exhibit 11.
13        MR. MURPHY:  So far I've asked just a
14   general question if he's familiar with the
15   financial statements between 2008 and 2014.
16        A.    For Columbia Oldsmobile Company?
17        Q.    Yes.
18        A.    Yes.
19        Q.    Do you know if any of these financial
20   statements between 20 -- 2008 and 2014 have been
21   modified at any time after they were originally
22   completed?
23        A.    No.
24        Q.    Now, if you would go back to the 2015
25   tax return.  And in particular go to page 600.

Page 66

1         MR. FROOMAN:  Did you say 600?
2         MR. MURPHY:  I did.
3         MR. FROOMAN:  Thank you.
4         Q.    Explain to me, if you would,
5    management fees.  To whom do these management fees
6    go to that Columbia Oldsmobile Company has listed
7    here on Bates stamp 600?
8         A.    Management fees are paid to Pond
9    Realty.
10        Q.    And what does Pond Realty do to get
11   592,873?
12        A.    Pond Realty has payroll, pays
13   corporate payroll.  Pond Realty handles all of the
14   negotiations for Reynolds and Reynolds computers.
15   We get the computer bills.  We analyze all the
16   computer bills.  We handle all the property casualty
17   insurance, crime insurance.  We handle all that, all
18   negotiations.  We do the shopping on that.  We also
19   handle the open mod insurance.  We oversee that.
20   And we also shop that, too, with various different
21   floor plan lenders.  We handle all of the cell phone
22   and health insurance.  We handle the 401(k) plan.
23        Q.    That's for all of them, right?
24        A.    Yes.  Yeah, we handle --
25        Q.    So let me ask you this.  Is the

Page 67

1    health plan and the 401(k) that Pond manages --
2         A.    Yes.
3         Q.    -- is that fee distributed to
4    multiple companies or just Columbia Oldsmobile?
5         MR. FROOMAN:  Objection.
6         Q.    You can answer.
7         A.    That -- reword -- resay that again.
8         Q.    You said that part of the -- the
9    duties that Pond does to earn a management fee
10   that's listed here is that you oversee the
11   self-funded health plan and retirement plan.  Is
12   Columbia Oldsmobile the only company that -- that
13   pays for that --
14        A.    No.
15        Q.    -- part -- part of management?
16        A.    No.
17        Q.    So even though it's one plan,
18   multiple companies play Pond -- pay Pond for
19   managing that aspect of the business?
20        A.    Yes, there's a lot more than just
21   that as I was --
22        Q.    I understand.
23        A.    -- saying.
24        A.    Uh-huh.
25        Q.    Okay.

Page 68

1         Q.    I just wanted to focus on that.  So
2    the management fees are paid to Pond Realty and
3    that's -- company is owned by Ron Joseph?
4         A.    No.
5         Q.    Who -- who owns Pond?
6         A.    Mr. Joseph's sons.
7         Q.    Mr. Joseph's sons.  And what are the
8    professional fees of 920,000?  What's that for?
9         A.    Attorney fees, accounting fees, any
10   other professional fee that Mr. -- that the
11   corporation uses or employs.
12        Q.    You'll see that in 2015 Columbia
13   Oldsmobile Company has $178,000 in advertising
14   expenses.  You'll see that on page 594.  Would you
15   turn to that?
16        A.    Yes.
17        Q.    The year before, in the 2014 tax
18   return, if you hold that page -- I can do that for
19   you.  Go to 431 on Exhibit 9.  On that page you will
20   see that advertising expenses for Columbia Olds was
21   $1,006.  Do you see that?
22        A.    Yes.
23        Q.    Would you agree that that's a
24   remarkable difference in one year in advertising
25   expense?

Page 69

1    A.    Not without looking at the detail.
2    Q.    Do you know why?
3    A.    Not without looking at the detail.
4    Q.    Were the expenses in advertising go
5  up that markedly with all the dealerships --
6         MR. FROOMAN: Objection.
7    Q.    -- in 2015? Do you know?
8         MR. FROOMAN: Objection. He's
9    already told you he can't answer without
10   looking at the detail.
11   Q.    You can answer.
12        MR. FROOMAN: He did. Objection.
13   A.    Unless I have the detail, I can't
14  answer that.
15   Q.    What detail would you need, sir, to
16  tell me why the advertising went from $1,006 to
17  $178,000?
18   A.    I'd need our general ledger detail
19  activity of that account from about -- from the
20  corporate accounting.
21   Q.    Now, I showed you previously an
22  exhibit that had -- that had multiple dealerships on
23  that ad. Who -- who makes the decision on how that
24  bill's going to be divided up between the companies?
25   A.    I don't know that.

Page 70

1    Q.    Well, if it's not a CFO decision --
2    A.    That is not a CFO decision --
3  decision.
4    Q.    Whose decision would it be?
5    A.    That would be a decision made at the
6  dealership level.
7    Q.    Who's in charge of the advertising?
8    A.    The general managers at each one of
9  the stores.
10   Q.    The general managers are the ones
11  that contact The Enquirer, contact the ad agencies
12  that put together the ads, contact the producers
13  that do the TV commercials?
14        MR. FROOMAN: Objection.
15   Q.    You can answer.
16   A.    It can be the general managers. It
17  can be the used car manager. It can be -- and it's
18  primarily related to new and used vehicles.
19   Q.    But do they have the authority to
20  make a commercial and have their company pay for it?
21   A.    I do not know.
22   Q.    Do you know who does have the
23  authority to do that besides Ron Joseph?
24        MR. FROOMAN: Objection.
25   A.    I do not know.

Page 71

1    Q.    All right. Would you go to the 2015
2  tax return and go back to page 600, please? Can you
3  tell me, sir, what are the outside services that's
4  listed here?
5    A.    Without the general ledger detail,
6  account detail, I can't tell you that.
7    Q.    Who has the general ledger and
8  account detail in their possession?
9    A.    For Columbia Oldsmobile Company?
10   Q.    Yeah.
11   A.    That would be Michael Candelaresi.
12   Q.    How do you spell that last name?
13   A.    C-a-n-d-e-l-e-r-s-i-a.
14   Q.    C-a-n-d-e-l-e-r-s-a?
15   A.    I believe so.
16   Q.    Or maybe -- what's his position?
17   A.    He is office manager.
18   Q.    Of what office?
19   A.    Corporate.
20   Q.    When you say the corporate office,
21  the corporate office of what company?
22   A.    He is located at 250 East Fifth
23  Street. He oversees various entities at the -- at
24  the corporation. He oversees Pond Realty, Columbia
25  Development, several other entities.

Page 72

1    Q.    Who pays his salary?
2    A.    He is paid out of Columbia
3  Development.
4    Q.    And while paid by Columbia
5  development, you indicated that he oversees various
6  other corporate entities, correct?
7    A.    That's correct.
8    Q.    Do you know which ones?
9    A.    No.
10   Q.    Who pays the rent at 250 East Fifth
11  Street, what company?
12   A.    Columbia Development.
13   Q.    Now, you mentioned earlier that one
14  of the management fee went to -- for account payroll
15  that -- that Pond handled. Do you remember
16  saying -- telling me that?
17   A.    No.
18   Q.    No. Does --
19   A.    I don't remember saying that.
20        MR. FROOMAN: Objection.
21   Q.    Did Pond handle any -- any payroll
22  for Columbia Oldsmobile?
23   A.    No, Pond has its own payroll.
24   Q.    Pond has its own payroll. Does it
25  handle payroll for any other entities?

18 (Pages 69 to 72)

Page 73

1  A.  No.
2  Q.  No.  So am I correct that the only
3  two payroll companies that are utilized by the
4  various dealerships is Paycor and Reynolds and
5  Reynolds?  Is there any others that payroll is
6  handled?
7  A.  Those are the processing companies.
8  The individual stores handle their own payroll.  All
9  those companies do is just process the payroll.  So
10  they'll -- we call in the hours, the payroll
11  information, or send it in to them, and then they
12  just process the payroll, process the checks,
13  automatic deposits, whatever.  That's what they do.
14  Q.  Okay.  Paycor.  Does Mr. Joseph have
15  any interest in Paycor or Reynolds and Reynolds?
16  A.  No.
17  Q.  Okay.  On this same page, outside
18  services.
19  A.  What year?  What page?
20  Q.  I'm sorry.  Good -- good catch there.
21  2015, page 600.
22  A.  Okay.
23  Q.  So did we cover everything on outside
24  services --
25  MR. FROOMAN:  Objection.

Page 74

1  Q.  -- for the 741,931?  Oh, like you
2  said, without the ledgers, you can't tell --
3  A.  Without --
4  Q.  -- right?
5  A.  Yeah, without the ledgers, I can't
6  tell the detail on that.
7  Q.  All right.  Professional fees of
8  920,000?
9  A.  Yes.
10  Q.  And we said earlier, lawyers and
11  accountants basically.  Is that what you think the
12  professional fees are?
13  A.  Yes.
14  Q.  Does Columbia Oldsmobile Company pay
15  for legal fees generated by other Joseph Auto Group
16  entities?
17  A.  No.
18  Q.  Would you turn to 594 on the same tax
19  return?  My question to you is why is Columbia
20  Oldsmobile Company paying over $132,000 annually in
21  rent?
22  A.  We rent space at the building.  And
23  that's a portion of it.  And without the -- the
24  detail, I really couldn't tell you what the rest of
25  it is related to.

Page 75

1  Q.  To what individuals or entities are
2  these rents paid?
3  A.  The rents for the building are paid
4  to Highbrook.
5  Q.  H -- H-i-g-h-b-r-o-o-k?
6  A.  Yes.
7  Q.  Is that a company?
8  A.  Yes.
9  Q.  Whose -- who owns Highbrook company?
10  A.  We -- or the Josephs do not own that.
11  They're located out of New York, New Jersey.  They
12  own a leasehold interest in the building.
13  Q.  Is that at 250 East Fifth Street?
14  A.  Yes.
15  Q.  And is that the total amount of rent
16  per anum that Columbia Oldsmobile pays?
17  A.  Yes, but that is not all the amount
18  that we paid to Highbrook.  Because Highbrook's rent
19  is 4 to 45 hundred, maybe 48 hundred a month.  So
20  there's some additional rent there.  I can't recall
21  what that is.
22  Q.  All right.  So the rent for 250 East
23  Fifth Street is approximately 5,000 a month?
24  A.  Yes.
25  MR. FROOMAN:  Objection.

Page 76

1  Q.  And so that would total 60,000.  Why
2  is the gross rent more than double that?  I mean,
3  why is the rent here 132,000?
4  A.  Without the detail, I couldn't tell
5  you.
6  Q.  Would you agree that it seems high to
7  you, sir?
8  MR. FROOMAN:  Objection.
9  A.  Again, without the detail, I couldn't
10  tell you.
11  Q.  How many years did you work on
12  inputting and preparing Columbia Oldsmobile tax
13  returns?
14  A.  Probably since 1981.
15  Q.  And how long have they been renting
16  at 250 East Fifth Street?
17  A.  Since 1984, I believe.
18  Q.  And that's where you worked, right?
19  A.  Since 2014, I worked there, right.
20  Q.  Right.  And were you the man that
21  oversaw payments of these types of obligations like
22  rent and --
23  A.  Yes.
24  Q.  Uh-huh.  So you would need ledgers
25  and what else to be able to tell me whether this

Page 77

1   $132,000 is --
2         A.    Yes, because I can't recall exactly
3   what went into that --
4         Q.    Uh-huh.
5         A.    -- that we -- there were --
6         Q.    Okay.  So if I wanted to ask for
7   documents specifically so that, you know, you could
8   look and you could say, yep, this is what I need to
9   see in order to determine why we paid $4,800 a
10  month, which would amount to, you know, 60,000 a
11  year, but here on the tax return it says 132 -- so
12  you would need ledgers and what else?
13        A.    Just a detail of the rent account is
14  all.
15        MR. FROOMAN:  Mr. Van Emon, leave the
16        document alone.  Just listen to his
17        questions and answer the question.  He's not
18        asking you yet to look at, for instance, the
19        financial statement.  I want you to pay
20        attention and not be thumbing through.
21        THE WITNESS:  I am paying attention,
22        Jim.  The information, I believe, is in
23        here.
24        MR. FROOMAN:  If he wants to ask you
25        a question about the document --

Page 78

1         THE WITNESS:  Okay.
2         MR. FROOMAN:  -- he will.
3         THE WITNESS:  Okay.
4         Q.    Can you tell me from the financial
5   statements why the rents are 132,016?
6         MR. FROOMAN:  See what you get?
7         A.    I'd have to look.  Do I have
8   permission to look?
9         Q.    Yes.  Thank you.
10        A.    It may or may not be in here.
11        Q.    All right.  That's fair.  But I'd
12  appreciate if you'd give it a fair look.
13        A.    I can't tell you in entirety.  There
14  were several different leases.  One was the lease
15  for the building, which is right at the 5,000 a
16  month.  And then we have public a right of way lease
17  that was $2250 a month.  So that explains a good
18  portion of it.  And there -- there had to be
19  something else running through there.  But without
20  the documents, I can't tell you.
21        Q.    Okay.  I appreciate that.
22        A.    Uh-huh.
23        Q.    But on its face, though, would you
24  agree with me that Columbia Oldsmobile Company picks
25  up the entire rent of 250 East Fifth Street?

Page 79

1         A.    Columbia Oldsmobile Company pays the
2   rents for its space, plus pays the rent on -- on --
3   I believe it's an alleyway for 2250 a month.  And
4   then there has to be something else that they pay
5   also.  But yeah, they pay that rent.
6         Q.    But what I'm saying to you, Camargo
7   Cadillac doesn't pay rent.
8         A.    No.
9         Q.    The Joseph of Toyota Company doesn't
10  pay rent.  The rent to the landlord on the various
11  leases is paid solely by Columbia Oldsmobile
12  Company, correct?
13        A.    That's -- that's correct.
14        Q.    Okay.  Now, on 594 and on -- on
15  these -- in this tax return, can you tell me where
16  the income is shown from the subsidiaries, because
17  earlier you told me that it would be subsumed in
18  Columbia Oldsmobile.  Can you show me where on this
19  the income from the subsidiaries would be shown?
20        A.    Are we talking the subsidiaries that
21  were listed in --
22        Q.    Yes.
23        A.    You had a schedule shown -- that you
24  showed me --
25        Q.    Yes.

Page 80

1         A.    -- that you went back to and it
2   showed two --
3         Q.    Yeah.
4         A.    -- subsidiaries.
5         Q.    Right.
6         A.    It showed Columbia Motor Sales.
7         Q.    Uh-huh.  Uh-huh.
8         A.    That has no activity.
9         Q.    Okay.
10        A.    Right?  That just has a balance
11  sheet.
12        Q.    Uh-huh.
13        A.    So there's no P&L activity on that
14  one.
15        Columbia Oldsmobile -- Columbia
16  Automotive, Inc. is shown throughout the tax return.
17  And its numbers consist of gross receipts.
18        Q.    What page are you -- Bates stamp at
19  the bottom?
20        A.    Looking at page 570 on the tax
21  return.  Actually, you can go back to page 594, and
22  it will flow through to the tax return.  So if you
23  go to 594, you can look at Columbia Automotive.  The
24  sales in Columbia Automotive, 79 million.
25        Q.    Uh-huh.

20  (Pages 77 to 80)

Page 81

1      A.    If you flow through to the front page
2 on page 570 --
3      Q.    Uh-huh.
4      A.    -- and you can look at -- 79 million
5 shows up on line 1.
6      Q.    Uh-huh.
7      A.    Okay? So that's how those numbers
8 flow from the back schedules to the front of the tax
9 return.
10     Q.    Uh-huh.
11     A.    We would see Columbia Motors
12 Acceptance on the far right side, there's no
13 activity.
14     Q.    Uh-huh.
15     A.    And don't ask me what that company
16 is, because I have no idea what that was for.
17     Q.    And does Columbia Oldsmobile Company
18 have any --
19     A.    Their numbers are right there, also.
20 So if you go back to page 594 --
21     Q.    Uh-huh.
22     A.    -- those numbers combine and then
23 they flow together for the tax return.
24     Q.    All right. But what I see under
25 Columbia motive -- Automotive, Inc. on page 594 is

Page 82

1 79,928,769. You see that?
2      A.    Right.
3      Q.    And then when you go all the way to
4 the consolidated amounts, that's the same number?
5      A.    Right.
6      Q.    Where's the number on gross receipts
7 or sales for Columbia Oldsmobile Company?
8      A.    Columbia Oldsmobile Company consists
9 of Columbia Automotive Inc. --
10     Q.    All right.
11     A.    -- which has sales of automotive
12 products --
13     Q.    Uh-huh.
14     A.    -- cars, new cars, used cars, parts,
15 service.
16         Columbia Development, which is listed
17 under Columbia Oldsmobile Company, has rents.
18     Q.    Okay.
19     A.    So it won't have sales. It will have
20 rents and other income.
21     Q.    Very good.
22     A.    It does not sell any automotive
23 products.
24     Q.    Uh-huh. All right. Can you show me
25 where the income is shown from financing?

Page 83

1      A.    On the tax return I believe that is
2 shown under gross receipts and sales. It's
3 combined.
4      Q.    So if I wanted to learn how much was
5 made in F&I, what kind of documentation and where
6 would I find it?
7      A.    You can go to several different
8 places. One, you can go back to the -- the actual
9 financial statement here.
10     Q.    Uh-huh.
11     A.    It will be listed on that. Or it
12 would be listed in a factory financial statement
13 from the dealership.
14     Q.    So the dealerships make reports to
15 the factory on -- on what they make on --
16     A.    They're -- they're required to send
17 financial statements monthly.
18     Q.    And that's true with GM, Toyota?
19     A.    All -- all manufacturers have strict
20 requirements. They want financial statements on a
21 monthly basis.
22         MR. MURPHY: All right. Let's go off
23 the record for a second.
24         THE VIDEOGRAPHER: We're off the
25 record.

Page 84

1        (A recess was taken from 11:10 to
2 11:20.)
3        THE VIDEOGRAPHER: Back on the
4 record, 11:20 a.m.
5      Q.    How long a term is your consulting
6 agreement?
7      A.    Six months.
8      Q.    Six months. Expiration in? When?
9 Do you know?
10     A.    Don't know.
11     Q.    Did you pay any legal fees for that
12 consulting agreement being put together?
13     A.    No.
14     Q.    I'm sorry. No?
15     A.    No.
16         (Exhibit 12 was marked for
17 identification.)
18     Q.    Okay. I put in front of you what
19 we've marked as number 12. And these are Financial
20 Statements and Independent Accountants' Review
21 Report, Columbia Automotive, Inc., d/b/a Columbia
22 Acura-Hyundai December 31st, 2011 and 2010. And
23 then later on in the document you'll see it also
24 goes into 2012 and 2013.
25         Did you help prepare these

Page 85

1  statements? No, this is before your -- well,
2  actually you were working. While you were with the
3  accounting firm, did you assist in the preparation
4  of these statements?
5      A.   Yes.
6      Q.   Is there anything unusual in these
7  financials specific to Joseph Auto Group?
8          MR. FROOMAN: Objection.
9      Q.   I'll be more specific. What I
10  noticed and I didn't understand is they're --
11  there's differences. They're not -- they don't look
12  the same. And I'll show you. Compare 2507 --
13         MR. FROOMAN: Kevin, before you go
14     on, for the record, again, since you've got
15     two different financial statements for
16     separate years, can we be more specific in
17     identifying the documents for the record by
18     Bates stamp?
19         MR. MURPHY: Yeah.
20         MR. FROOMAN: Thank you.
21     Q.   So we're on 2507. And you'll see,
22  you know, the various headings, "Organizational
23  Information." Turn to the next page, 2508, "Summary
24  of Accounting Policies." And you have: "Advertising
25  Expense," "Accounts Receivables," "Notes Payable" on

Page 86

1  2510.
2          Then when you go to 41 -- 4160, I
3  notice things on this page for the notes to
4  financial statements 2012 and 2013 that are not in
5  the previous years, for instance, "Revenue
6  Recognition of Vehicle Service and Parts Sales,"
7  "Revenue Recognition of Finance, Warranty and
8  Insurance Income."
9      A.   Okay. What -- what page are you
10  on --
11     Q.   41 --
12     A.   -- now?
13     Q.   4160.
14     A.   4160. Comparing to?
15     Q.   Comparing to the earlier document,
16  2507, going forward. What I noticed, for your --
17  you know, to help you understand me, is there are
18  paragraphs with headings on the financial statements
19  2012, 2013 that are not contained in 2010 and 2011.
20     A.   Right.
21     Q.   Such as "Revenue Recognition of
22  Finance, Warranty and Insurance Information." I
23  didn't see that kind of title on the former one.
24  And I was wondering why there are differences.
25     A.   Probably general accepted -- I won't

Page 87

1  say probably. I know. General accepted accounting
2  principles will come out and generally accepted
3  accounting standards or whatever governing body we
4  were under will recommend additional footnotes.
5          We may pick up footnotes from going
6  to conferences and say, this is what we want to put
7  in our financial statements this year compared to
8  last year. We're always looking to update, improve
9  financial statements and make the reader aware of
10  things that we think they should be aware of, and
11  that other CPA firms in our industry are doing, and
12  what our governing bodies tell us to do. So that's
13  what -- that's why you're going to find differences
14  every once in a while.
15     Q.   All right. Number 12 on page 4160.
16  "Revenue Recognition of Finance Warranty and
17  Insurance Income." Do you see that?
18     A.   Yes.
19     Q.   And it says, "The company also
20  receives commissions on the sale of various
21  insurance products to customers including credit and
22  life insurance policies and theft protection." Now,
23  is that all through the F&I process?
24     A.   Yes.
25     Q.   And so the only reason why that's

Page 88

1  listed in that year but not in the previous year is
2  just because of updates that you learned in seminars
3  and things like that?
4      A.   Yes.
5      Q.   All right. Sir, has Ron Joseph
6  caused any of the income from Columbia Oldsmobile
7  Company or its subsidiaries to be diverted directly
8  or indirectly to himself?
9      A.   No.
10     Q.   To any other companies that he owns
11  or controls?
12     A.   No.
13     Q.   To other companies that his sons own
14  or control?
15     A.   You've gone over the management fee.
16  There is that. But as far as anything else, no.
17     Q.   The management fee's too high?
18         MR. FROOMAN: Objection.
19     Q.   Are the management fees too high, in
20  your opinion?
21     A.   No.
22     Q.   What does Greg Joseph make from the
23  Joseph entities a year?
24         MR. FROOMAN: Objection. You know
25     what? The minute entry from Judge Black

Page 89

1  would preclude you, I believe, from going
2  into that information.
3      What I would suggest is we defer
4  questions that might be outside the
5  parameters set by Judge Black in the minute
6  entry until the end and at that point we can
7  decide whether it's an issue that you can
8  move forward on or one that we might need to
9  address with Judge Black.
10     MR. MURPHY: Are you instructing him
11 not to answer?
12     MR. FROOMAN: I'm suggesting we leave
13 it to the end. I think questions about what
14 Greg Joseph makes by something as broad as
15 the Colum -- Joseph entities goes outside
16 the minute entry.
17     If you wanted to limit that question
18 to what is he paid from Columbia, I wouldn't
19 object at all. But otherwise what I'm
20 asking is we do is keep issues that go
21 outside the parameters already established
22 by Judge Black until the end of the
23 deposition.
24     Q.   Does -- does Greg Joseph receive any
25 money from Columbia Oldsmobile Company?

Page 90

1      A.   No.
2      Q.   Okay. All right.
3          (Mr. Murphy and Mr. Taylor
4          Conferred off the record.)
5      Q.   On Exhibit 11 -- yeah, Exhibit 11,
6  would you go to Bates stamp 483? It's Bates stamp
7  483 Balance Sheet of Columbia Oldsmobile Company
8  2012 and 2013.
9      A.   Page?
10     Q.   I might have the wrong exhibit.
11 Let's see.
12         MR. FROOMAN: It's here. And the
13 problem is --
14     A.   Is it this one here?
15         MR. FROOMAN: -- is what I
16 articulated earlier. You're --
17     A.   Is it 2000?
18     Q.   Uh-huh.
19     A.   Yeah.
20         MR. FROOMAN: You've got a number of
21 different financial statements that aren't
22 in Bates stamp order. But it's in there.
23 BY MR. MURPHY:
24     Q.   There you go. Bates stamp 483. Can
25 you tell me what value on this document is ascribed

Page 91

1  to real estate property holdings?
2          MR. FROOMAN: Objection to the term
3  "value."
4      Q.   You can answer.
5      A.   Cost.
6      Q.   Do you know what real property is
7  reflected on this balance sheet?
8      A.   Not all of the property.
9      Q.   Is there a schedule of value
10 somewhere else listing the specific properties,
11 their values, and their income?
12         MR. FROOMAN: Objection.
13     Q.   Do you know?
14     A.   Listing cost.
15     Q.   Just cost only?
16     A.   Yeah. All reporting that we do for
17 financial statements, review financial statements is
18 all done at cost. We don't speculate on fair market
19 value of anything.
20     Q.   What about the income from these
21 properties? Where is that reflected?
22     A.   That's reflected under page 485.
23     Q.   Basically, you're looking to "Revenue
24 Property Rentals"?
25     A.   Yes.

Page 92

1      Q.   And that's the total amount of income
2  for the -- the properties that are owned by Columbia
3  Oldsmobile Company or its subsidiaries?
4      A.   Yes.
5      Q.   Do you know of any appraisals or
6  other evaluations that have been obtained for real
7  property or other assets owned by Columbia
8  Oldsmobile Company?
9      A.   No.
10     Q.   As to the real properties, do you
11 know whether the tax values from the auditor's
12 offices are accurate?
13         MR. FROOMAN: Objection.
14     A.   I would have no way of knowing if
15 they're accurate or not.
16     Q.   Are all of the assets of the Columbia
17 Oldsmobile Company listed on the books?
18     A.   Yes.
19     Q.   What about the historical cars that
20 are in storage?
21         MR. FROOMAN: Objection.
22     Q.   Do you know?
23     A.   I do not know.
24     Q.   Do you know how many cars there are?
25     A.   I do not.

1          MR. FROOMAN:  Objection.
2     A.    No.
3     Q.    Did you ever see them?
4     A.    Not any cars owned by Columbia
5    Oldsmobile Company.
6     Q.    Who owns the cars?
7     A.    The only historical cars I've seen
8    are at the dealerships and owned by the dealerships.
9     Q.    Are there any cars at 9848 Waterstone
10    or 495 Northland Boulevard?
11    A.    I have not been in the Waterstone
12    property. There are -- I have been by there. There
13    are new vehicles there, a Fiat primarily. If you
14    want one, I'm sure they'll be glad to sell you one.
15    Q.    You know it's an acronym, don't you,
16    Fiat?
17    A.    Do what?
18    Q.    It's an acronym.
19    A.    Acronym?
20    Q.    Yeah. Fix it again, Tony. Are there
21    bearer bonds?
22    A.    No.
23    Q.    Does the conference room at 250 East
24    Fifth Street have a platinum carriage?
25    A.    I do not know that.

1     Q.    Don't remember seeing it?
2     A.    I do not remember seeing it.
3     Q.    Are there any other tangible or
4    intangible assets that are owned by Columbia
5    Oldsmobile Company or its subsidiaries that are not
6    listed on its books?
7          MR. FROOMAN:  Objection. Asked and
8    answered.
9     A.    I would not know that.
10    Q.    Does Columbia Oldsmobile Company own
11    stock or any marketable securities in any other
12    companies?
13    A.    Yes.
14    Q.    That's the subsidiaries? Well, let
15    me ask you. If the answer is yes, what other
16    marketable securities or stock securities does
17    Columbia Oldsmobile Company have in other companies?
18    A.    Marketable securities are publicly
19    traded stock.
20    Q.    Uh-huh. The answer is none or
21    does -- does Columbia Oldsmobile Company have any
22    stock in other companies?
23    A.    Publicly traded stock.
24    Q.    Okay. And what page are you
25    reflecting at the lower right-hand side?

1     A.    483.
2     Q.    And who invests that for Columbia
3    Oldsmobile Company?
4          MR. FROOMAN:  Objection.
5     A.    All right. Change the question.
6    Where are those securities held? With a brokerage,
7    a bank, what, you know?
8     A.    The balance are with a brokerage.
9     Q.    Which one?
10    A.    UBS.
11    Q.    What's the name of the contact
12    person?
13    A.    I don't recall.
14    Q.    Are they located in Cincinnati, the
15    contact person?
16    A.    Yes.
17    Q.    Did you ever meet that person?
18    A.    No.
19    Q.    The difference on this page between
20    2012 and 2013 is 2 million plus. Do you know if
21    that was just more money invested or just as a
22    result of an increase in the market?
23    A.    I don't remember.
24    Q.    Okay. Are the stock certificates on
25    these marketable securities in Columbia Oldsmobile

1    Company's name?
2     A.    Yes.
3     Q.    Are they valued at cost or market?
4          MR. FROOMAN:  Objection.
5     Q.    You can answer.
6     A.    Here I believe they -- that is the
7    only asset that's valued at fair market value.
8     Q.    Okay. On the companies that we've
9    discussed today, have any of them ever borrowed
10    money?
11          MR. FROOMAN:  Objection. I don't
12    even know which companies you've discussed
13    today.
14          MR. MURPHY:  You didn't write them
15    down or pay attention?
16          MR. FROOMAN:  That's it, I haven't
17    written them down or paid attention. You've
18    talked about a lot companies.
19          MR. MURPHY:  Yeah, we listed --
20          MR. FROOMAN:  We looked at certain
21    documents.
22          MR. MURPHY:  Yeah, we listed -- we
23    listed some on the -- on the tax returns, we
24    listed some in the advertising.
25          MR. FROOMAN:  I've objected. If

1    you --
2         MR. MURPHY: The Joseph Auto Group --
3         MR. FROOMAN: -- want to be more
4    specific, that's up to you. If you want to
5    leave it vague, go right ahead.
6         MR. MURPHY: All right.
7         MR. TAYLOR: Objection.
8         MR. MURPHY: Okay.
9         Q.   Any of the Joseph Auto Group
10   companies borrowed money while you were interacting
11   with them as an outside accountant and then as the
12   CFO?
13        A.   They all borrow money.
14        Q.   Okay. And do they borrow money from
15   a particular bank?
16        A.   To floor plan their inventory, they
17   borrow from -- four stores borrow from Allied, which
18   finances our General Motors floor plan at our GM
19   stores. We borrow from PNC for five or six of our
20   stores. We borrow from Toyota Motor Credit for our
21   Toyota stores. We borrow from Volkswagen credit for
22   our VW and Audi store.
23        Q.   And are there applications for these
24   loans?
25        A.   Say that again.

1         Q.   I'm sorry. Were there applications
2    filled out for these loans?
3         A.   Yes.
4         Q.   Did those applications value the
5    assets or discuss the income streams?
6         A.   They required previous financial
7    statements.
8         Q.   Has any of the assets of Columbia
9    Oldsmobile Company ever been pledged as collateral
10   for any loan for a different company?
11        A.   Not that I'm aware of.
12        Q.   Have you ever seen, since working
13   with them, that in order to obtain a loan for one
14   company that's borrowing, another company's assets
15   were pledged?
16        A.   Yes, but never Columbia.
17        Q.   Tell me what instance or instances
18   come to mind on that scenario I just mentioned.
19        A.   One instance would be our Capitol
20   Cadillac Inc, which is in Dublin, where the floor
21   plan is held by PNC. PNC required a -- not only
22   personal guarantee from Mr. Joseph but a guarantee
23   from Toyota of Cincinnati.
24        Q.   Capitol Cadillac in Dublin, what
25   company owns Capitol Cadillac?

1         A.   That's its own separate entity.
2         Q.   It's not a fictitious trade name?
3         A.   You'd have to look back at my summary
4    on -- that I prepared.
5         Q.   Okay.
6         A.   And it would show it there. It's
7    either Joseph Cadillac of Dublin or --
8         Q.   Uh-huh. All right.
9              (Mr. Murphy and Mr. Taylor conferred
10             off the record.)
11        Q.   Would you go to Exhibit 12? Would
12   you go to Bates stamp 2512, please?
13             MR. FROOMAN: What number again,
14   please? 2512?
15             MR. MURPHY: Yes, sir.
16             MR. FROOMAN: Thank you.
17        Q.   On this particular page what I'm
18   interesting in asking you is this, sir. Why does
19   Columbia Automotive, Inc. have a shared computer
20   expense with a related party for about a hundred
21   thousand dollars?
22        A.   Which line are you on? Oh, right
23   here?
24        Q.   Uh-huh.
25        A.   What we've done in that circumstance,

1    the Reynolds and Reynolds computer servers,
2    equipment were very expensive. They were brought by
3    Joseph Development Company and the various
4    dealerships pay Joseph Development Company a rental
5    or a fee for the use of the computer system. So we
6    have -- instead of each entity having its own
7    server, we bought one huge server years ago and that
8    server runs the whole dealership operation.
9         Q.   So that I understand, Reynolds and
10   Reynolds, that was the company that was doing
11   payroll, too, right? That was one of the ones you
12   mentioned?
13        A.   They have -- they have payroll, yeah.
14   As part of their computer services, they have
15   payroll.
16        Q.   All right. And did you say that
17   Joseph Development Company bought out Reynolds and
18   Reynolds?
19        A.   No, no.
20        Q.   I'm sorry. I -- I didn't understand.
21        A.   No. We bought the equipment from
22   Reynolds and Reynolds.
23        Q.   Got you.
24        A.   Reynolds is like huge --
25        Q.   All right.

Page 101

1      A.   -- huge in the automobile business.
2      Q.   All right.
3      A.   They provide computer services,
4   hardware, software for thousands of dealerships
5   across the country.
6      Q.   Uh-huh.  Okay.  I appreciate that.
7   Thank you.
8      A.   Uh-huh.
9      Q.   So where it says here the "related
10  party," what entity is the related party?
11     A.   Related parties would be other
12  companies where there's common ownership.
13     Q.   You'll see -- for instance, under
14  Note G, you'll see in the second paragraph, "The
15  company incurred management fees of 1,016,119 and
16  962,450 for the years ended December 31, 2011 and
17  2010" respectfully "through a related company."
18          Who is the related company there?
19     A.   The related company would be Pond
20  Realty.
21     Q.   Does Pond Realty take management fees
22  from all of the dealerships?
23     A.   Almost all the dealerships.
24     Q.   "The company" has "an outstanding
25  note receivable from Joseph Cadillac/Saab/Subaru LLC

Page 102

1   (a related party)."  Do you see that?
2      A.   Right.
3      Q.   "In the amount of 250,000 and
4   300,000."  So why does Joseph Cadillac/Saab/Subaru
5   LLC owe this money?
6      A.   I wasn't a part of that transaction,
7   when that occurred.  I was not -- that was done
8   before I joined the corporation as the CFO.
9      Q.   Uh-huh.  You were doing the tax
10  returns and the financial statements then, though,
11  correct?
12     A.   Yes.
13     Q.   Okay.  What does a "related party"
14  mean?
15          MR. FROOMAN:  Objection.  Asked and
16  answered.
17     A.   You can answer.
18     A.   Okay.  Related party is -- they have
19  some common ownership.
20     Q.   All right.  And the next
21  one we talked about, the related party there is
22  Pond, on the computer.  Yeah?
23     A.   No, the related party was Joseph
24  Development on that one.
25     Q.   Oh.  Very good.

Page 103

1      A.   That was a different --
2      Q.   Very good.  Joseph Development, Inc.
3   for the -- for the computers.  That's right.  I
4   wrote it down.  Thank you.  My bad.
5           The Audi dealership, also known as
6   The Audi Connection, is on Columbia Oldsmobile
7   Company land, correct, and it rents from Columbia
8   Oldsmobile Company?
9      A.   Yes.
10     Q.   Do you know why the rent was reduced
11  for The Audi Connection?
12          MR. FROOMAN:  Objection.
13     A.   What year are we talking about?
14     Q.   Would you go to Exhibit -- I think
15  it's 11.  The 2011, 2012 financials.  And go to
16  Bates stamp 465, please.  I think it's Exhibit 11.
17  Right?  Under Note M, sir, related party
18  transactions.
19     A.   Are we on 2012, 2011?
20     Q.   This is Bates stamp, on the lower
21  right side, 465.
22     A.   465?
23     Q.   Yes, sir.  Sorry.
24     A.   I'm sorry.  I was 455.
25     Q.   Up top you'll see Notes to Financial

Page 104

1   Statements (Continued) December 31st, 2012 and
2   2011."
3      A.   Okay.
4      Q.   And you will see that the company
5   leases business facilities to Joseph Northland
6   Motors, Inc.  That does business as The Audi
7   Connection, correct?
8      A.   Right.
9      Q.   All right.  "The lease is on a
10  month-to-month basis.  The base month rental was
11  32,000 through February 2011."  You see that?
12     A.   (Nodding head.)
13     Q.   And then it said, "Effective
14  March 2011, the base monthly rental was reduced to
15  25,000."  My question to you is, why was the rent
16  reduced?
17     A.   I do not know.
18     Q.   Same thing with the next paragraph.
19  "The Company leases business facilities to
20  Montgomery Chevrolet Company doing business as
21  Columbia Chevrolet."  It's on a month-to-month for
22  42,000, and there's a rent reduction there.  Do you
23  know why?
24     A.   I do not know.
25     Q.   Who determines the amount of rent,

Page 105

```
1    sir?
2         A.    That would be determined at
3    corporate.
4         Q.    What does that mean "at corporate"?
5         A.    250 East Fifth Street, determined by
6    Mr. Joseph.
7         Q.    Okay.
8         A.    And with the CFO.
9         Q.    Would you go to Exhibit 12 for me,
10   sir? And would you kindly go to Bates stamp 4164,
11   please? Does Columbia Automotive, Inc. make related
12   party transactions or -- to Columbia Chevrolet?
13        MR. FROOMAN:  Objection.
14        Q.    And to Joseph Cadillac in Kentucky?
15        MR. FROOMAN:  Same objection.
16        Q.    You'll see here at the bottom, "As
17   described in Note C, the company has an outstanding
18   note receivable from Joseph Cadillac/Saab/Subaru
19   LLC, a related party, in the amount of 130,000 and"
20   190.  Who determines when these notes are paid and
21   how much?
22        A.    Mr. Joseph and the CFO.
23        Q.    And who makes the determination that
24   Columbia Automotive will lend the money to a related
25   party?  Same people, Ron Joseph and the CFO?
```

Page 106

```
1         A.    Yes.
2         Q.    Would you agree, sir, that based upon
3    the years that you worked with Ron Joseph, he
4    considers all of these companies and dealerships
5    related parties?
6         MR. FROOMAN:  Objection.
7         Q.    You can answer.
8         A.    I'm not sure I know that answer.
9         Q.    But does he run the business like
10   that?
11        MR. FROOMAN:  Objection.
12        A.    They all run pretty similar, that the
13   dealerships are -- they sell cars, they have parts,
14   they have service, they have, you know, customers
15   that are -- that are -- that they sell to,
16   individual customers and businesses, and so they're
17   all run pretty similar.  And some are a little bit
18   different because of the nature of the vehicles that
19   they have.  High line vehicles run a little bit
20   different than, say, a Chevrolet store.
21        Q.    Uh-huh.  But when it comes to making
22   these types of transactions, loans, what the rate of
23   payment is going to be, what the interest is going
24   to be between related parties, would you agree that
25   Ron Joseph pretty much makes the decisions?
```

Page 107

```
1         MR. FROOMAN:  Objection.
2         A.    I would say we do not try to make
3    related party loans.  Since I've been there we've
4    tried to pay everything off.  And if there's any
5    loans out there, we've tried to pay them off.
6         Q.    Uh-huh.
7         A.    So we make very few related party
8    loans.
9         Q.    But you have.  They're reflected in
10   these.  You see that, right?
11        A.    I'd have to look at the details on
12   this to see what it was related to.
13        Q.    Also, some of these -- some of these
14   entities have actually made loans to individuals,
15   correct?
16        MR. FROOMAN:  Objection.
17        A.    Again, I'd have to look at the detail
18   to see.
19        Q.    Does Robert Joseph ever owe any money
20   to any of the Joseph entities?
21        A.    Yes.
22        Q.    Which one?
23        A.    Columbia Oldsmobile Company, I
24   believe.
25        Q.    And how much did they loan him?
```

Page 108

```
1         MR. FROOMAN:  Objection.
2         A.    The amount was 995,000, I believe, or
3    992,000.
4         Q.    Did he ever pay it back?
5         A.    No.
6         Q.    When was the loan made?
7         MR. FROOMAN:  Objection.
8         A.    I don't remember when that was.
9         Q.    Did it obtain board approval?
10        A.    I don't recall.
11        Q.    Were the other shareholders notified
12   about it?
13        A.    I don't recall.
14        Q.    Has the note been paid off in any
15   way?  I mean, has any dollars been paid toward the
16   loan?
17        MR. FROOMAN:  Objection.
18        A.    I don't know.
19        Q.    Have you ever discussed it with Ron
20   Joseph?
21        A.    I have not.
22        Q.    Is Columbia Oldsmobile in the
23   business of lending money to individuals?
24        A.    That's not our business.
25        Q.    Do you know what it was -- what it
```

Page 109

1   was for?
2       A.   I do not know.
3            (Mr. Murphy and Mr. Taylor conferring
4       off the record.)
5       Q.   Would you go to Exhibit 9?
6       MR. FROOMAN:  Did you say 9?
7       MR. MURPHY:  Yes.
8       A.   Okay.
9       Q.   Would you be -- kindly go to Bates
10  stamp 439 in lower right-hand side?  Columbia
11  Oldsmobile on this page, sir, has an expense of
12  $354,920 under payroll.  Do you see that?
13      A.   Yes.
14      Q.   How many employees did Columbia
15  Automotive, Inc. have to warrant that much money in
16  payroll expenses?
17      MR. FROOMAN:  Objection.
18      A.   Columbia has -- Columbia Oldsmobile
19  Company combined has -- the company itself at 250
20  East Fifth Street probably has six or -- five or six
21  people on payroll there, plus they have a hundred
22  and some people at Columbia Automotive.
23      Q.   The five or six people that are paid
24  at 250 East Fifth Street, who are those people that
25  are on the payroll of Columbia Oldsmobile -- or --

Page 110

1   or Columbia Automotive, Inc.?
2       MR. FROOMAN:  Objection.  Which one
3       are you asking?
4       MR. MURPHY:  That's why I changed it.
5       Q.   What five or six people at 250 East
6   Fifth Street are on the payroll of Columbia
7   Automotive Inc.?
8       A.   That would have been Michael
9   Candelaresi, Robert Joseph, Robin, Marietta.  In '14
10  I think that would have been -- we hire people
11  occasionally as substitutes and pay them.  So those
12  are the main people that would have been there.
13      Q.   And would you agree with me, sir,
14  that Michael Candelaresi, Robert Joseph, Robin, and
15  Marietta were doing work for other corporate
16  entities besides Columbia Automotive while they were
17  working at 250 East Fifth Street?
18      A.   Yes.
19      Q.   And the payroll company for Columbia
20  Automotive in 2014, would that have been Reynolds
21  and Reynolds or would that have been Paycor?
22      A.   That would have been Paycor.  And
23  Paycor just does the processing.
24      Q.   All right.  If you would go to the
25  2015 tax return.  And go to 594 Bates stamp.

Page 111

1       A.   Is that Exhibit 10?
2       Q.   Yes, sir.
3       A.   594.
4       Q.   Uh-huh.
5       A.   Okay.
6       Q.   You'll see that there's a payroll
7   expense on 594 for Columbia Oldsmobile Company for
8   $132,000 for payroll.  Do you see that?
9       A.   Gross rents.  How far down are you?
10      MR. MURPHY:  I think that's the right
11  page.
12      MR. FROOMAN:  I don't think it is.
13      A.   I see the 132.
14      Q.   I may -- I may have the wrong page --
15      A.   That's rents.
16      Q.   -- sir, and if I do, I apologize.
17  I'm looking for payroll.
18      MR. MURPHY:  That one I think I made
19  a mistake.  All right.  See if you can find
20  payroll on that.
21      Q.   We'll go -- we'll come back to that.
22  Sorry about that, sir.  All right.
23           (Mr. Murphy and Mr. Taylor conferred
24      off the record.)
25      Q.   This one is going to be Exhibit 13.

Page 112

1            (Exhibit 13 was marked for
2       identification.)
3       Q.   It starts out at Bates stamp 3110 and
4   it ends at 3129.  The first page says, "Minutes of
5   the Annual Meeting of All Shareholders of Joseph T.
6   of C, Co."  Have you seen this before?
7       A.   No.
8       Q.   On 3125, sir -- it's way back toward
9   the end.
10      A.   Okay.
11      Q.   Thank you very much for your patience
12  on all this.  There's a lot of documents.
13      A.   Yeah.
14      Q.   I appreciate it.  "Actions Taken in a
15  Writing By All Of The members Of The board Of
16  Directors Of Joseph T of C, Co."  It says that you
17  were appointed as secretary and treasurer of the
18  company to serve in such capacity until the next
19  annual meeting of the board of directors.  Did you
20  attend any such meeting where you were elected to
21  secretary and treasurer?
22      A.   No.
23      Q.   Am I correct then that the meeting
24  never happened?
25      MR. FROOMAN:  Objection.

Page 113

1      A.   I did not attend the meeting.
2      Q.   All right.  Do you know if a meeting
3  took place?
4      A.   I do not know that.
5      Q.   Did you accept the position and agree
6  to take that on?
7      A.   Yes.
8      Q.   Were you given any additional monies?
9      A.   No.
10     Q.   Do you know if there's a signed
11 document for this action taken?
12     A.   No.
13          MR. MURPHY:  Next.
14     Q.   Next is Exhibit 14.
15          (Exhibit 14 was marked for
16          identification.)
17     Q.   This one is Bates stamped 2580 and
18 2581.  Up top it says, Actions Taken In A Writing By
19 All Members Of The Board Of Directors Of Columbia
20 Automotive, Inc."  And it's to elect officers of the
21 company to serve until the next annual meeting of
22 the board of directors of the Columbia Automotive,
23 Inc.  It says, formerly known as Columbia
24 Oldsmobile, Inc.
25          And it said that you are

Page 114

1  secretary-treasurer.  Do you see that?
2      A.   Yes.
3      Q.   Was there any meeting that you
4  attended when this occurred?
5      A.   I did not attend this meeting.
6      Q.   Do you know if a meeting took place?
7      A.   I do not know that.
8      Q.   Did you agree to accept this position
9  and to continue?
10     A.   Yes, I did.
11          MR. MURPHY:  Next.
12     Q.   What does Karl Stewart do in the
13 Joseph Companies?  Does he have a title?
14          MR. FROOMAN:  Which question are you
15          asking?
16     Q.   You can answer.
17          MR. FROOMAN:  Objection.
18     A.   He oversees the daily operations at
19 Columbia Hyundai-Acura.  He also works with the
20 Dealer Acceptance Credit Corporation.  He answers
21 questions when other managers call him.
22     Q.   Does he have a title?
23     A.   He does everything.
24     Q.   All right.
25     A.   I don't know what you call that.

Page 115

1      Q.   What -- what company pays him?
2      A.   He is paid out of Columbia
3  Hyundai-Acura.
4      Q.   And so he's pretty much a go-to guy
5  for all the general managers?
6          MR. FROOMAN:  Objection.
7      A.   If there's a question that they can't
8  answer, yeah, they will call him.
9      Q.   Does he work out of 250 East Fifth?
10     A.   No.
11     Q.   Does he have an office?
12     A.   He has an office at Columbia
13 Hyundai-Acura.
14          MR. MURPHY:  Sorry.
15     Q.   All right.  Exhibit 15.
16          (Exhibit 15 was marked for
17          identification.)
18     Q.   Operating agreement of Michigan
19 Realty LLC.  Whoops.  Before I get to that, let me
20 sum up the last two.  So you were secretary and
21 treasurer of Columbia Automotive, Inc. continuously
22 between 12/29/14 and 12/30/15, that whole year,
23 right?
24     A.   Yes.
25     Q.   Do you know if you're still

Page 116

1  secretary-treasurer of Columbia Automotive, Inc.
2  today?
3      A.   No.
4      Q.   You don't know?
5      A.   I don't know that.
6      Q.   All right.  So you were the secretary
7  of one company that runs automotive dealerships, and
8  you were the secretary-treasurer of another company
9  that runs automotive dealerships at the same time,
10 correct?
11     A.   Yes.
12     Q.   Do you perceive any conflict in that
13 situation?
14     A.   No.
15     Q.   Why not?
16          MR. FROOMAN:  Objection.
17     A.   I never really thought it was a -- a
18 conflict of interest.
19     Q.   Well, as an officer of one company,
20 you would have a -- duties to that particular
21 company and its shareholders, correct?
22     A.   Right.
23     Q.   And as an officer of another company,
24 you had a duty to their owners and shareholders.
25 Yes?

Page 117

1    A.    Right.
2    Q.    And if those two companies compete
3  for business, can you see a conflict?
4        MR. FROOMAN: Objection.
5    A.    I didn't view it in that manner.
6    Q.    And the reason why you didn't view it
7  in that manner is because it all came under the
8  Joseph umbrella, correct?
9        MR. FROOMAN: Objection.
10    A.    I didn't view it in that manner.
11    Q.    How did you view it?
12    A.    I knew there were certain duties and
13  responsibilities with being secretary-treasurer. I
14  didn't really do any day-to-day operations with any
15  entity -- other dealerships. That was -- I fielded
16  questions. I was responsible for getting floor plan
17  financing, insurance, things like that. So I didn't
18  view that as a conflict of interest with anything.
19    Q.    But as treasurer of one particular
20  company, that comes along with some -- some
21  responsibilities and duties toward the purse of that
22  company, correct?
23        MR. FROOMAN: Objection.
24        Argumentative. He's answered your question,
25  Kevin.

Page 118

1    Q.    You can answer.
2    A.    As I said before, the duties that I
3  had were somewhat related to all the entities as far
4  as taking care of the floor plan financing, the
5  insurance, the health insurance, the 401(k), those
6  type of things. So I did not sign checks or
7  anything like that for any of the other stores or --
8  that's all done out at the --
9        THE COURT REPORTER: I'm sorry, I
10  didn't hear the end of that. That's all
11  done?
12        THE WITNESS: Hmm?
13        THE COURT REPORTER: I didn't hear
14  you.
15    A.    I did not have any day-to-day
16  responsibilities out at the other dealerships.
17    Q.    Your responsibilities were more
18  global, right?
19    A.    Yes.
20        MR. MURPHY: Okay. We'll go to a new
21  tape, Gene?
22        THE VIDEOGRAPHER: Yes, sir.
23        MR. FROOMAN: How about a lunch
24  break?
25        THE VIDEOGRAPHER: We're off the

Page 119

1  record.
2        (A recess was taken from 12:16 to
3        12:59 p.m.)
4        THE VIDEOGRAPHER: Back on the record
5  12:59 p.m.
6    Q.    Sir, you do understand you are still
7  under oath, correct?
8    A.    Yes.
9    Q.    Okay. I have in front of you what
10  we've marked as 15, the operating agreement of
11  Michigan Realty Inc. Have you seen this before?
12    A.    I have not seen this.
13    Q.    On page 3147, lower right-hand side,
14  you are listed as the registered agent in section
15  2.7. Did you know that before I showed this to you
16  today?
17    A.    I did not know that before you showed
18  this to me.
19    Q.    Do you know who formed Michigan
20  Realty and why?
21        MR. FROOMAN: Objection.
22    A.    Mr. Joseph would have formed it. And
23  I don't know why.
24    Q.    Okay. Do you know what it does?
25    A.    It held real estate. And I believe

Page 120

1  it was just one piece of property.
2    Q.    Which one?
3    A.    Residential rental property.
4    Q.    Virgina Apartments?
5    A.    I don't believe that's correct.
6    Q.    Does it hold the mortgage for
7  Virginia Apartments?
8    A.    I can't remember.
9    Q.    But in any event, what you do know is
10  that it holds investment property?
11        MR. FROOMAN: Objection.
12    A.    I wasn't involved in setting it up,
13  and I don't know what got put into it.
14    Q.    So, in other words, if you were at
15  your desk a couple of months ago, six months ago,
16  and something came in, had your name on it,
17  registered agent, Michigan Realty Inc., you wouldn't
18  have known what -- what it was?
19    A.    I -- I may not have seen this, no.
20    Q.    All right.
21    A.    I believe this -- I believe -- again,
22  believe. I know this is a single member LLC.
23  There's no tax return filed on it.
24    Q.    Because if there was, you would have
25  been involved in assisting in getting the return

Page 121

1  done, correct?
2      A.   Yes, for '15, I would have, that's
3  correct.
4      Q.   So to the best of your knowledge, the
5  2015 tax return hasn't been done on this yet?
6          MR. FROOMAN: Objection.
7      A.   Again, I think it's a single member
8  LLC. There would be no tax return required on it.
9      Q.   What would be required if it had
10 income?
11     A.   If it had income, it would be
12 required to -- it would not -- still not be required
13 to file a tax return, if it's a single member LLC.
14     Q.   It would flow to the member, correct?
15     A.   That's correct.
16     Q.   Now, is there some reason why
17 properties such as the Virginia Apartments could not
18 be purchased and owned through Columbia Oldsmobile
19 Company, Columbia Development Corporation, or one of
20 the other subsidiaries of Columbia Oldsmobile
21 Company?
22         MR. FROOMAN: Objection. Are you
23         asking about Virginia Apartments, or are you
24         asking about properties like Virginia
25         Apartments.

Page 122

1      Q.   Is there some reason why properties
2  that are owned by other of the Joseph companies
3  besides Columbia Oldsmobile Company, Columbia
4  Development Corporation -- is there any reason why
5  Columbia Oldsmobile Company couldn't have owned
6  those properties?
7      A.   No.
8          MR. FROOMAN: Objection.
9          MR. MURPHY: Next.
10     Q.   We will now do Exhibit 16.
11         (Exhibit 16 was marked for
12         identification.)
13     Q.   I'm showing you what we've marked as
14 Exhibit 16, Bates stamped 4104 on the first page,
15 4126 on the last page. Have you seen this before?
16     A.   Yes.
17     Q.   When did -- give me the evolution of
18 the accounting firm. The -- when was Barnes Dennig
19 hired?
20         MR. MURPHY: Objection.
21     A.   Barnes Dennig has been doing work for
22 the Joseph family for a number of years. They were
23 hired before I got down here in 1980, '81, whatever
24 year that was. At some point in time they were
25 doing tax returns for the dealerships. We took over

Page 123

1  that. "We" being K.B. Parrish took over that
2  work --
3      Q.   Uh-huh.
4      A.   -- from them. They remained and did
5  all the other entities. Our firm, K.B. Parrish, did
6  dealership financial statements and tax returns
7  only. We did not do other entities such as the one
8  that you've given me here.
9      Q.   Besides the consulting agreement that
10 you are under right now, are you employed in any
11 other capacity?
12     A.   I work for my son right now and his
13 computer company in Indianapolis.
14     Q.   Are you working out of the house?
15     A.   No, we have an office in Fishers,
16 Indiana.
17     Q.   What's the name of the company?
18     A.   Record Grabber, LLC.
19     Q.   Now, you'll see on the next page that
20 this is the tax return for Gold Circle Mall, is that
21 right?
22     A.   Yes.
23     Q.   The cover letter says that it was
24 prepared from the information furnished by you. Is
25 that true?

Page 124

1      A.   Yes.
2      Q.   Did you personally provide the
3  information or was it someone who worked for you or
4  reported to you?
5      A.   I personally provided it to Allen
6  Bieber.
7      Q.   On 4105, it shows prior year
8  distributions of 637,989 in 2014. Is that accurate
9  to the best of your knowledge?
10     A.   Yes.
11     Q.   Who received those distributions?
12     A.   I do not think that they were actual
13 cash distributions. It was an accounting entry made
14 by Allen Bieber, because I think -- I believe
15 ownership changed in 2014.
16     Q.   Well, to a layperson like me, what
17 does distributions of money, 637,989, mean in
18 layperson terms?
19     A.   It could be cash, property, anything
20 along that lines that's distributed out. It could
21 be an accounting entry done by Allen Bieber.
22     Q.   What does "accounting entry" mean?
23     A.   Just an accounting entry, a journal
24 entry to the books or to the tax return.
25     Q.   Well, you can't put down 637,989 as a

Page 125

1  distribution unless something was distributed,
2  correct?
3       MR. FROOMAN: Objection.
4      A.   Well, it says here -- excuse me. It
5  says here, distribution of money.
6      Q.   Uh-huh.
7      A.   So quite possibly that was a
8  distribution of money. I don't know without looking
9  at the detailed records.
10     Q.   All right. You provided the
11 information. Where did you get the information
12 from?
13     A.   From the set of books and records
14 that were kept for this entity.
15     Q.   Where are those books and records
16 kept?
17     A.   250 East Fifth Street.
18     Q.   Who keeps them?
19     A.   I believe Robin keeps those.
20     Q.   What's Robin's last name?
21     A.   You asked me that before and I cannot
22 recall. Sorry.
23     Q.   I thought maybe the turkey sandwich
24 might have helped or something.
25     A.   No.

Page 126

1      Q.   All right. In 2015 it shows
2  distributions of $20,000. Do you know if that's
3  accurate?
4      A.   Yes.
5      Q.   Do you know what those distributions
6  were?
7      A.   Cash.
8      Q.   To Mr. Joseph?
9      A.   Yes.
10     Q.   Why were they lower in 2015 as
11 opposed to 2014?
12     A.   I couldn't answer that without
13 looking at the information.
14     Q.   Would you go to 4113, please? You
15 will see, sir, on this page that it shows buildings
16 and other depreciable assets of $4,620,906 under
17 line 9a. Do you see that?
18     A.   Yes.
19     Q.   Is that accurate to the best of your
20 knowledge and belief?
21     MR. FROOMAN: Objection.
22     A.   That is the cost number, yes.
23     Q.   Are these book values or market
24 values?
25     A.   They're at cost.

Page 127

1      Q.   Cost. Okay. So they're not based on
2  appraisals, correct?
3      A.   Correct.
4      Q.   Does Barne Dennig also do nontax
5  accounting for any of the Joseph entities?
6      MR. ALISON: Objection.
7      A.   I'm not clear on what nontax
8  accounting would be.
9      Q.   Fair.
10     A.   They do the tax returns.
11     Q.   Do they do any audits?
12     A.   No.
13     Q.   Does anybody do any audits, any of
14 the accounting firms?
15     A.   No. They're not required by banks,
16 lenders.
17     Q.   When Barnes Dennig bills for its
18 services for the companies and dealerships that you
19 mentioned in general, do they bill by sending one
20 bill for all the entities?
21     MR. FROOMAN: Objection.
22     A.   They send separate bills to each
23 entity.
24     Q.   Does Pond Realty pay for any tax
25 work?

Page 128

1      A.   Yes, Barnes Dennig, does the tax work
2  for Pond Realty.
3      Q.   So I just want to make sure I've got
4  it. The firm that you were with, K.B. Parrish, they
5  do tax returns. Barnes Dennig does tax returns.
6  And that Jeffery --
7      A.   Right.
8      Q.   -- person does tax returns.
9      A.   And financial statements.
10     Q.   And financials. Anybody else -- any
11 other accounting firms or accountants or CPAs do any
12 tax returns for any entities owned or controlled by
13 Ron Joseph?
14     A.   No.
15     Q.   What firm or firms help prepare Ron
16 Joseph's personal taxes?
17     A.   Barnes Dennig.
18     Q.   Are there any other accounting
19 functions handled by accounting firms other than the
20 preparation of tax returns and financial statements?
21     A.   Repeat that. Any other services?
22     Q.   Yeah.
23     A.   Barnes Dennig does some -- has done
24 valuations in the past. And they were in the
25 process of doing valuations this year, but they have

Page 129

1    not completed any yet.
2        Q.    What are they valuing?
3        A.    They were valuing the Joseph Buick
4    store, the Joseph Cadillac-Subaru store, Montgomery
5    Chevrolet.
6        Q.    For what purpose?
7        A.    We were in the midst of doing some
8    estate planning for Mr. Joseph.
9        Q.    Who does the tax returns now for
10   Columbia Oldsmobile?
11       A.    Susan Jeffery.
12            (Exhibit 17 was marked for
13            identification.)
14       Q.    Here's number 17, sir, Bates stamped
15   0047.  And it's cut off.  I imagine it goes to 49.
16   It's three pages.  Do you recognize this, sir?
17       A.    Yes.
18            MR. FROOMAN:  Can you, for the
19   record, give me the Bates stamp numbers?  My
20   photocopy's cut off on the end.
21            MR. MURPHY:  So is mine.  That's
22   right.  Yeah, I just -- I -- evidently I'm
23   not speaking loud enough.  I apologize.
24            MR. FROOMAN:  Oh, I'm sorry.
25            MR. MURPHY:  What I said was, mine

Page 130

1    says 00047, and I don't know if -- yeah.
2    Okay.  Here it is.  It's -- 478 is the last
3    page.  476 is the first page.  477 is the
4    middle.
5            MR. FROOMAN:  Thank you.
6        Q.    Okay.  What is this, sir?
7        A.    This is a deed where we're
8    transferring the Dennison Hotel from Columbia
9    Oldsmobile Company to Columbia REI, LLC.
10       Q.    And this was done 12/29/15?
11       A.    12/29, yes.
12       Q.    Is that the day you signed it?
13       A.    Yes.
14       Q.    And this shows you as the
15   secretary-treasurer of Columbia Oldsmobile Company
16   deeding property to Columbia REI, LLC, right?
17       A.    Yes.
18       Q.    Why was it transferred?
19       A.    The asset that was transferred was
20   the Dennison Hotel and we were advised by
21   attorneys --
22            MR. FROOMAN:  Objection.  Objection.
23   If you got something from your attorneys,
24   you ought not share that information.  It's
25   privileged.  To the extent the

Page 131

1    communication's with attorneys, you are not
2    to answer.
3            THE WITNESS:  Okay.
4        Q.    What was the reason why the property
5    was transferred?
6            MR. FROOMAN:  Unless -- objection.
7    Unless that reason was told to you by the
8    attorneys.
9        Q.    Well, you know --
10            MR. FROOMAN:  If you can answer the
11   question without disclosing the
12   communications with the attorneys, then by
13   all means do so.  But if the source of your
14   information is communications with the
15   attorneys, I'm going to instruct you not to
16   answer.
17       A.    We transferred it because we
18   considered the Dennison Hotel might be a liability
19   for Columbia Oldsmobile Company.  So all we were
20   trying to do was transfer the ownership of that
21   property into an LLC in case the building fell down
22   and fell on somebody and killed somebody or part of
23   the face fell down and killed somebody walking by
24   it.
25            Columbia REI, LLC is sill owned by

Page 132

1    Columbia Olds Company.  So it was a mere -- it's
2    almost like a shell company, I guess you'd call it,
3    for liability purposes only.
4        Q.    Did Columbia Oldsmobile Company
5    receive anything in return for deeding property to
6    Columbia REI, LLC?
7        A.    No, because it still -- technically
8    it's still within Columbia Oldsmobile Company.  So
9    all we did, again, was just try to safeguard the
10   assets of Columbia Oldsmobile Company by moving this
11   property into an LLC to give it another layer of
12   protection.
13            The ownership did not change at all.
14   It's still owned by Columbia Olds Company.  We just
15   thought it was necessary to do this because there
16   are problems with that building.
17            MR. MURPHY:  Next.
18            (Exhibit 18 was marked for
19            identification.)
20       Q.    Exhibit 18.  You'll notice, sir, that
21   the Bates stamps are on the left.
22       A.    Yes.
23       Q.    The first one is 000983.  The last
24   one is 001106.  If you'd go to 1103, please, you
25   will see that this is a tax return for Columbia

Page 133

1  Oldsmobile Company. Do you see that, sir?
2     A.   Tax returns. It's part of the
3  return, but it doesn't say Columbia Olds Company on
4  the page. But I would say, yeah, it's --
5     Q.   It's 1003 on the left?
6     A.   1003.
7          MR. FROOMAN: You did say 1103.
8          MR. MURPHY: I'm sorry. My fault.
9     A.   1003. Okay.
10    Q.   My mistake, man. Sorry.
11    A.   That's all right.
12         MR. FROOMAN: We were all on the
13  wrong page number.
14    A.   Yes, that's Columbia Oldsmobile
15  Company.
16    Q.   Okay. Have you seen this before?
17    A.   Yes.
18    Q.   Did you sign this? Because there's
19  no preparer's signature on this?
20    A.   Yes, I would have -- I would have
21  signed this return.
22    Q.   And does the company keep signed
23  copies? In other words, would -- would the company
24  have a copy of this tax return with your signature
25  on it?

Page 134

1     A.   I do not know that.
2     Q.   And at the time you signed this, you
3  were a CPA at K.B. Parrish & Co.?
4     A.   Yes.
5     Q.   Once you came on board and came to
6  work for Pond, did you continue to perform services
7  through K.B. Parrish?
8     A.   No.
9     Q.   Who become the lead professional on
10  the account at K.B. Parrish after you left?
11    A.   After I left it was Mark Kleissler.
12    Q.   Would you spell the last name, sir?
13    A.   K-l-e-i-s-s-l-e-r.
14    Q.   On 1006 it lists various subsidiaries
15  of Columbia Oldsmobile Company. Do you see that,
16  sir?
17    A.   Yes.
18    Q.   Why is Columbia Development
19  Corporation not on that list?
20         MR. FROOMAN: Objection. Asked and
21  answered.
22         MR. MURPHY: Different return.
23         MR. FROOMAN: Yeah. I don't think
24  the answer has necessarily changed but fair
25  enough.

Page 135

1          MR. MURPHY: Well, you're not
2  Kreskin.
3     A.   It's not listed here. The numbers --
4  the P&L balance sheet are included in this finan --
5  in this tax return.
6     Q.   But do you know why they wouldn't
7  list it as name of entity?
8     A.   Probably a tax question that at this
9  point in time I couldn't answer.
10    Q.   But you were the preparer, though?
11    A.   It's all one and the -- it's all one
12  and the same. Columbia Olds Company and Columbia
13  Development are one and the same entity and they use
14  the same ID number.
15    Q.   The same EIN?
16    A.   Yes. Yeah. So that's why we
17  combined their operations as -- and that's shown
18  just as Columbia Olds Company.
19    Q.   All right.
20    A.   Columbia Automotive uses a different
21  IEN number.
22    Q.   As of this date, are there any other
23  subsidiaries that are missing?
24         MR. FROOMAN: Objection.
25    A.   There's --

Page 136

1          MR. FROOMAN: Two points. When say
2  "this date," you don't mean today; you mean
3  as of the day of the preparation.
4          MR. MURPHY: One of my bad questions.
5          MR. FROOMAN: I just want to make
6  sure.
7          MR. MURPHY: I concur. That was one
8  of my worse questions of the day.
9     Q.   So let me rephrase it because
10  Mr. Frooman's objection is spot on. As of the date
11  that you prepared this, were there any other
12  subsidiaries that were not the --
13    A.   There are no subsidiaries missing.
14    Q.   Very good.
15    A.   Columbia Olds Development, again, is
16  not -- we didn't consider it a subsidiary. We just
17  considered it part of Columbia Olds Company. So
18  that is why it's not listed down here.
19    Q.   Roger that. Next page, 1007. You
20  will see that this page shows retained earnings at
21  year-end of 25,739,828. Do you see that?
22    A.   Yes.
23    Q.   Tell me why the retained earnings
24  amount is so large.
25         MR. FROOMAN: Objection.

Page 137

1    A.    Well, you'd have to go back to page
2  1, which would be 1003.
3    Q.    Uh-huh.
4    A.    And we start back in 1938. You can
5  see where it's formed.
6    Q.    Uh-huh.
7    A.    1938. So 1938 to 2011 is -- how many
8  years? So through that time period it's generated
9  quite a bit of earnings over that -- how many years
10 is that?
11   Q.    So what you're saying is that over
12 the years, they continue to accumulate retained
13 earnings?
14   A.    That's correct.
15        MR. FROOMAN: Objection.
16        MR. MURPHY: What's wrong with that
17 question? That was one of my better ones,
18 actually.
19   Q.    Do you know if during these years
20 that their retained earnings -- well, let me ask you
21 this. During the years were the retained earnings
22 increasing?
23   A.    I would have to go back and look at
24 all the tax returns from there to -- back in 1938
25 forward to determine that.

Page 138

1    Q.    But in the years that you were
2  preparing the tax returns.
3    A.    I can't -- I can't even do that. I
4  mean, that's been 1980 or '81 forward. So I --
5  again, I don't have that knowledge in my head. I'd
6  have to go back and look at the information.
7    Q.    Who made the decision to retain the
8  earnings?
9        MR. FROOMAN: Objection.
10   A.    Mr. Joseph and CFO.
11   Q.    The CFO at that time in 2011 was?
12   A.    Luke Galbraith.
13   Q.    Is he the person you replaced?
14   A.    Yes.
15   Q.    Did he quit or was he fired?
16   A.    He was fired.
17   Q.    Why?
18   A.    I wasn't there.
19   Q.    Uh-huh.
20   A.    I don't know.
21   Q.    What did you hear?
22   A.    I'd heard that negotiations with one
23 of the parking lot -- parking lot companies did not
24 go over well, and Mr. Joseph wasn't happy.
25   Q.    So the CFO did negotiations on

Page 139

1  business transactions?
2        MR. FROOMAN: Objection. He's
3  already told you he wasn't there.
4        MR. MURPHY: All right. Fair enough.
5    Q.    Did you do similar type negotiations
6  with leases and any of the investment properties?
7        MR. FROOMAN: Objection.
8    A.    We were -- on parking lots, yes, I
9  did. But it was finalized by Mr. Joseph. He would
10 look at the numbers and the terms and determine if
11 that's what he -- what he wanted to receive in
12 rents.
13   Q.    Okay. On page 1010, the cost of
14 labor, $1,265,099. Did you see that on line 3?
15   A.    Yes.
16   Q.    Whose labor is referenced there?
17   A.    That would be service technicians,
18 body shop technicians for Columbia Hyundai-Acura.
19   Q.    Any management cost in there?
20   A.    No.
21   Q.    1016. At the time that you prepared
22 this tax return, 1016, tell me if I'm wrong, it
23 looks like Columbia Motors Acceptance Corporation
24 was inactive, is that correct?
25   A.    Yes.

Page 140

1    Q.    Do you know if any other entity
2  fulfilled the functions that Columbia Motors
3  Acceptance Corporation once provided?
4        MR. FROOMAN: Objection. He earlier
5  testified he didn't know what they did.
6        MR. MURPHY: That would be a speaking
7  objection.
8        MR. FROOMAN: Okay. I withdraw the
9  objection.
10        MR. MURPHY: Good -- good
11 recollection.
12   A.    That's correct.
13        MR. MURPHY: You can't unring a bell.
14   A.    He's right. That's one of those
15 companies I did not know what it did.
16        MR. MURPHY: You know, Ned, I think I
17 may have to swear him in if he keeps doing
18 that, you know. I just want to make sure
19 that he's telling me the truth.
20        THE WITNESS: Okay.
21   Q.    All right. Let's go to 1090. This
22 shows management fees, toward the bottom, sir, of
23 176,400. You see that?
24   A.    Yes.
25   Q.    Is that just for the parent company

Page 141

1    or is it for Columbia Automotive, Inc. subsidiary,
2    or both?
3        A.    I would think it would be for both,
4    but I can't -- I can't know that without looking at
5    the underlying detail.
6        Q.    And that would be contained in
7    Melinda's office?
8        A.    No.
9        Q.    Where would that be?
10       A.    Most of that would be at -- well, I
11   take that back.  That would be with Mike
12   Candelaresi.
13       Q.    To whom was this management fee paid?
14       A.    It was paid on a monthly basis and
15   then paid yearly amount, also.
16       Q.    Paid to whom?
17       A.    Paid to Pond Realty.
18       Q.    And I think we covered this.  The
19   services were for healthcare, the 401(k).
20   Anything else?
21       A.    A lot of insurance.
22       Q.    A lot of insurance?
23       A.    Property and casualty insurance.
24       Q.    Uh-huh.
25       A.    It paid -- again, it paid for

Page 142

1    salaries.
2        Q.    Salaries for members of Pond?
3        A.    Yes.  It paid for -- you know, we
4    handled everything -- I handled a lot of stuff with
5    the dealerships, so that's what that paid for.
6        Q.    Did your salary come out of this
7    management fee?
8              MR. FROOMAN:  Objection.
9        Q.    Or was your salary paid by this
10   management fee?
11       A.    Yes.
12             MR. FROOMAN:  Objection.
13       Q.    While you were working there, right?
14       A.    While I was working at --
15       Q.    Yeah.
16       A.    -- 250 East Fifth Street?
17       Q.    Right.
18       A.    Yes.
19       Q.    Okay.  Can you tell me what the real
20   estate expense is of $208,457?
21       A.    What page is that again?
22       Q.    I'm sorry.
23       A.    1090?
24       Q.    1090, uh-huh.
25       A.    Not without looking at the underlying

Page 143

1    detail.
2        Q.    That Michael Candelaresi would have?
3        A.    Yes.
4        Q.    Same thing with the professional
5    fees?
6        A.    Yes.
7        Q.    It also shows rent of 132,407.
8        A.    Right.  We went -- we tried to go
9    through that before.
10       Q.    And the rent was paid to whom?
11             MR. FROOMAN:  Objection.  Asked and
12   answered.
13       Q.    In 2011?
14       A.    Yeah, we -- we went through that.
15   5,000 a month to --
16       Q.    That's right.
17       A.    -- Highbrook, and 2250 to city of
18   Cincinnati.
19       Q.    Roger that.  Okay.  1091.  Salaries
20   and wages.  See, now we -- we already covered
21   management fees.  We already covered payroll.  So
22   what is salaries and wages of 217,914?
23       A.    That would have been for Robin,
24   Marietta, Michael, Robert Joseph.
25       Q.    Was Robin's paycheck from Pond?

Page 144

1        A.    No.  The only -- no, she was not paid
2    out of Pond.  Robin was paid out of Columbia
3    Oldsmobile or Columbia Development Company.
4        Q.    What about Michael Candle whatever
5    his name is?
6        A.    He was paid out of Columbia
7    Development, also.
8        Q.    Robert Joseph?
9        A.    Same thing.
10       Q.    All right.  And you would agree with
11   me that all three of them performed work for other
12   Joseph-related entities besides Columbia Oldsmobile,
13   correct?
14       A.    Yes.
15       Q.    Okay.  And their full salaries were
16   paid by Columbia Oldsmobile?
17       A.    That's correct.
18       Q.    Now, let's see.  1097.  On 1097 other
19   income and loss, finance and insurance commissions,
20   who receives the commission of 628,455 bucks?
21             MR. FROOMAN:  Objection.
22             MR. MURPHY:  You missed the time
23   limit, the eight second.
24             MR. FROOMAN:  Took me that long to
25   understand the question.

Page 145

1      MR. MURPHY: There's an 8 second
2  limit. There's an 8 second limit.
3      A.   I -- without looking at the detail, I
4  can't be 100 percent positive. I think that -- I
5  think that was commissions paid to our F&I people.
6  But again, I would have to take a look at the detail
7  to see how that was characterized.
8      Q.   The F&I people that were --
9      A.   At the Hyundai and Acura store.
10     Q.   Hyundai and Acura store.
11     A.   Right. Well, this is actually the
12  income.
13     MR. FROOMAN: Which is why it took
14  me 8 seconds --
15     THE WITNESS: Yeah.
16     MR. FROOMAN: -- to object.
17     A.   So this is --
18     MR. FROOMAN: It took you longer.
19     A.   So this is the -- the finance and
20  insurance, not really -- "commissions" might be the
21  wrong word there. It should be finance and insurance
22  income.
23     So if you look at income, slash, or
24  the loss has hypotheses, or whatever you call it,
25  around it. There is no loss there, so that's all

Page 146

1  income. So -- and that commissions would be paid
2  out of there, but that's -- that seems pretty high
3  for commission expense. Commission expense might be
4  a -- 20 percent of that.
5      Q.   Read my mind, Ned. All right.
6  Because I was going to say, usually there's one per
7  dealership and they're making some huge coin here.
8      A.   Well, you got two -- you got two
9  franchises and you got hours that go from Monday at
10  9:00 to --
11     Q.   True.
12     A.   -- to 7:00 or 8:00 and then they work
13  on -- through Saturday and Sunday.
14     Q.   Right.
15     A.   So you're going to have more than one
16  F&I guy at each store.
17     Q.   Understood. All right. Well, you've
18  solved that riddle for me, I think.
19     What part of the -- what part of the
20  tax return would their commissions fall into? It
21  would be some type of expense item, correct?
22     A.   It would be expense, but it would
23  probably be under salaries.
24     Q.   Uh-huh. Okay.
25     A.   Because that's really what it is, is

Page 147

1  just pay.
2      Q.   Very good.
3      A.   Now, are you talking income or
4  expense here?
5      Q.   I'm just saying the commissions that
6  you would pay the F&I guy.
7      A.   Would be in salaries and wages.
8      Q.   Very good. Do you know if any F&I
9  money was being diverted from Columbia Oldsmobile to
10  any place else?
11     A.   No. There's -- they didn't divert
12  anything like that.
13     Q.   Do you know what $1,186,213 in
14  miscellaneous income is?
15     A.   That could be -- I say it "could be."
16  It's -- consists of dock fees, for one. There's
17  income from the factories that you get, bonus money,
18  incentives, things like that from the factory, and
19  for dealerships, it all adds up. Dock fee is $250
20  per unit and -- and the State of Ohio allows that,
21  so --
22     Q.   250 per unit, meaning car?
23     A.   Yeah, every car that's financed, you
24  can charge the customer $250. So that adds up to
25  quite a bit a money. But i's just -- primarily,

Page 148

1  it's incentive money from the factories.
2      Q.   Would you go to 1099? Now, on
3  this page you'll see up top, "Columbia Automotive,
4  Inc." -- well, actually up top it has "Columbia
5  Oldsmobile Company." Then below it, it has
6  "Columbia Automotive, Inc."
7      A.   Right.
8      Q.   So my first question is, when we look
9  at these numbers are these figures solely in
10  relation to Columbia Automotive, Inc. and not the
11  parent company, Columbia Olds?
12     A.   Yes.
13     Q.   It shows that Columbia Automotive
14  Inc. had advertising of $1,186,035.
15     A.   Yes.
16     Q.   And does that include any combined
17  advertising done along with other --
18     A.   No.
19     Q.   -- dealerships with Joseph Auto
20  Group?
21     A.   No. That would just be advertising
22  for that particular store.
23     Q.   1,100,000 for just this one store?
24     A.   Yeah.
25     Q.   Yeah.

Page 149

1    A.    Yeah.  That's just -- that's just the
2  nature of the industry.  You got to advertise to
3  create sales.
4    Q.    There is a computer expense,
5  $209,258.  Is this computer services shared with
6  others in the Joseph Auto Group?
7    A.    That's -- some of that's for the
8  mainframe that we've got because they pay a
9  portion of the -- each store pays a portion of that
10  expense, so they pay that to Joseph Development.
11  But Reynolds and Reynolds has all kinds of other
12  charges, whether it be forms, whether it be
13  additional equipment like monitors or PCs or just
14  anything comes through from Reynolds, so it's just
15  amazing how much they bill you, so yeah.
16    Q.    Are the computer expenses pretty much
17  uniform per the dealers?
18    MR. FROOMAN:  Objection.
19    Q.    I'll change the question.  Can I
20  expect that other companies in the Joseph Auto Group
21  would have a similar number of the 209,258?
22    A.    Could be more, could be less.
23    Q.    What drives that?
24    A.    Whether they -- whether they -- the
25  forms would be driven by how many -- how many

Page 150

1  tickets they run in a year's time.  So you've got --
2  some shops are a lot bigger than other shops, so
3  you've got a lot more repair orders running through,
4  you've got a lot more parts tickets running through.
5  Some stores have body shops.  You got body shop
6  tickets running through.  Some stores have newer
7  equipment.  Some stores have older equipment, so
8  they'll buy -- you know, just -- just depends.
9    We just got -- our finance department
10  up at -- some of the stores just got some equipment
11  from Reynolds and Reynolds, and it was 40-some
12  thousand to get the finance -- a finance desk,
13  computerized desk, plus monthly fees to Reynolds.
14  So it's amazing.  That's the business you want to be
15  in, not the car business.  You want to be in
16  computer business.
17    Q.    Who would do periodic audits to check
18  and see if these numbers were being billed fairly by
19  outside companies such as Reynolds?
20    MR. FROOMAN:  Objection.
21    Q.    You can answer.
22    A.    We -- we rely on our office managers
23  and our managers to control costs.  We take over --
24  "we" being corporate, takes over some of those
25  costs.  Like I'd just taken over the Reynolds and

Page 151

1  Reynolds billing and consolidated that so all the
2  bills would come to 250 East Fifth Street so I could
3  look at them and see what we were paying for.
4    So we'd just started that process to
5  try to -- try to get everything consolidated there
6  with the computer system, because that's -- that's a
7  huge expense every year.  That's a million-plus
8  dollars just to Reynolds for equipment.  And then
9  plus forms is another 3 to 4 hundred thousand
10  dollars that they bill our -- bill our dealerships.
11    The rest of the expenses, as I said,
12  our office managers do a fairly -- we rely on them a
13  lot.
14    Q.    The office managers being at the
15  dealerships?
16    A.    At the dealerships and the general
17  managers at the stores, also.  And we've got the
18  four owners -- the four owners, I'd say.
19  Mr. Joseph's sons are at the dealerships.  And they
20  constantly are going through expenses.  So -- so we
21  try to use check and balances that way.
22    Q.    So 1 million a year for the hardware
23  and 400,000 for the forms?
24    A.    Yeah.
25    Q.    Total?  For the whole entity?

Page 152

1    A.    I haven't looked at all the bills.
2  Okay?  That's what I was in the process of trying to
3  get my hands around.  It's probably more because
4  some of these companies are good at just billing
5  people.
6    Q.    That's been my point.  My point is --
7  that was the reason my -- why I questioned, you
8  know, if you did periodic audits, if you're --
9    A.    Yeah, that's what I was -- that's
10  what I was doing, is trying to make sure all the
11  bills came to corporate so we could look at them,
12  analyze them, and make sure that there wasn't any
13  unnecessary charges.  And we did find some
14  unnecessary charges in the last six months that we
15  got eliminated in the new contract, so --
16    Q.    All right.  So you'll see salaries
17  and wages on this page, 1099, of 3,655,973 and then
18  on top of that you got a million 98,370 for
19  management fees.  You see that?
20    A.    Yeah.
21    Q.    So the salaries and wages are for the
22  people that are in sales, service, general manager,
23  assistant general manager, that kind of thing,
24  right?
25    A.    Everybody at the dealership.

Page 153

1    Q.    And the management fees is what goes
2    to Pond, right?
3    A.    That's correct.
4    Q.    Now, the payroll number for 317,618
5    once again is just for Columbia Automotive, Inc.,
6    right?
7    A.    Yes.
8    Q.    Sir, payroll is nearly 10 percent of
9    the salaries and wage number. In your experience,
10   do you -- don't you find that high?
11            MR. FROOMAN: Objection.
12   A.    No. Remember, though, that's not all
13   the payroll. Because if you look back at your --
14   your service techs, body shop technicians are
15   recorded in another place. So there's another
16   million dollars running through cost of sales. So
17   you've got more expenses for payroll spread
18   throughout the dealership -- or spread throughout
19   the tax return for the dealership. It's generally
20   just in two places; one in cost of sales and the
21   other in -- is a -- is an expense that you itemize
22   as --
23   Q.    Well, payroll deals with paying
24   salaries and wages, right?
25   A.    Yeah, but on the -- on the tax return

Page 154

1    you break out technicians' wages because they're a
2    part of cost of sales. So you throw them into cost
3    of sales. We went through that one other time.
4    Q.    Service technicians go into cost of
5    sales?
6    A.    Yes. We went through that one other
7    time. It's back here in -- if you look at page
8    1010. Because you asked that question about what
9    was sales, what was the labor cost there, and that
10   was the technicians. So you got your technicians
11   going through there plus your other people going
12   through the salaries and wages.
13   Q.    Okay.
14   A.    Okay?
15   Q.    Are the officers and directors of
16   Columbia Oldsmobile Company paid for their services
17   in those capacities?
18   A.    They are paid through -- no.
19        (Mr. Rhode left the room.)
20   Q.    Are the -- are any of the offices and
21   directors of Columbia Automotive, Inc. paid for
22   their service in those capacities?
23   A.    Rephrase that. In what capacity?
24   Q.    Officers and directors.
25   A.    As officers and directors. Karl

Page 155

1    Stewart is paid as an officer. He's paid through
2    Columbia Hyundai-Acura.
3    Q.    Do they receive any compensation at
4    all; the directors, for instance?
5    A.    No directors' fees, no -- nothing,
6    no.
7    Q.    And I think you told me you did not
8    receive any additional compensation as
9    secretary-treasurer of Columbia Automotive Inc.,
10   correct?
11   A.    No.
12   Q.    Are any of the officers and directors
13   of any other companies that Ron Joseph claims he
14   owns or controls paid for their services in those
15   capacities?
16            MR. FROOMAN: Objection.
17   Q.    You can answer.
18   A.    They're paid through the dealerships
19   they work at.
20   Q.    Okay. How does Ron pay himself?
21   Does he get a salary or wage from any of the
22   companies?
23   A.    He's paid through Pond Realty.
24   Q.    What is he -- how much is he paid?
25   A.    His salary is 20,000 a month, and he

Page 156

1    receives a bonus at the end of the year.
2    Q.    And is that bonus -- what was that
3    bonus while you were there?
4    A.    In 2014 it was ███████ In
5    2015 it was ███████ -- or, excuse me, ███████ I
6    believe.
7    Q.    Did Ron receive any dividends or any
8    distributions from any of the other companies?
9    A.    He did not receive dividends. He did
10   receive distributions from the S Corporations and
11   from one or two of the LLCs.
12   Q.    Which ones are the S Corps?
13   A.    He got Camargo Cadillac, Montgomery
14   Chevrolet, Joseph Buick, Toyota of Dayton. And I
15   believe Northland Motors is also an S Corp. Again,
16   I would have to look back at my -- the detail to
17   see.
18   Q.    And who decides what distribution
19   amounts that he gets?
20   A.    I would decide it, along with
21   Mr. Joseph.
22   Q.    Does Ron receive any other money or
23   things of value from any of the companies besides
24   what we just talked about?
25   A.    No other monies; two -- use of two

Page 157

1   vehicles, demos, health insurance. To my knowledge,
2   that's it.
3       Q.   Does any -- do any of Ron's sons get
4   a salary or wage from any of the companies?
5       MR. FROOMAN: Objection. Pursuant to
6   Judge Black's minute entry and the
7   parameters, I think that's something we
8   ought to push to the end of the deposition
9   and talk about at that time.
10      Q.   You can answer.
11      A.   They receive compensation from the
12  dealerships that they work at.
13      Q.   And are they different or are they
14  the same dealerships?
15      A.   They are -- the dealerships they work
16  at are different.
17      Q.   Okay. So, for instance, Greg, what
18  dealerships pay him a salary or wage?
19          (Mr. Rhode entered the room.)
20      A.   Camargo Cadillac. Ron Jr. would be
21  Montgomery Chevrolet. Richard would be at Joseph
22  Buick GMC. And George would be salaried from Toyota
23  of Cincinnati.
24      Q.   And what is the salary that Camargo
25  Cadillac pays Greg?

Page 158

1       MR. FROOMAN: Objection. Really, I
2   think you're beyond Judge Black's minute
3   entry. I'd like you to just keep going but
4   save that for the end of the deposition and
5   we can talk about it then.
6       I just -- I just don't think that's
7   discoverable pursuant to Judge Black's
8   minute entry.
9       MR. MURPHY: Well, the problem you've
10  got is he sits on different competing
11  boards. And I got a right to know what he's
12  making.
13      MR. FROOMAN: Who's "he"? Who are
14  talking about?
15      MR. MURPHY: The sons. He's also
16  taking money from Pond, from -- from
17  Columbia Olds, Columbia Automotive. He's
18  taking management fees.
19      MR. FROOMAN: Who is?
20      MR. MURPHY: Pond Realty is.
21      MR. FROOMAN: All right. Look --
22      MR. MURPHY: And it's owned -- it's
23  owned by the -- owned by the sons, according
24  to your own organizational chart.
25      MR. FROOMAN: What I don't want to do

Page 159

1   is drag your deposition. And I want to -- I
2   want to let you get -- move forward without
3   me holding things up. So let's push
4   anything about the sons to the end, and we
5   can talk about it then.
6       MR. MURPHY: Well, I'd like an answer
7   to the question. I mean, you know, you can
8   make up your mind whether you want to
9   instruct him not to answer or not.
10      MR. FROOMAN: All right. Well, at
11  the end of the deposition, I'll make up my
12  mind.
13      Q.   What is Greg's wage from Camargo
14  Cadillac?
15      MR. FROOMAN: Same objection. I
16  don't know -- how is Greg's wage at Camargo
17  Cadillac relevant?
18      MR. MURPHY: I already told you how
19  it's relevant.
20      MR. FROOMAN: I think Judge Black has
21  already said you don't get discovery about
22  the sons. I think it's -- it's in the
23  minute entry.
24      MR. MURPHY: Well, look what we
25  learned today. Looked what we learned. The

Page 160

1   money --
2       MR. FROOMAN: I tell you what.
3       MR. MURPHY: -- the money -- the
4   money is -- the money is like, you know, an
5   oil funnel going right to Pond.
6       MR. FROOMAN: I'm not going to argue
7   over the case during the course of the
8   deposition. I'm going to let him go forward
9   here so that we can move on. I'm not
10  waiving any objection.
11      MR. MURPHY: I understand.
12      MR. FROOMAN: Well -- and I may raise
13  it again. But let's just move on. Go ahead
14  and answer the question, if you know.
15      A.   In 2014, is that what you're asking?
16      Q.   Yeah.
17      A.   '15?
18      Q.   '14 and '15.
19      A.   I'm only aware of two years.
20      Q.   Uh-huh.
21      A.   In 2014 it's right at 425,000.
22  200 -- 2015 was right at 500,000.
23      Q.   Ron, Jr.?
24      A.   Same.
25      Q.   Richard?

Page 161

1     A.   Same.
2     Q.   George?
3     A.   Same.
4     Q.   Besides the -- you mentioned the
5   specific dealerships for each one.  Any other
6   bonuses or monies made by any other dealerships
7   other than the ones that you tied each one to?
8     A.   I can't answer that.  I'm not aware
9   of any.
10    Q.   Okay.  Have they received any
11  dividends or any other distributions from any of the
12  companies?
13    A.   Yes.
14    Q.   Which ones?
15    A.   From the S Corporations and LLCs that
16  they have ownership interest in.
17    Q.   And those are listed in the org chart
18  that you prepared, right?
19    A.   Yes.
20    Q.   Do they get bonuses, too?
21    A.   Their wages were the amounts that I
22  told you --
23    Q.   Uh-huh.
24    A.   -- which included bonuses.
25    Q.   Oh, very good.  Thank you.  In 2014

Page 162

1   and 2015, were there any dividends or any
2   distributions made by Columbia Oldsmobile or
3   Columbia Development to any of the shareholders?
4     A.   No.
5     Q.   Why not?
6     A.   There was no decision made to pay any
7   dividends.
8     Q.   Who makes that decision?
9     A.   Mr. Joseph.
10    Q.   And while you were with K.B. Parrish
11  & Co. for all those years that you were working
12  doing the tax returns, do you have any recollection
13  of any of those years where distributions or
14  dividends were paid to the shareholders of Columbia
15  Oldsmobile Company and Columbia Development?
16    MR. FROOMAN:  Objection.
17    Q.   You can answer.
18    A.   I do have recollection of some years
19  where it was paid.  I can't tell you the exact
20  years.  I know the amounts were pretty minimal.
21    Q.   A couple of grand?
22    A.   Hmm?
23    Q.   A couple of thousand?
24    MR. FROOMAN:  Objection.
25    Q.   Is that what "minimal" means?

Page 163

1     A.   At most.
2     Q.   And the types of dividends and
3   distributions made to Ron's sons, would they be more
4   than the minimal distributions made to the
5   shareholders of Columbia Oldsmobile?
6     MR. FROOMAN:  Objection.
7     A.   We distributed --
8     Q.   I'm sorry.  Go ahead.
9     MR. FROOMAN:  I want to make sure
10  we're clear.  I don't know which entity
11  you're talking about.  I mean, I don't know
12  whether you're talking about the
13  distributions now from the S Corporations
14  and the LLCs --
15    MR. MURPHY:  Yeah, that's what we're
16  talking about, the five S Corps and the two
17  LLCs.
18    MR. FROOMAN:  Yeah, but you're mixing
19  entities and you're mixing distributions and
20  dividends.  And I think you need to break it
21  down --
22    MR. MURPHY:  All right.
23    MR. FROOMAN:  -- so the record's
24  clear.
25    MR. MURPHY:  I'll change the

Page 164

1   question.  I'll change the question.
2     Q.   On any of the companies that Ron's
3   sons received dividends or distributions, were they
4   in the minimal category like what was paid to the
5   Columbia Oldsmobile shareholders or were they
6   larger?
7     MR. FROOMAN:  Objection.
8     A.   Well, the S Corporations and the
9   LLCs, we distribute profits in order for them to pay
10  taxes on those entities.  The C Corporations pay
11  their own taxes.  So we don't distribute or pay
12  dividends to the shareholders, because the
13  shareholders do not have a tax liability on that
14  income.  The corporation has a tax liability.
15    Again, on the S Corps and the LLCs,
16  that income passes through to the shareholders and
17  they have to pay tax on it.  So that's why we
18  distribute money to the shareholders.
19    Q.   If you were one of the shareholders
20  of Columbia Oldsmobile Company in the last 25 years,
21  based upon the tax returns that you have seen and
22  the revenue that has come into that company, along
23  with the subsidiaries that we talked about, would
24  you be content with the types of distributions that
25  Ron made to the shareholders?

41 (Pages 161 to 164)

Page 165

1     MR. MALLORY: Objection. Calls for
2  speculation. It's also well outside Judge
3  Black's parameters. He limited you to eight
4  years. You're going back 25 years.
5     MR. MURPHY: All right. We'll go
6  back eight.
7     MR. FROOMAN: Objection. It calls
8  for speculation. He's not one of the
9  shareholders.
10    Q.   You can answer.
11    A.   I can't really answer that. I don't
12 really know.
13    Q.   You recognize the retained earning
14 number that we talked about earlier?
15    MR. FROOMAN: Objection. Asked and
16 answered. You're not going to keep bullying
17 him until you get an answer you want.
18    Q.   Do you remember that?
19    MR. FROOMAN: He answered your
20 question, Kevin.
21    A.   I remember the 25 million.
22    Q.   Right. And that could have been
23 distributed --
24    A.   I also know --
25    Q.   -- in some amount to the

Page 166

1  shareholders.
2     A.   -- there's a lot of companies that do
3  not pay dividends. I look at Warren Buffet. I wish
4  I had stock and invested it with him 25 years ago or
5  whatever. I don't think he pays dividends. So --
6     Q.   What about distributions?
7     A.   Same question?
8     Q.   Right. Some of that money could
9  be --
10    MR. FROOMAN: Objection.
11    Q.   -- paid as distributions, right?
12    MR. FROOMAN: Is there a difference
13 between distributions and dividends, Kevin,
14 just so I'm clear on the question you're
15 asking?
16    A.   The -- the taxpayer -- excuse me,
17 not taxpayer. The shareholder at Columbia Olds
18 Company does not owe tax on the income, you know,
19 the way -- that's the way I look at it. If it was a
20 S Corporation and I had tax on my share of the
21 income and if it was -- my share of income was
22 [redacted] and I owed [redacted] of tax, I would want a
23 distribution.
24    But in a C Corporation, if you look
25 at the tax return, page 1 on a C Corporation, that

Page 167

1  corporation pays the tax itself. The shareholder is
2  not out any money on that. It would be different if
3  this was an S Corporation or LLC. I would want to
4  get cash out of the company. But it's not. It's a
5  C Corporation.
6     Q.   And did Ron convey to you that that's
7  the reason why he doesn't make any distributions?
8     MR. FROOMAN: Objection.
9     Q.   In the last eight years?
10    MR. FROOMAN: Objection.
11    Q.   You can answer.
12    A.   We've never really sat down and
13 discussed that issue. But just from a tax
14 standpoint, I look at it and I understand what the
15 issue is.
16    MR. FROOMAN: The next exhibit.
17    (Exhibit 19 was marked for
18    identification.)
19    Q.   Number 19 is 001286. "Actions Taken
20 In A Writing By The Sole Member Of The Board Of
21 Directors of Columbia Oldsmobile Company." Have you
22 seen this before?
23    A.   Yes.
24    Q.   It shows that Robert Joseph is being
25 removed as vice president of marketing and removed

Page 168

1  as an officer of the company. Do you see that?
2     A.   Yes.
3     Q.   Why did that happen?
4     MR. FROOMAN: Objection.
5     A.   I don't have any answer to that. I
6  do not know why that was done.
7     Q.   Do you know when it was done?
8     A.   It's not dated here, so I don't
9  know --
10    Q.   Yeah. That's why --
11    A.   -- the exact time it was done.
12    Q.   That's why I asked. Do you know why
13 the document is not dated and not signed?
14    A.   I do not know.
15    Q.   The Joseph Motorworks deal, you were
16 working for Pond when that came into fruition,
17 right?
18    A.   No, I was at K.B. Parrish when that
19 came to fruition.
20    Q.   Okay.
21    A.   I was not involved with that
22 transaction.
23    Q.   All right. Do you know the terms of
24 the deal?
25    A.   Terms as far as? I'm not clear on

42  (Pages 165 to 168)

Page 169

1  what you're asking.
2      Q.  All right.  Fair enough.  Do you know
3  why it was done at first through Joseph Leasing and
4  then --
5          MR. FROOMAN:  Objection.
6      Q.  -- and then assigned to Joseph
7  Motorworks?
8      A.  No, I do not know.  I was not
9  involved with that.  I was not privy to any of that
10  information.  I was not asked any questions about
11  it.
12      Q.  As you sit here today, do you have
13  any reason why this could not have been done through
14  Columbia Oldsmobile Company?
15          MR. FROOMAN:  Objection.  He's not
16          been involved in the company, that
17          transaction, he doesn't know anything about
18          it, and you want him to guess.
19          MR. MURPHY:  No.  Once again, that's
20          a nice helpful hint to your client, but that
21          wasn't my question.
22      Q.  My question was, is there any reason
23  why this deal, Joseph Motorworks -- is there any
24  reason why it could not have been done through
25  Columbia Oldsmobile?

Page 170

1          MR. FROOMAN:  Objection.  He's got no
2          foundation at all for that question when he
3          has nothing -- no knowledge of the deal
4          terms at all.  How could you possibly ask a
5          question like that?
6          MR. MURPHY:  No foundation.  How many
7          years has he been working with these
8          companies?
9          MR. FROOMAN:  He doesn't know
10          anything about the deal.  How's he supposed
11          to ask whether it could have been done --
12          MR. MURPHY:  He doesn't need --
13          MR. FROOMAN:  -- through Columbia
14          Oldsmobile?
15          MR. MURPHY:  He doesn't need to know
16          about that.
17          MR. FROOMAN:  Ned, if you could
18          possibly answer that question, you go right
19          ahead.
20          MR. MURPHY:  Jim, you're crossing the
21          line here, pal.  You really are.
22          MR. FROOMAN:  I think the question is
23          ridiculous.
24          MR. MURPHY:  You're crossing the
25          line.

Page 171

1          MR. FROOMAN:  I'm not instructing him
2          not to answer.  Go right ahead.
3          MR. MURPHY:  I know, but you're
4          basically answering for him.  I mean, you
5          can sit over here and put your hand up his
6          back if you want, but short of that.
7      Q.  Columbia --
8          MR. FROOMAN:  Take that --
9      Q.  Columbia --
10          MR. MURPHY:  -- question to Judge
11          Black and then --
12      Q.  Columbia Oldsmobile Company --
13          MR. FROOMAN:  -- and then tell me how
14          ridiculous I am --
15  BY MR. MURPHY:
16      Q.  -- is in the business -- in the
17  automobile business, right?
18      A.  Correct.
19      Q.  So is Joseph Motorworks, right?
20      A.  Right.
21      Q.  Okay.  So do you know, as you sit
22  here, any reason why the Joseph Motorworks deal
23  could not have been done through Columbia
24  Oldsmobile?
25          MR. FROOMAN:  Objection.

Page 172

1      A.  I wasn't involved in that.
2      Q.  Okay.
3      A.  So I don't know all the particulars
4  on it.
5      Q.  All right.  Do you know who the
6  corporate officers are of Joseph Motorworks?
7      A.  I may be one of them.
8      Q.  I know.  I know.  That's probably one
9  of the reasons why I'm asking.  Do you know?  No?
10  Okay.
11      A.  The rest of the officers, no, I do
12  not know.
13      Q.  Do you know who runs it, sir?
14      A.  Tim Marsh.
15      Q.  Do you know firsthand or secondhand
16  whether there was any discussion about whether the
17  Joseph Motorworks deal would have presented a
18  conflict of interest?
19      A.  For -- I'm not following your
20  question.
21      Q.  All right.  Joseph ITA Imports,
22  that's the Fiat, right?
23      A.  Correct.
24      Q.  Okay.  And --
25          MR. MURPHY:  Would you get the org

Page 173

1    chart out?
2    Q.    Joseph H of D, that does business as
3    Joseph Airport Hyundai, right?
4    A.    Correct.
5    Q.    Those are both companies that's
6    business is selling cars?
7    A.    Yes.
8    Q.    Just like Columbia Oldsmobile, right?
9    A.    Right.
10   Q.    Joseph Leasing, LLC leases cars.
11   Yeah?
12   A.    Yes.
13   Q.    Okay. So when these companies are
14   being formed or acquired, going into business, never
15   once have you ever had a discussion with Ron Joseph
16   about whether this presented a -- a conflict of
17   interest with Columbia Oldsmobile or Columbia
18   Development?
19   A.    No.
20   Q.    Did anyone else ever raise that to
21   you?
22   A.    No.
23   Q.    What is Beer Runner, LLC?
24   A.    Please?
25   Q.    Beer Runner, LLC.

Page 174

1            MR. FROOMAN: Objection, I think, if
2    Beer Runner LLC is one of the entities in
3    which Ron Joseph doesn't have an interest --
4    and I believe that's the case -- again,
5    you're outside the parameters of Judge
6    Black's minute entry.
7            I have to look at the entry but -- or
8    the org chart, but I do not believe Ron
9    Joseph has an interest in that entity.
10           MR. MURPHY: It says, Greg Joseph
11   Richard Joseph, George Joseph, Ronnie
12   Joseph.
13           MR. FROOMAN: Yeah. Mr. Ronald
14   Joseph, Sr. does not have an interest in
15   that entity. It's outside the limits of
16   what you are permitted to inquire.
17   Q.    Well, I just want to know. Is it in
18   the car business?
19   A.    No.
20   Q.    Has something to do with a boat?
21   A.    Yes.
22   Q.    Okay. Leaf Tree Equity, LLC, is that
23   in the car business?
24   A.    No.
25   Q.    Is it in the real estate business?

Page 175

1            MR. FROOMAN: Again, that's an entity
2    in which Ron Joseph, Sr. does not have an
3    interest. You're not entitled to inquire,
4    per Judge Black's minute entry.
5            MR. MURPHY: Well, it owns 39.2% of
6    Joseph Toyota. So it's in the car business,
7    evidently. All right.
8    Q.    Circle -- Colerain Properties, LLC,
9    that's in the -- just by its very name, is real
10   estate?
11   A.    Single member LLC.
12   Q.    I'm looking for it. Here it is.
13   Owned by Joseph Realty, is that right?
14   A.    Yes.
15   Q.    Do you know what real estate it owns
16   or operates?
17   A.    It owns a dealership property on
18   Colerain Avenue. It's a vacant property.
19   Q.    Is Airport Insurance Agency, LLC
20   located within the Joseph Dayton Toyota dealership?
21           MR. FROOMAN: Objection.
22   A.    Correct.
23           MR. FROOMAN: I, again, believe
24   that's one in which Ron Joseph, Sr. doesn't
25   have an interest.

Page 176

1    Q.    Does it pay rent --
2            MR. FROOMAN: Objection.
3    Q.    -- to Joseph Toyota?
4    A.    I don't think so.
5    Q.    Erie Real Estate. 2014. Ron Joseph,
6    Sr., 3095 Erie Avenue. What business is this in?
7    A.    That's his -- that owns real estate.
8    Q.    Which property, sir?
9    A.    That is his parents' home.
10   Q.    Anything else besides that one?
11   A.    No.
12   Q.    The Steak & Shake property, R3G2, was
13   that ever owned by a different entity other than
14   R3G2?
15   A.    That was before my time. I don't
16   think so, but I'm not positive.
17   Q.    Cincinnati Capital Partners, real
18   estate located at Hyundai of Dayton, Ohio?
19           MR. FROOMAN: Yeah. I'm trying to
20   catch up. Objection. You're outside the --
21   well, I don't know. I don't know who owns
22   that one. It's not outside the eight years.
23   Never mind. I withdraw my objection.
24           MR. MURPHY: Write that down.
25           MR. FROOMAN: I'm trying to be

Page 177

1    consistent.
2         MR. MURPHY: Just -- just teasing.
3         MR. FROOMAN: I don't know who owns
4    that.
5         Q.   Do you know who owns it?
6         A.   I know the rents from it are reported
7    on Mr. Joseph's personal tax return. It's a single
8    member LLC. So it gets reports on the tax return.
9    No separate tax return is filed for it.
10        Q.   What company has Hyundai of Dayton,
11   Ohio?
12        A.   It'd be H of D.
13        Q.   And that was a dealership that was
14   acquired in 2011?
15        A.   Correct.
16        Q.   And there was nothing preventing
17   Columbia Oldsmobile from doing that deal, correct?
18        MR. FROOMAN: Objection.
19        Q.   Right?
20        A.   Correct.
21        Q.   To the best of your knowledge, sir,
22   having preparing this organizational chart, has Ron
23   started or acquired any other companies that are not
24   on this chart? Do you know?
25        A.   To the best of my knowledge, no.

Page 178

1         Q.   As to Joseph murteror -- Motorworks,
2    Joseph ITA, and any other companies that Ron or his
3    sons have started or acquired, do you have any
4    reason to believe that they did so with the consent
5    of the Columbia Oldsmobile Company shareholders?
6         MR. FROOMAN: Objection. To the
7    extent that question is outside the
8    parameters of the minute entry, we object.
9    And that would be to the extent it involves
10   entities started or acquired by the sons
11   without the involvement of Ron Joseph or
12   falls out the -- side the date parameters of
13   the minute entry.
14        Q.   You can answer.
15        MR. FROOMAN: I don't know if he can
16   the way you asked it. You need to break it
17   down so he can answer it so it's within the
18   parameters of the entry.
19        MR. MURPHY: Well, this is a
20   gentleman that is a certified public
21   accountant, a guy that you sought so highly
22   of that you gave him a consulting agreement.
23        So far he and I have communicated
24   very well. He seems to understand almost
25   every one of my questions, hasn't once

Page 179

1    answered a question that he didn't
2    understand, because every time he didn't
3    understand a question, he did it very, very
4    politely and nicely to tell me that I asked
5    a bad question.
6         So I kind of think that you're doing
7    this for reasons other than what you're
8    stating. So I'll ask it again.
9         MR. FROOMAN: All right.
10        Q.   As to Joseph --
11        MR. FROOMAN: Hold on. Hold on,
12   Kevin. You want to make an objection. I'm
13   just trying -- I don't think it's that he
14   doesn't understand it.
15        I think that you've asked a question
16   that goes outside the scope of Judge Black's
17   minute entry. I'm trying to keep your
18   questions within the parameters of what
19   Judge Black said you were able to pursue
20   discovery.
21        He understands it. He just can't
22   answer it without going outside the scope of
23   the parameters because of the way you asked
24   the question. You need to ask the question
25   so that it -- its limits are within the

Page 180

1    parameters of what Judge Black said you
2    could discover.
3         It doesn't include the entities
4    owned exclusively by the boys. It doesn't
5    exclude (sic) entities that fall outside of
6    real estate opportunities since 2012 in
7    which Ronald Joseph has or had an ownership
8    interest.
9         That's all. I'm just trying to make
10   sure you stay within the limits of what
11   Judge Black said you could discover. Your
12   question doesn't do that.
13        MR. MURPHY: All right. I'll break
14   it up.
15        MR. FROOMAN: Thank you.
16        MR. MURPHY: I don't want his blood
17   pressure to go up. He's over 40.
18        Q.   As to Joseph Motorworks, Joseph ITA,
19   and any other companies that Ron has started or
20   acquired?
21        MR. FROOMAN: Joseph ITA is not one
22   of the ones within the parameters. That's
23   owned exclusively by the sons.
24        MR. MURPHY: Well, you know, one of
25   the things that Judge Black doesn't know but

Page 181

1    he's going to know is that one or more of
2    these sons sit on competing boards. And
3    they're opening up, you know, competing
4    companies against companies that they're
5    sitting on as board of directors. So that
6    ties in.
7         Second, Ron has ceded some of his
8    interest to his sons, which is directly
9    relevant to what I'm allowed to go into
10   right now.
11        MR. FROOMAN: This is why I suggested
12   we defer these issues to the end of the
13   deposition and if you feel necessary, go to
14   Judge Black. And Judge Black, I will
15   concede in his minute entry said if you have
16   additional information to bring to his
17   attention, he'll reconsider it. But at this
18   time he cannot order that such discovery be
19   produced.
20        Right now, Joseph ITA is off limits,
21   per Judge Black's order.
22        MR. MURPHY: So you're going to make
23   him available again down the road?
24        MR. FROOMAN: If you go -- push this
25   to the end and we -- bring these issues up

Page 182

1    before Judge Black, and if Judge Black tells
2    us, I've changed my mind based on -- upon
3    information that's brought -- been brought
4    to us by the attention -- by the plaintiff,
5    yeah, we will certainly comply with the
6    judge's order.
7         Q.   Mr. Van Emon, on the companies that
8    Ron has started or acquired, do you have any reason
9    to believe that they did so with the consent of the
10   Columbia Oldsmobile Company shareholders?
11        A.   Say that again, so -- I can't hear
12   that.
13        Q.   On the companies that Ron has
14   ownership in separate from Columbia Oldsmobile and
15   Columbia Development, on those companies that he has
16   an ownership interest in that sells cars or has real
17   estate, do you have any reason to believe that
18   they -- that he was permitted to do that with the
19   consent of the Columbia Oldsmobile Company
20   shareholders?
21        MR. TAYLOR: Objection. Your
22   question's not limited by time, and Judge
23   Black's minute entry is.
24        MR. MURPHY: You can answer.
25        MR. FROOMAN: I don't think he can,

Page 183

1    not without going outside the confines of
2    Judge Black's minute entry.
3         Q.   You can answer.
4         A.   I don't know the answer to that.
5    That's my answer.
6         Q.   All right. And as you sit here, if
7    you knew that the Columbia Oldsmobile Company
8    shareholders consented, then you would tell me that,
9    right?
10        MR. FROOMAN: Objection.
11        Q.   But you have no knowledge that the
12   Columbia Oldsmobile Company shareholders ever gave
13   Ron permission to open up competing companies
14   against Columbia Oldsmobile and Columbia
15   Development?
16        MR. FROOMAN: Objection.
17        A.   I have no knowledge either way.
18        Q.   Okay. Very good. No knowledge
19   either way is -- is good enough.
20        MR. FROOMAN: Why don't we take a
21   break? I've got to go to the bathroom.
22        THE VIDEOGRAPHER: We're off the
23   record.
24        (A recess was taken from 2:35 to
25        2:43.)

Page 184

1         THE VIDEOGRAPHER: We're back on the
2    record, 2:43 p.m.
3         Q.   In your experience as CFO, are you
4    aware of the dealerships selling other brand name
5    vehicles on their lots; for instance, can someone at
6    Porsche sell a vehicle to Acura and show it to a
7    customer at Acura?
8         A.   Okay. You're saying can someone at
9    Porsche sell a vehicle at Acura? No. We don't do
10   that. We do carry different models of used cars.
11   Every -- every dealership does that.
12        Q.   Uh-huh.
13        A.   So --
14        Q.   All right.
15        A.   But we don't -- we don't have any
16   instance where we -- I don't know if you call it
17   cross-sell or --
18        Q.   Uh-huh.
19        A.   -- or anything like that. Yeah.
20        Q.   All right. All right.
21        (Mr. Murphy and Mr. Taylor conferring
22        off the record.)
23        Q.   Would you go to Exhibit 11, this
24   thing here.
25        A.   Yeah.

Page 185

1     Q.    And would you go to 557 in the --
2   yeah, left-hand side.
3     A.    What page number?
4     Q.    557.
5     A.    I've got --
6     Q.    It's the Columbia Oldsmobile Company
7   2013, 2014 financials.
8     A.    Okay. That's not 11. Is there a
9   different exhibit?
10    Q.    All right. Maybe it is. Could it be
11  10?
12          MR. TAYLOR: It's the 2014 and 2013
13    Columbia Oldsmobile.
14          MR. MURPHY: 2014 and 2013
15    financials. Okay. 2014. 2013.
16    A.    Here.
17    Q.    Here we go.
18    A.    So what number?
19    Q.    557.
20    A.    557. Okay.
21    Q.    Do you see where Columbia Oldsmobile
22  Company owes an annual obligation to Columbia
23  Automotive, Inc. for approximately $2 million each
24  year?
25    A.    Yes.

Page 186

1     Q.    Why?
2     A.    It's just an intercompany account
3   between -- between Columbia -- Columbia Automotive,
4   Inc. and Columbia Oldsmobile Company. And I can't
5   remember which side has which, but one has -- one
6   has the payable and one has the receivable. They
7   should be the exact same amount on each set of
8   books. And it might be Columbia -- Columbia
9   Automotive paying the taxes, federal tax, state
10  taxes for the entire group. So it's -- it's --
11  since it's all one and the same organization, it's
12  just an intercompany type thing.
13    Q.    Doesn't have a negative impact on
14  either one of them?
15    A.    No. No, it doesn't -- it doesn't
16  have a negative impact on anything.
17    Q.    Okay. Who is Linda May?
18    A.    Linda May is the office manager at
19  Columbia Hyundai-Acura.
20    Q.    And what company does she work for?
21    A.    She works out of the Columbia
22  Hyundai-Acura store.
23    Q.    All right. Is that Columbia Olds or
24  Columbia Development?
25    A.    It would be Columbia Automotive, Inc.

Page 187

1     Q.    Columbia Automotive, Inc. Okay.
2     A.    Yes.
3     Q.    And does Columbia Automotive, Inc.
4   pay her salary?
5     A.    Yes.
6     Q.    What does she do?
7     A.    Back a -- go back a question. She's
8   also paid out of Dealer Acceptance Corporation. So
9   she's paid from several locations. She's the office
10  manager, produces financial statements, oversees the
11  office.
12    Q.    For Hyundai-Acura or for other
13  dealerships, too?
14    A.    For other dealerships, those on the
15  east side.
16    Q.    Which ones?
17    A.    She oversees Infiniti. She produces
18  financial statements for all those stores on the
19  east side, Camargo Cadillac, Montgomery Chevrolet,
20  Northland Motors, Porsche and Audi. I think that's
21  it. She produces the financial statements. We have
22  people at -- those stores that do the payables,
23  receivables, cashier. So those people are paid out
24  of those stores. She just oversees the preparation
25  of financial statements.

Page 188

1     Q.    Does she have a degree?
2     A.    Degree in experience.
3     Q.    So she doesn't have any college
4   degree, just --
5     A.    To that, I don't know.
6     Q.    All right. Do you know how many
7   dealerships she closes out each month; the Infiniti,
8   Montgomery Chevrolet and Northland?
9     A.    Six or seven at least.
10    Q.    Six or seven. And she's at the 10981
11  Montgomery Road location?
12    A.    Yes.
13    Q.    Does she also cut checks for
14  dealerships?
15    A.    Yes.
16    Q.    Including ones that Ron and his sons
17  claim to own?
18          MR. FROOMAN: Objection.
19    A.    Yes.
20    Q.    And that location, 10981 Montgomery
21  Road, is owned by Columbia Automotive, Inc., right?
22    A.    Yes.
23    Q.    How often, if any, are independent
24  audits done on the dealerships?
25          MR. FROOMAN: Objection.

Page 189

1    A.    There's no audits done on the
2   dealerships.
3    Q.    Have you ever been told to pay
4   personal expenses for Ron?
5    A.    Myself, no.
6    Q.    Any other staff members?
7    A.    We pay some expenses of that nature,
8   but we reflect those on his personal account. We
9   charge those to his personal account. In other
10  words, they're not charged to the corporations that
11  exist there. They're charged to his personal
12  business account or he's got personal and a business
13  account.
14   Q.    But what I'm saying is, are -- are
15  there any staff members, like Linda May or anybody
16  else, that pays his bills, writes his personal
17  checks?
18   A.    No. Linda May does not.
19   Q.    Okay. Anybody else?
20   A.    She's strictly -- she's strictly
21  dealership. She does all the dealership and
22  she's -- does not do anything for corporate.
23   Q.    Anybody else that might do that for
24  Ron?
25   A.    Again, we would pay some of his bills

Page 190

1   in -- at corporate, but they would be charged to his
2   personal account.
3    Q.    Okay.
4    A.    We're a real stickler about making
5   sure that anything he had personal was run through
6   his personal account and not run through the
7   business.
8    Q.    Would that include the Ocean Reef
9   Club expenses, Hyde Park Country Club, Queen City
10  Club, Montgomery -- Montgomery Inn, those types of
11  things.
12   A.    Yeah. Hyde -- the Ocean Reef is
13  charged to, I believe, Joseph Development. But when
14  they go and stay, if they stay -- they haven't
15  stayed when I've been there, okay, since I've been
16  there. But before they would -- he would --
17  anything personal would be charged to his personal
18  account. Anything related to -- to Ocean Reef,
19  whether it be utilities, whatever, would be charged
20  to Joseph Development.
21   Q.    Okay. What is Joseph Development,
22  because it's not on the org chart?
23   A.    It's an entity that's combined with
24  Joseph Chevrolet. It's much the same as Columbia
25  Development. Columbia is combined with Columbia

Page 191

1   Oldsmobile Company. Joseph Development is one and
2   the same with Joseph Chevrolet. It does not file --
3   Joseph Development does not file its own tax return.
4   It's combined with Joseph Chevrolet.
5    Q.    So the Ocean Reef Club expenses goes
6   in -- gets paid by Joseph Development?
7    A.    Joseph Development owns that
8   property, yes.
9    Q.    What entity pays for the ATP Tennis
10  Tournament, the boxes there?
11   A.    I honestly do not know.
12   Q.    Who would?
13   A.    Mike, Michael Candelaresi.
14   Q.    Who pays for the Bengals tickets and
15  the Reds season tickets?
16   A.    Michael Candelaresi handles that.
17   Q.    I know. But do you know which entity
18  pays it?
19   A.    Not without looking at the detail, I
20  wouldn't know that for sure.
21   Q.    Who pays the insurance on the
22  Columbia Yacht?
23   A.    That would be Joseph Development.
24   Q.    Who pays the bills for Cincinnati
25  Country Club?

Page 192

1    A.    Again, I would not know that. I have
2   not seen any bills from Cincinnati Country Club.
3    Q.    Did you drive a demo?
4    A.    Yes.
5    Q.    From what dealership?
6    A.    Columbia Acura-Hyundai.
7    Q.    Did you have to pay for it?
8    A.    No.
9    Q.    Does any of Ron's grandchildren drive
10  demos?
11   A.    That, I do not know.
12   Q.    Do you know if any of his
13  grandchildren work for any of the Joseph Entities?
14   A.    Yes.
15   Q.    Which ones?
16   A.    Grant works for Camargo Cadillac. I
17  think one of Richard's boys works for Richard out of
18  the Joseph Buick store. And to my knowledge, that's
19  it.
20   Q.    Have you ever been instructed, while
21  you were doing their accounting, both outside and
22  then inside, have you ever been instructed not to
23  speak to any of Ron's siblings?
24   A.    No.
25   Q.    When did Ron tell you that?

48  (Pages 189 to 192)

Page 193

1    A.    Probably -- it was either late 2015,
2  early 2016.
3    Q.    Where were you when that took place?
4    A.    At 250 East Fifth Street.
5    Q.    To the best of your recollection,
6  tell me about the conversation.
7    A.    It was pretty brief.  He just told me
8  not to talk to several individuals.
9    Q.    Which ones?
10   A.    One was Robert.  One was Marie.  And
11 one was Shirley.
12   Q.    Did he give you a reason why?
13   A.    Not really.  But I did not want to
14 talk to them anyway, to tell you the truth.
15   Q.    As a CFO and in the position that you
16 held until recently, why haven't you ever sent Marie
17 Joseph a set of financials for Columbia Oldsmobile
18 Company?
19   A.    I was never told to.
20   Q.    Are you aware of a letter that
21 Marie's siblings sent to her?
22   A.    No.
23   Q.    We talked about the million dollars
24 that Robert Joseph owes Columbia.  Has there been
25 any discussion about a payment plan to repay that?

Page 194

1    A.    No.
2    Q.    Did Robert sell his Columbia stock to
3  Ron?
4    A.    That, I do not know.
5    Q.    The debt has been on the books since
6  the early '90s.  Do you know why it's been that long
7  with no repayment?
8    A.    I do not know that either.
9    Q.    Have you ever discussed it with Ron?
10   A.    Never with Ron.  With Lou Rouse.
11   Q.    Okay.  And give me the benefit of
12 your discussion with Lou Rouse about it.
13   A.    It was -- the discussion was pretty
14 brief.  It was, what do we do with this.  And Lou
15 wanted to reserve it, so we reserved it on the
16 financial statement.  We did not write it off for
17 the tax return.  He didn't go into detail on what it
18 was.  I didn't really ask.
19   Q.    The board also authorized Columbia to
20 pay Robert's legal fees.  Do you know why that's
21 still on the books?
22        MR. FROOMAN:  Objection.
23   A.    Say that again.
24   Q.    I'll withdraw it.  Do you know how
25 much Renee receives as a shareholder in the last

Page 195

1  several years?
2        MR. FROOMAN:  Objection.
3    Q.    Shareholder of Columbia?
4    A.    She's not received any -- any
5  dividends or any management fee or -- or any salary
6  or anything like that.
7    Q.    Shirley, same thing?
8    A.    Same thing with Shirley.
9    Q.    Same thing with Teresa?
10   A.    Same thing with Teresa.
11   Q.    Now, Robert's received money, right?
12   A.    Robert gets paid a salary, yes.
13   Q.    And what about Marie, does she
14 receive the same amount as Renee and Shirley and
15 Teresa?
16   A.    Yes.
17   Q.    How much does Ron receive from
18 Columbia Oldsmobile Company?
19   A.    Nothing from Columbia Oldsmobile
20 Company.
21   Q.    Does he take any salary or any type
22 of fees or anything like that?
23        MR. FROOMAN:  Objection.  Asked and
24 answered.
25        MR. MURPHY:  You're right.

Page 196

1        Withdrawn.
2    Q.    Does any monies flow from Columbia
3  Oldsmobile Company to any trust?
4    A.    No.
5    Q.    Are you aware that Ron took a total
6  of $1 million from the Columbia Square property in
7  2015, first in April and then the rest in December?
8        MR. FROOMAN:  Objection.
9    A.    I'm not aware of that.
10   Q.    All right.
11   A.    I don't believe that happened.  You
12 may have it the other way around.  He had to loan
13 money to cover expenses, but that -- he did not
14 receive any money from them.
15   Q.    Do you know what entity paid for 3095
16 Erie Avenue?
17   A.    Purchased it?
18   Q.    Uh-huh.
19   A.    I believe Ron purchased it
20 personally.
21   Q.    And who owns it now?
22   A.    It'd be Erie Real Estate, LLC.
23 That's the correct name for it.
24   Q.    Do you know where the funds came
25 from?

Page 197

1    A.   That was before my time.
2    Q.   All right.
3    A.   I do not know that.
4    Q.   Do you know what entity paid for 9750
5  Montgomery Road?
6         MR. FROOMAN: Objection. That's not
7  an entity in which Ron Joseph has an
8  interest. It's outside the parameters of
9  Judge Black's minute entry.
10    Q.   I just want to know the entity that
11  paid for it.
12    A.   I don't know the answer to that.
13    Q.   Okay. 2412 Gilbert Avenue, are
14  Columbia Oldsmobile Company's historical records
15  located at that location?
16    A.   Never seen it.
17    Q.   Drove by it, though, right?
18    A.   Never driven by it.
19    Q.   I know you've never seen it, you've
20  never driven by it, but are you aware that --
21    A.   I am aware that it's there, because
22  Michael has been to it. And we never got around
23  to -- he never got around to taking me to it,
24  because he said it's just a storage building.
25    Q.   What's stored in there?

Page 198

1    A.   We keep records from -- years and
2  years of records.
3    Q.   So is it likely that Columbia
4  Oldsmobile Company historical records are stored
5  there?
6         MR. FROOMAN: Objection. He's not
7  been there. He hasn't driven by it. He
8  hasn't seen it.
9         MR. MURPHY: Did you hear his answer?
10         MR. FROOMAN: I did. He doesn't know
11  what's there. That's what I --
12         MR. MURPHY: He said we keep -- we
13  keep --
14         MR. FROOMAN: Objection.
15         MR. MURPHY: -- years and years of
16  records. Somewhere they have to be kept.
17         MR. FROOMAN: I haven't instructed
18  him not to answer. Go ahead.
19    Q.   Have you been informed that records
20  of dealerships are kept at 2412 Gilbert?
21    A.   No.
22    Q.   Okay. Do you know what's stored at
23  that building?
24    A.   I do not. Honestly, I do not know.
25    Q.   Okay. All right. Fair enough. Do

Page 199

1  you know where the original Code of Regulations are
2  for Columbia Oldsmobile Company?
3    A.   Code of --
4    Q.   Regulations.
5    A.   You got me on that one. I don't know
6  what that is.
7    Q.   Have you ever seen volume 1 of
8  Columbia Motor Sales corporate records?
9    A.   No.
10    Q.   Do you know of the destruction of any
11  documents in the last year?
12    A.   No.
13    Q.   Do you know of any documents that
14  have been moved from one location to another?
15    A.   If they've been -- I take that back.
16  They've been moved from either downstairs or maybe
17  Gilbert up to our office. We did not move anything
18  to any other office. We did not shred anything. We
19  did not -- and we kept what we were instructed to
20  keep, emails, keep everything, so we did.
21    Q.   So are you aware that documents were
22  moved from Gilbert to the corporate office?
23    A.   Yes.
24    Q.   When?
25         MR. FROOMAN: We looked. We got

Page 200

1  discovery requests. We looked for
2  everything.
3    A.   Yeah, we did.
4    Q.   I'm just saying, when were they
5  moved?
6    A.   Hmm? When?
7    Q.   When. Yeah.
8    A.   Probably this summer.
9    Q.   Do you remember if an outside
10  trucking agency was hired or anything like that?
11    A.   No, we have somebody in house that
12  does that.
13    Q.   Who?
14    A.   Tim, and I don't remember his last
15  name.
16    Q.   What company does he work for?
17    A.   He works for Joseph Chevrolet. I
18  think he's paid out of Joseph Chevrolet.
19    Q.   Melinda N-a-u. How do you pronounce
20  the last name?
21    A.   Nau.
22    Q.   Nau. What company does she work for?
23    A.   She is paid out of Pond Realty.
24    Q.   What does she do in relation to each
25  company?

Page 201

1      A.    She is an assistant to Mr. Joseph.
2      Q.    Does she have anybody reporting to
3   her?
4      A.    Yes.
5      Q.    Who reports to her?
6      A.    Robin primarily.
7      Q.    Do dealerships interact with Melinda
8   to provide information?
9      A.    Yes. Because Melinda is an integral
10  part of the 401(k). She also helps with the
11  health insurance plan, I believe; primarily, though,
12  the 401(k). She interacts with the office
13  managers quite a bit and the general managers at the
14  stores to get information on -- on the people that
15  are in the 401(k) plan.
16     Q.    And she operates out of 250 East
17  Fifth Street, right?
18     A.    Correct.
19     Q.    Interacting, like you said, with
20  multiple dealerships, right?
21     A.    Just along the lines of primarily
22  401(k). She might answer questions occasionally
23  but she really knows nothing about the dealership
24  financial statements or anything along those lines.
25     Q.    Were the assets of Columbia

Page 202

1   Oldsmobile Company ever used as collateral for loans
2   given to other entities?
3            MR. FROOMAN: Objection. You asked
4       that earlier in the deposition. He's
5       answered it.
6            MR. MURPHY: You're right. You are
7       correct.
8       Q.    Does Joe Rouse drive a demo from
9   Columbia?
10      A.    I honestly do not know.
11      Q.    How many weeks now has the consulting
12  agreement been in effect?
13      A.    I can't remember when I signed that.
14  I think I said that originally. So probably at
15  least two to three weeks.
16      Q.    And not counting today, how many
17  hours have you provided to any of the Joseph
18  entities in those three weeks?
19      A.    My primary contact is with the
20  corporate, with Mike Candelaresi. Hours per week
21  come and go, probably an hour to two every day and
22  talk to him about things that are going on. And
23  that would probably -- I know it will increase,
24  because basically when I took over, I had to call
25  and question Lou Galbraith before, quite a bit, just

Page 203

1   to ask him how things were, how he handled different
2   things. So my time will probably go up
3   considerably.
4       Q.    Is there any part of that consulting
5   agreement that prevents you from talking to anyone
6   about this lawsuit?
7       A.    I can't disclose confidential
8   information, so -- but in talking today, no, there's
9   nothing. I've been told to tell you the truth
10  and --
11      Q.    Uh-huh.
12      A.    -- and speak freely about anything I
13  know about.
14      Q.    Is there a non-compete in that
15  consulting agreement?
16      A.    Yes.
17      Q.    How long is the non-compete?
18      A.    12 months after the consulting
19  agreement is completed. And it's within a standard
20  50-mile radius, so --
21            MR. MURPHY: All right. I'm going to
22      take a break, take a look at my notes. I'm
23      going to talk with my colleague. And give
24      me about five to -- five minutes or so, and
25      we're just about done.

Page 204

1            THE VIDEOGRAPHER: We're off the
2       record, 3:15.
3            (A recess was taken from 3:15 to
4       3:23.)
5            THE VIDEOGRAPHER: We're back on the
6       record, 3:23 p.m.
7       Q.    It's my understanding that the slogan
8   "Ask Your Neighbor If They Bought From Us" is owned
9   by Columbia.
10           MR. MURPHY: Do you have that
11      document?
12      Q.    Do you know if any of the other
13  companies that advertise using that slogan pay any
14  licensing fees to Columbia?
15      A.    Not that I'm aware of.
16      Q.    The rents on the parking lots owned
17  by Columbia, how do they pay? Do they have base
18  rent and do they pay commissions based upon their
19  sales?
20      A.    The lots that we own, yeah, pay a
21  base rent amount and then they -- you're correct,
22  they also pay a percent of rents collected.
23      Q.    The base rent, is it monthly?
24      A.    Yes.
25      Q.    And the commission's how often, you

Page 205

1    know, the --
2        A.    It's paid one time a year.
3        Q.    When?
4        A.    Usually when the rental period is up.
5    And that rental period is -- for our 7th Street and
6    9th Street properties is on September, October each
7    year.
8        Q.    Sir, do you remember the last day
9    that you were employed, the day you were terminated,
10   what the date was?
11       A.    9/19.
12       Q.    And do you remember the day that you
13   signed the consulting agreement?
14            MR. FROOMAN:  Objection.  Asked and
15   answered.
16       Q.    Do you remember?
17       A.    I can't recall.  I'm sorry.
18       Q.    Approximately how many days were you
19   unemployed before you signed the consulting
20   agreement?  Approximately a week, two weeks?
21       A.    Yeah, I'd say two weeks.
22       Q.    Does the consulting arrangement also
23   include having free legal services; you know, you
24   don't have to pay for legal services today?
25       A.    It does not include that, no.

Page 206

1        Q.    Do you have to pay Mr. Frooman for
2    representing you today?
3            MR. FROOMAN:  Objection.
4        Q.    You can answer.
5            MR. FROOMAN:  I'm not sure if he can
6    or not.  I'll let him answer.  I'm not sure
7    whether that's within attorney-client
8    privilege or not.
9        A.    I don't believe I have to.
10           MR. MURPHY:  Anything else?  Thank
11   you very much.
12           THE WITNESS:  Thank you.
13           THE VIDEOGRAPHER:  We're off the
14   record, 3:26.
15
16
17           _____
18           NED VAN EMON, CPA
19
20
21
22           - - -
23       DEPOSITION CONCLUDED AT 3:26 P.M.
24           - - -
25

          C E R T I F I C A T E
State of Ohio      :
                   :  SS
County of Hamilton  :
      I, S. Diane Farrell, RDR, CRR, the
undersigned, a duly commissioned notary public
within and for the State of Ohio, do hereby certify
that before the giving of his aforesaid deposition,
NED R. VAN EMON, CPA was by me first duly sworn to
depose the truth, the whole truth and nothing but
the truth; that the foregoing is the deposition
given at said time and place by NED R. VAN EMON,
CPA; that said deposition was taken in all respects
pursuant to stipulations of counsel; that I am
neither a relative of nor employee of any of their
parties or their counsel, and have no interest
whatever in the result of the action; that I am not,
nor is the court reporting firm with which I am
affiliated under a contract as defined in Civil Rule
28 (D).
      IN WITNESS WHEREOF, I have hereunto set my
hand and official seal of office at Cincinnati,
Ohio, on this _____ day of _____, 2016.

My commission expires: S/S. Diane Farrell, RDR, CRR
October 18, 2021.     Notary Public - State of Ohio

**A**

**a.m** 1:16 4:2 84:4
**able** 76:25 179:19
**accept** 113:5 114:8
**acceptance** 41:16
49:7,9,13,25
50:21,24 62:19
63:1 81:12 114:20
139:23 140:3
187:8
**accepted** 86:25
87:1,2
**account** 33:19
69:19 71:6,8
72:14 77:13
134:10 186:2
189:8,9,12,13
190:2,6,18
**accountant** 5:24
97:11 178:21
**accountants** 74:11
128:11
**Accountants'** 84:20
**accounting** 5:6,7
17:10 57:5 68:9
69:20 85:3,24
87:1,3 122:18
124:13,21,22,23
127:5,8,14 128:11
128:18,19 192:21
**accounts** 62:25
85:25
**accumulate** 137:12
**accurate** 15:2
25:19 43:11 58:21
92:12,15 124:8
126:3,19
**acquired** 173:14
177:14,23 178:3
178:10 180:20
182:8
**acronym** 93:15,18
93:19
**action** 113:11
207:16
**Actions** 112:14
113:18 167:19

**activity** 69:19 80:8
80:13 81:13
**actual** 33:15 36:16
83:8 124:12
**Acura** 16:17 31:7
36:18,18 37:17
145:9,10 184:6,7
184:9
**Acura-Hyundai**
41:4 84:22 192:6
**ad** 31:19 32:20
36:14 69:23 70:11
**add** 63:1,2
**additional** 75:20
87:4 113:8 149:13
155:8 181:16
**address** 4:12,14
15:7 16:14 17:7
17:14 37:4 89:9
**addressees** 15:7
**adds** 147:19,24
**ads** 70:12
**advertise** 31:10,17
149:2 204:13
**advertising** 32:5,14
32:17,20 68:13,20
68:24 69:4,16
70:7 85:24 96:24
148:14,17,21
**advise** 17:12,16
**advised** 130:20
**affiliate** 61:19,23
**affiliated** 207:18
**Affiliations** 61:5
**aforesaid** 207:7
**age** 4:4
**agencies** 70:11
**agency** 175:19
200:10
**agent** 13:12 14:19
15:3 119:14
120:17
**Agent/Registrant...**
14:25
**ago** 100:7 120:15
120:15 166:4
**agree** 15:6 23:17
38:23 39:1 60:15

68:23 76:6 78:24
106:2,24 110:13
113:5 114:8
144:10
**agreement** 22:9,12
24:17,19,21 25:1
25:16,20,23 26:1
26:19 84:6,12
115:18 119:10
123:9 178:22
202:12 203:5,15
203:19 205:13,20
**ahead** 41:11 97:5
160:13 163:8
170:19 171:2
198:18
**Airport** 4:17 173:3
175:19
**ALISON** 127:6
**Allen** 124:5,14,21
**alleyway** 79:3
**Allied** 97:17
**allocation** 19:7
**allowed** 181:9
**allows** 147:20
**amazing** 149:15
150:14
**American** 1:18
2:13
**amount** 75:15,17
77:10 92:1 102:3
104:25 105:19
108:2 136:24
141:15 165:25
186:7 195:14
204:21
**amounts** 32:20
63:3 82:4 156:19
161:21 162:20
**analyze** 66:15
152:12
**analyzed** 44:21
**annual** 27:14 112:5
112:19 113:21
185:22
**annually** 74:20
**answer** 4:22 6:14
6:15 7:16 8:20

10:24 12:23 17:4
17:8 20:3,24
23:20 31:24 32:12
32:23 36:25 42:13
62:14 64:6 67:6
69:9,11,14 70:15
77:17 89:11 91:4
94:15,20 96:5
102:17 106:7,8
114:16 115:8
118:1 126:12
131:2,10,16
134:24 135:9
150:21 155:17
157:10 159:6,9
160:14 161:8
162:17 165:10,11
165:17 167:11
168:5 170:18
171:2 178:14,17
179:22 182:24
183:3,4,5 197:12
198:9,18 201:22
206:4,6
**answered** 37:7 94:8
102:16 117:24
134:21 143:12
165:16,19 179:1
195:24 202:5
205:15
**answering** 171:4
**answers** 114:20
**anum** 75:16
**anybody** 17:13
127:13 128:10
189:15,19,23
201:2
**anymore** 50:19
**anyway** 193:14
**apartment** 12:13
12:14,15
**Apartments** 120:4
120:7 121:17,23
121:25
**apologize** 47:7
111:16 129:23
**appear** 64:21
**APPEARANCES**

2:2
**applications** 97:23
98:1,4
**appointed** 112:17
**appraisals** 92:5
127:2
**appreciate** 22:5
78:12,21 101:6
112:14
**approval** 108:9
**approximately**
75:23 185:23
205:18,20
**April** 196:7
**argue** 160:6
**Argumentative**
117:24
**arrangement** 26:13
51:19 205:22
**articulated** 90:16
**ascribed** 62:11
90:25
**asked** 24:9 33:6
43:22 44:7 47:11
51:17 54:16 60:20
65:13 94:7 102:15
125:21 134:20
143:11 154:8
165:15 168:12
169:10 178:16
179:4,15,23
195:23 202:3
205:14
**asking** 36:23 40:8
43:13,14,18,23
77:18 89:20 99:18
110:3 114:15
121:23,24 160:15
166:15 169:1
172:9
**aspect** 67:19
**asset** 96:7 130:19
**assets** 42:15 92:7
92:16 94:4 98:5,8
98:14 126:16
132:10 201:25
**assigned** 169:6
**assist** 85:3

assistant 152:23
201:1
assisting 120:25
assume 26:12
assumed 24:14
ATP 191:9
attend 112:20
113:1 114:5
attended 114:4
attention 16:23
44:3 77:20,21
96:15,17 181:17
182:4
attorney 23:15 34:4
34:13 68:9
attorney-client
206:7
attorneys 34:6,8,15
34:17 130:21,23
131:1,8,12,15
Audi 29:4 31:7
97:22 103:5,6,11
104:6 187:20
auditor's 92:11
audits 8:2,4,5,6,9
8:11 127:11,13
150:17 152:8
188:24 189:1
August 52:14
authority 70:19,23
authorized 194:19
auto 6:1 13:13
14:21 16:1,14,19
28:13 31:22 33:14
33:17,18 34:6
35:13,20 36:11,12
50:8,14 74:15
85:7 97:2,9
148:19 149:6,20
automatic 73:13
automobile 101:1
171:17
automotive 40:24
41:4 63:1 80:16
80:23,24 81:25
82:9,11,22 84:21
99:19 105:11,24
109:15,22 110:1,7

110:16,20 113:20
113:22 115:21
116:1,7,9 135:20
141:1 148:3,6,10
148:13 153:5
154:21 155:9
158:17 185:23
186:3,9,25 187:1
187:3 188:21
available 59:1
181:23
Avenue 175:18
176:6 196:16
197:13
aware 54:13 87:9
87:10 98:11
160:19 161:8
184:4 193:20
196:5,9 197:20,21
199:21 204:15
awkward 62:15

---
**B**
---

B.S 4:24
bachelor's 5:4,6
back 6:17 25:6,19
30:19 47:24 49:17
50:3 51:15 52:3,5
53:9 59:23 64:9
65:24 71:2 80:1
80:21 81:8,20
83:8 84:3 99:3
108:4 111:21
112:8 119:4 137:1
137:4,23,24 138:6
141:11 153:13
154:7 156:16
165:4,6 171:6
184:1 187:7,7
199:15 204:5
background 6:6
bad 7:2 19:13
30:25 103:4 136:4
179:5
balance 62:12,20
80:10 90:7 91:7
95:8 135:4
balances 151:21

bank 33:19 57:3
95:7 97:15
banks 8:9 50:16
127:15
Barne 127:4
Barnes 122:18,21
127:17 128:1,5,17
128:23
base 104:10,14
204:17,21,23
based 58:16,19
59:11 60:11 106:2
127:1 164:21
182:2 204:18
basically 74:11
91:23 171:4
202:24
basis 26:12 83:21
104:10 141:14
Bates 16:5 17:23
18:12 34:22 43:3
44:2 59:14 64:20
64:25 66:7 80:18
85:18 90:6,6,22
90:24 99:12
103:16,20 105:10
109:9 110:25
112:3 113:17
122:14 129:14,19
132:21
bathroom 183:21
bearer 93:21
becoming 21:10
Beer 173:23,25
174:2
began 6:23
behalf 2:3,10,16
belief 126:20
believe 8:8 11:1
24:11 27:7,25
29:23 40:17,23
41:7 46:10 49:11
52:7 53:11 61:13
71:15 76:17 77:22
79:3 83:1 89:1
96:6 107:24 108:2
119:25 120:5,21
120:21,22 124:14

125:19 156:6,15
174:4,8 175:23
178:4 182:9,17
190:13 196:11,19
201:11 206:9
bell 50:2 140:13
benefit 4:22 27:15
194:11
Bengals 191:14
best 33:4 43:11
121:4 124:9
126:19 177:21,25
193:5
better 60:16 137:17
beyond 158:2
Bieber 124:6,14,21
bigger 150:2
bill 9:11,18 127:19
127:20 149:15
151:10,10
bill's 69:24
billed 9:14 32:21
32:24,25 150:18
billing 151:1 152:4
bills 32:1 33:12
66:15,15 127:17
127:22 151:2
152:1,11 189:16
189:25 191:24
192:2
binder 46:14,16
53:9,11,16,21,23
54:1
binders 53:10
bit 23:22,23 25:3
29:23 46:3 48:16
53:1 106:17,19
137:9 147:25
201:13 202:25
Black 88:25 89:5,9
89:22 159:20
171:11 179:19
180:1,11,25
181:14,14 182:1,1
Black's 157:6 158:2
158:7 165:3 174:6
175:4 179:16
181:21 182:23

183:2 197:9
blood 180:16
board 11:9 38:20
108:9 112:15,19
113:19,22 134:5
167:20 181:5
194:19
boards 158:11
181:2
boat 174:20
bodies 87:12
body 87:3 139:18
150:5,5 153:14
bonds 93:21
bonus 147:17 156:1
156:2,3
bonused 19:19
bonuses 19:10,14
19:22 161:6,20,24
book 44:20 45:3,7
46:5,6 49:20
126:23
books 45:1,2,25
46:1 56:19,23
92:17 94:6 124:24
125:13,15 186:8
194:5,21
borrow 97:13,14
97:17,17,19,20,21
borrowed 96:9
97:10
borrowing 98:14
botch 13:19
bottom 28:17 36:15
80:19 105:16
140:22
bought 100:7,17,21
204:8
Boulevard 93:10
boxes 191:10
boys 55:14 180:4
192:17
brand 184:4
break 14:1 118:24
154:1 163:20
178:16 180:13
183:21 203:22
brief 193:7 194:14

bring 181:16,25
broad 89:14
brokerage 95:6,8
brought 100:2
  182:3,3
Brown 1:17 2:12
bucks 144:20
Buffet 166:3
Buick 37:21,21
  38:9 129:3 156:14
  157:22 192:18
building 74:22 75:3
  75:12 78:15
  131:21 132:16
  197:24 198:23
buildings 39:19
  126:15
bullying 165:16
business 67:19
  101:1 104:5,6,19
  104:20 106:9
  108:23,24 117:3
  139:1 150:14,15
  150:16 171:16,17
  173:2,6,14 174:18
  174:23,25 175:6
  176:6 189:12,12
  190:7
business-related
  21:24,25 22:1
businesses 6:5
  106:16
buy 50:19 150:8

_____ C _____

C 48:22 105:17
  112:6,16 164:10
  166:24,25 167:5
  207:1,1
C-a-n-d-e-l-e-r-s-a
  71:14
C-a-n-d-e-l-e-r-s-...
  71:13
Cadillac 17:18 18:7
  29:4 36:19 37:20
  79:7 98:20,24,25
  99:7 105:14
  156:13 157:20,25

159:14,17 187:19
  192:16
Cadillac-Subaru
  129:4
Cadillac/Saab/Su...
  101:25 102:4
  105:18
call 23:21 27:24
  73:10 114:21,25
  115:8 132:2
  145:24 184:16
  202:24
called 7:12 10:3
  23:22 25:10 31:23
  51:25
calls 24:6 25:5
  165:1,7
Camargo 11:4 29:4
  36:19 37:20 79:6
  156:13 157:20,24
  159:13,16 187:19
  192:16
Candelaresi 11:21
  12:4,6 24:4 71:11
  110:9,14 141:12
  143:2 191:13,16
  202:20
Candle 144:4
capacities 154:17
  154:22 155:15
capacity 112:18
  123:11 154:23
capital 4:14 176:17
Capitol 17:18 18:7
  98:19,24,25
car 38:10,25 70:17
  147:22,23 150:15
  174:18,23 175:6
card 35:13
care 118:4
careful 58:4
carriage 93:24
carry 184:10
cars 13:6 20:10,13
  50:18 51:8 82:14
  82:14,14 92:19,24
  93:4,6,7,9 106:13
  173:6,10 182:16

184:10
case 1:7 131:21
  160:7 174:4
cash 50:19 124:13
  124:19 126:7
  167:4
cashier 187:23
casualty 66:16
  141:23
catch 73:20 176:20
category 164:4
cause 62:16
caused 88:6
ceded 181:7
cell 66:21
Center 2:6 63:13
  64:3
certain 25:22 51:18
  96:20 117:12
certainly 182:5
certainty 44:6
certificate 5:1 16:1
  18:7
certificates 95:24
certified 4:5 178:20
certify 207:6
cetera 36:20
CFO 8:1 9:24,25
  10:7 11:12 19:3
  21:9,10,14 25:10
  34:5 44:8 70:1,2
  97:12 102:8 105:8
  105:22,25 138:10
  138:11,25 184:3
  193:15
CGL 29:20
Chamber 2:6
change 9:4 42:8
  95:5 132:13
  149:19 163:25
  164:1
changed 21:8 110:4
  124:15 134:24
  182:2
characterized
  145:7
charge 56:22 70:7
  147:24 189:9

charged 189:10,11
  190:1,13,17,19
charges 149:12
  152:13,14
chart 43:4 49:8
  158:24 161:17
  173:1 174:8
  177:22,24 190:22
check 9:17 10:5
  150:17 151:21
checks 73:12 118:6
  188:13 189:17
Chevrolet 31:6,7
  36:19 38:11 48:21
  104:20,21 105:12
  106:20 129:5
  156:14 157:21
  187:19 188:8
  190:24 191:2,4
  200:17,18
Chiquita 63:13
  64:3
Cincinnati 1:19
  2:14,20 16:21
  20:22 36:13 95:14
  98:23 143:18
  157:23 176:17
  191:24 192:2
  207:21
Circle 123:20 175:8
circumstance 99:25
city 20:12 143:17
  190:9
Civil 207:18
claim 188:17
claims 155:13
clarified 43:16
clarify 24:4,5
clarifying 43:21
Class 53:3
clear 60:3 127:7
  163:10,24 166:14
  168:25
client 169:20
clients 51:7
clips 58:5
close 45:14 52:24
closes 188:7

Club 190:9,9,10
  191:5,25 192:2
Coca-Cola 20:8
Code 199:1,3
coin 146:7
Colerain 175:8,18
collateral 98:9
  202:1
colleague 203:23
collected 204:22
collection 64:19
collective 64:16
college 5:10 188:3
Colum 89:15
Columbia 16:7,11
  16:17,22 29:2
  31:5,7,7,8 36:18
  36:19 37:17 39:16
  39:18,21,23,24
  40:1,2,6,6,11,13
  40:14,14,24 41:1
  41:4,4,5,16,23
  42:23,25 45:9
  49:6,9,13 54:10
  58:9 61:9,10,10
  61:13,14,17 62:1
  62:3,5,7,19,24,25
  63:1,2,6,14,15
  64:1,17 65:16
  66:6 67:4,12
  68:12,20 71:9,24
  72:2,4,12,22
  74:14,19 75:16
  76:12 78:24 79:1
  79:11,18 80:6,15
  80:15,23,24 81:11
  81:17,25 82:7,8,9
  82:16,17 84:21,21
  88:6 89:18,25
  90:7 92:2,7,16
  93:4 94:4,10,17
  94:21 95:2,25
  98:8,16 99:19
  103:6,7 104:21
  105:11,12,24
  107:23 108:22
  109:10,14,18,18
  109:22,25 110:1,6

110:16,19 111:7
113:19,22,23
114:19 115:2,12
115:21 116:1
121:18,19,20
122:3,3,5 129:10
130:8,9,15,16
131:19,25 132:1,4
132:6,8,10,14,25
133:3,14 134:15
134:18 135:12,12
135:18,20 136:15
136:17 139:18,23
140:2 141:1 144:2
144:3,6,12,16
147:9 148:3,4,6
148:10,11,13
153:5 154:16,21
155:2,9 158:17,17
162:2,3,14,15
163:5 164:5,20
166:17 167:21
169:14,25 170:13
171:7,9,12,23
173:8,17,17
177:17 178:5
182:10,14,15,19
183:7,12,14,14
185:6,13,21,22
186:3,3,4,8,8,19
186:21,23,24,25
187:1,3 188:21
190:24,25,25
191:22 192:6
193:17,24 194:2
194:19 195:3,18
195:19 196:2,6
197:14 198:3
199:2,8 201:25
202:9 204:9,14,17
**Columbus** 36:13
38:17
**column** 62:20
**combine** 81:22
**combined** 39:20
63:3 83:3 109:19
135:17 148:16
190:23,25 191:4

**come** 11:8 17:14
50:2,18 87:2
98:18 111:21
142:6 151:2
164:22 202:21
**comes** 106:21
117:20 149:14
**Commencing** 1:16
**commercial** 70:20
**commercials** 70:13
**commission** 144:20
146:3,3 207:24
**commission's**
204:25
**commissioned**
207:5
**commissions** 87:20
144:19 145:5,20
146:1,20 147:5
204:18
**common** 28:10
29:11 31:10,17
36:21,21 38:6,12
38:20 101:12
102:19
**communicated**
178:23
**communication's**
131:1
**communications**
131:12,14
**companies** 6:11
8:17 9:12 12:18
13:4,6,13 14:20
15:5,6,12 17:1,13
19:4 20:7,8 28:7
28:11 32:19 44:10
48:25 53:18 57:22
67:4,18 69:24
73:3,7,9 88:10,13
94:12,17,22 96:8
96:12,18 97:10
101:12 106:4
114:13 117:18
122:2 127:18
138:23 140:15
149:20 150:19
152:4 155:13,22

156:8,23 157:4
161:12 164:2
166:2 170:8 173:5
173:13 177:23
178:2 180:19
181:4,4 182:7,13
182:15 183:13
204:13
**company** 6:23 8:4
8:5 10:18 13:9
19:8 24:7 27:17
28:6 29:3 39:21
39:24 40:3,12,13
40:19 41:2,3,6,23
42:7,9,25 46:17
48:21 50:21 51:19
54:10,13 57:9,12
62:4,6 63:2,13,16
64:17 65:16 66:6
67:12 68:3,13
70:20 71:9,21
72:11 74:14,20
75:7,9 78:24 79:1
79:9,12 81:15,17
82:7,8,17 87:19
88:7 89:25 90:7
92:3,8,17 93:5
94:5,10,17,21
95:3 98:9,10,14
98:25 100:3,4,10
100:17 101:15,17
101:18,19,24
103:7,8 104:4,19
104:20 105:17
107:23 109:19,19
110:19 111:7
112:18 113:21
115:1 116:7,8,19
116:21,23 117:20
117:22 121:19,21
122:3,5 123:13,17
130:9,15 131:19
132:1,2,4,8,10,14
133:1,3,15,22,23
134:15 135:12,18
136:17 140:25
144:3 148:5,11
154:16 162:15

164:20,22 166:18
167:4,21 168:1
169:14,16 171:12
177:10 178:5
182:10,19 183:7
183:12 185:6,22
186:4,20 191:1
193:18 195:18,20
196:3 198:4 199:2
200:16,22,25
202:1
**company's** 45:10
96:1 98:14 197:14
**Compare** 85:12
**compared** 87:7
**Comparing** 86:14
86:15
**comparison** 19:25
**compensation** 13:9
155:3,8 157:11
**compete** 38:24
117:2
**competing** 158:10
181:2,3 183:13
**compiled** 32:9
**complete** 52:20
**completed** 23:25,25
30:4 54:20,21,22
65:22 129:1
203:19
**completely** 20:4
**comply** 182:5
**compound** 10:22
**computer** 5:8 66:15
66:16 99:19 100:1
100:5,14 101:3
102:22 123:13
149:4,5,16 150:16
151:6
**computerized**
150:13
**computers** 66:14
103:3
**concede** 181:15
**CONCLUDED**
206:23
**concur** 136:7
**condensed** 52:21

**conference** 93:23
**conferences** 87:6
**conferred** 90:4
99:9 111:23
**conferring** 109:3
184:21
**confidential** 203:7
**confines** 183:1
**conflict** 116:12,18
117:3,18 172:18
173:16
**confused** 52:4
**Connection** 29:5
103:6,11 104:7
**consent** 178:4
182:9,19
**consented** 183:8
**consider** 136:16
**considerably** 203:3
**considered** 131:18
136:17
**considers** 106:4
**consist** 80:17
**consistent** 177:1
**consists** 82:8
147:16
**consolidated** 39:21
41:2,22 82:4
151:1,5
**constantly** 20:13
151:20
**consultant** 21:7
22:8,12,25 23:13
23:17 24:17 25:16
25:1 26:13,19
51:19 84:5,12
123:9 178:22
202:11 203:4,15
203:18 205:13,19
205:22
**consumer** 49:14
50:10,13
**contact** 7:21 70:11
70:11,12 95:11,15
202:19
**contacts** 20:11
**contained** 53:8

86:19 141:6
**content** 164:24
**continue** 114:9
134:6 137:12
**Continued** 104:1
**continuously**
115:21
**contract** 24:1 64:8
152:15 207:18
**contribute** 51:23
**control** 88:14
150:23
**controlled** 128:12
**controls** 88:11
155:14
**conversation** 193:6
**convey** 167:6
**cooperate** 24:22
**copies** 133:23
**copy** 24:16 54:7
133:24
**Corp** 156:15
**corpor** 55:6
**corporate** 11:14,15
11:19 21:1,4
23:21,22 32:16,17
32:24 37:25 38:2
50:11 56:14 66:13
69:20 71:19,20,21
72:6 105:3,4
110:15 150:24
152:11 172:6
189:22 190:1
199:8,22 202:20
**corporation** 33:15
39:17,23 40:2,6
41:17 49:7,10,11
49:14,25 50:22,24
61:10,17 62:2,19
68:11 71:24 102:8
114:20 121:19
122:4 134:19
139:23 140:3
164:14 166:20,24
166:25 167:1,3,5
187:8
**corporations** 35:17
55:7 156:10

161:15 163:13
164:8,10 189:10
**Corps** 156:12
163:16 164:15
**correct** 5:16,17
15:12 19:6,9 23:7
26:4 29:1 31:23
32:10 33:21 35:17
35:18,22,23 38:5
44:6,20,22 45:1
47:21,22,23,24
57:24 60:17 62:6
72:6,7 73:2 79:12
79:13 102:11
103:7 104:7
107:15 112:23
116:10,21 117:8
117:22 119:7
120:5 121:1,3,14
121:15 125:2
127:2,3 137:14
139:24 140:12
144:13,17 146:21
153:3 155:10
171:18 172:23
173:4 175:22
177:15,17,20
196:23 201:18
202:7 204:21
**cost** 63:9 91:5,14
91:15,18 96:3
126:22,25 127:1
139:13,19 153:16
153:20 154:2,2,4
154:9
**costs** 150:23,25
**counsel** 60:2
207:13,15
**counting** 202:16
**country** 101:5
190:9 191:25
192:2
**County** 207:3
**couple** 16:10
120:15 162:21,23
**coupons** 49:20
**course** 160:7
**court** 1:2 30:12

118:9,13 207:17
**cover** 46:9,11 73:23
123:23 196:13
**covered** 36:1
141:18 143:20,21
**covers** 29:21 30:2
**CPA** 1:13 3:3 4:3
5:1,2,14,16 87:11
134:3 206:18
207:8,12
**CPAs** 128:11
**create** 149:3
**created** 45:20 48:9
**credit** 50:17,21,24
87:21 97:20,21
114:20
**crime** 66:17
**Cross-Examinati...**
3:4 4:7
**cross-sell** 184:17
**crossing** 170:20,24
**crossways** 45:12
**CRR** 1:20 207:4,24
**customer** 147:24
184:7
**customers** 50:18
87:21 106:14,16
**customers'** 50:18
**cut** 37:11 129:15,20
188:13

---
**D**
---

**D** 2:17 3:2 173:2
177:12 207:19
**d/b/a** 84:21
**daily** 114:18
**date** 1:15 21:11
22:8 25:16,18,19
59:11 135:22
136:2,10 178:12
205:10
**dated** 25:19 61:5
168:8,13
**day** 22:16,18,20,23
49:18 130:12
136:3,8 202:21
205:8,9,12 207:22
**day-to-day** 117:14

118:15
**days** 20:17 50:20
205:18
**Dayton** 20:22 36:13
38:17 156:14
175:20 176:18
177:10
**DBA** 27:19
**deadlines** 60:11
**deal** 168:15,24
169:23 170:3,10
171:22 172:17
177:17
**Dealer** 50:21,24
114:20 187:8
**dealers** 6:3 34:9
50:23 51:6 149:17
**dealership** 9:14,18
26:23 32:13 36:4
37:1 38:8 39:20
50:15 56:20 57:9
57:10 63:2 70:6
83:13 100:8 103:5
123:6 146:7
152:25 153:18,19
175:17,20 177:13
184:11 189:21,21
192:5 201:23
**dealership-related**
6:8
**dealerships** 6:1,2
8:23 9:2,3,7 10:8
11:16 20:7 31:9
31:10,17 33:1,12
36:18 38:24 40:14
40:18 42:16 50:8
50:13 51:7,9
56:13,14,18,23
69:5,22 73:4
83:14 93:8,8
100:4 101:4,22,23
106:4,13 116:7,9
117:15 118:16
122:25 127:18
142:5 147:19
148:19 151:10,15
151:16,19 155:18
157:12,14,15,18

161:5,6 184:4
187:13,14 188:7
188:14,24 189:2
198:20 201:7,20
**deals** 20:10 153:23
**debt** 194:5
**December** 8:15
61:6 84:22 101:16
104:1 196:7
**decide** 89:7 156:20
**decides** 156:18
**decision** 21:20,22
69:23 70:1,2,3,4,5
138:7 162:6,8
**decisions** 106:25
**deed** 130:7
**deeding** 130:16
132:5
**defendant** 1:10
2:10,16 43:5
**defer** 89:3 181:12
**defined** 207:18
**degree** 188:1,2,4
**delayed** 54:10,14
**demo** 192:3 202:8
**demos** 157:1
192:10
**Dennig** 122:18,21
127:4,17 128:1,5
128:17,23
**Dennison** 41:9,12
41:13 130:8,20
131:18
**department** 50:16
150:9
**departure** 22:17
**depends** 150:8
**depose** 207:9
**deposed** 4:6 24:15
**deposition** 1:13
13:16 24:10,12
89:23 157:8 158:4
159:1,11 160:8
181:13 202:4
206:23 207:7,10
207:12
**deposits** 73:13
**depreciable** 126:16

**Describe** 45:1
**described** 7:11
  105:17
**desk** 120:15 150:12
  150:13
**destruction** 199:10
**detail** 52:20 69:1,3
  69:10,13,15,18
  71:5,6,8 74:6,24
  76:4,9 77:13
  107:17 141:5
  143:1 145:3,6
  156:16 191:19
  194:17
**detailed** 25:11
  125:9
**details** 107:11
**determination**
  105:23
**determine** 77:9
  137:25 139:10
**determined** 105:2,5
**determines** 104:25
  105:20
**development** 16:23
  39:17,18,23 40:1
  40:6,7 61:9,17
  62:7 71:25 72:3,5
  72:12 82:16 100:3
  100:4,17 102:24
  103:2 121:19
  122:4 134:18
  135:13 136:15
  144:3,7 149:10
  162:3,15 173:18
  182:15 183:15
  186:24 190:13,20
  190:21,25 191:1,3
  191:6,7,23
**Diane** 1:20 207:4
  207:24
**difference** 40:5,9
  68:24 95:19
  166:12
**differences** 85:11
  86:24 87:13
**different** 13:4 14:8
  15:7 20:4 29:24

31:14 35:16 44:24
  45:4,5,22 46:3,3
  46:19,22 47:9
  48:17 53:1 64:20
  66:20 78:14 83:7
  85:15 90:21 98:10
  103:1 106:18,20
  134:22 135:20
  157:13,16 158:10
  167:2 176:13
  184:10 185:9
  203:1
**directly** 20:7 88:7
  181:8
**director** 12:18
**directors** 38:21
  39:9 112:16,19
  113:19,22 154:15
  154:21,24,25
  155:4,12 167:21
  181:5
**directors'** 155:5
**disclose** 203:7
**disclosing** 131:11
**discover** 180:2,11
**discoverable** 158:7
**discovery** 159:21
  179:20 181:18
  200:1
**discuss** 98:5
**discussed** 26:4 96:9
  96:12 108:19
  167:13 194:9
**discussion** 22:24
  172:16 173:15
  193:25 194:12,13
**distinct** 40:20
**distribute** 164:9,11
  164:18
**distributed** 67:3
  124:20 125:1
  163:7 165:23
**distribution** 125:1
  125:5,8 156:18
  166:23
**distributions** 124:8
  124:11,13,17
  126:2,5 156:8,10

161:11 162:2,13
  163:3,4,13,19
  164:3,24 166:6,11
  166:13 167:7
**DISTRICT** 1:2,3
**diverse** 6:6
**divert** 147:11
**diverted** 88:7 147:9
**divide** 33:10
**divided** 69:24
**dividends** 156:7,9
  161:11 162:1,7,14
  163:2,20 164:3,12
  166:3,5,13 195:5
**dividing** 33:3
**DIVISION** 1:4
**doc** 58:6
**dock** 147:16,19
**document** 23:6,10
  23:14 28:17 35:2
  43:3,15 45:1,2,25
  47:15,20 48:19
  51:24,25 52:10,12
  52:18 53:5 55:1
  58:5 77:16,25
  84:23 86:15 90:25
  113:11 168:13
  204:11
**documentation**
  83:5
**documents** 14:8,13
  14:17 15:17,22
  22:14 44:20 48:8
  52:16,22 55:1
  57:5 77:7 78:20
  85:17 96:21
  112:12 199:11,13
  199:21
**doing** 7:3 44:12
  52:7 55:11 87:11
  100:10 102:9
  104:20 110:15
  122:21,25 128:25
  129:7 140:17
  152:10 162:12
  177:17 179:6
  192:21
**dollars** 99:21

108:15 151:8,10
  153:16 193:23
**double** 76:2
**downstairs** 199:16
**drag** 159:1
**drive** 2:6 192:3,9
  202:8
**driven** 149:25
  197:18,20 198:7
**drives** 149:23
**Drove** 197:17
**Dublin** 98:20,24
  99:7
**due** 27:25,25 59:11
  60:12
**duly** 4:4 18:5 207:5
  207:8
**duties** 10:8 19:3
  24:25 34:16 67:9
  116:20 117:12,21
  118:2
**duty** 116:24

—————————————
        **E**
**E** 3:2 4:14 207:1,1
**E-r-y** 56:8
**earlier** 72:13 74:10
  79:17 86:15 90:16
  140:4 165:14
  202:4
**early** 5:3 193:2
  194:6
**earn** 67:9
**earning** 165:13
**earnings** 136:20,23
  137:9,13,20,21
  138:8
**easier** 30:13
**east** 1:18 2:13,19
  16:2,8,14,19,23
  17:2 18:17 21:4
  37:4 38:1,3,16
  39:13 57:14 71:22
  72:10 75:13,22
  76:16 78:25 93:23
  105:5 109:20,24
  110:5,17 115:9
  125:17 142:16

151:2 187:15,19
  193:4 201:16
**eastsiders** 57:19
**education** 4:23
**effect** 202:12
**Effective** 104:13
**eight** 144:23 165:3
  165:6 167:9
  176:22
**EIN** 135:15
**either** 6:17 7:5 33:8
  60:21 64:23 99:7
  183:17,19 186:14
  193:1 194:8
  199:16
**elect** 113:20
**elected** 112:20
**eliminated** 152:15
**email** 2:8,15,21
  27:8
**emails** 199:20
**Emon** 1:13 2:10,16
  3:3 4:3,13 16:23
  55:10 77:15 182:7
  206:18 207:8,11
**emphasis** 8:19
**employed** 36:3,4
  123:10 205:9
**employee** 27:14
  207:14
**employees** 35:25
  109:14
**employer** 61:20
**employers** 28:23,24
  29:8
**employs** 68:11
**encompass** 9:7
**encompassed** 35:16
**ended** 101:16
**ends** 112:4
**Enquirer** 33:10,11
  70:11
**entered** 51:19
  157:19
**Enterprises** 39:3,8
  39:12
**entire** 10:1 52:9,12
  78:25 186:10

entirety 78:13
entities 6:4,5 28:24
29:8,16,22 37:3
40:10 54:24 71:23
71:25 72:6,25
74:16 75:1 88:23
89:15 107:14,20
110:16 118:3
123:5,7 127:5,20
128:12 144:12
163:19 164:10
174:2 178:10
180:3,5 192:13
202:2,18
entitled 175:3
entity 30:2 33:15
33:22,24,24 34:1
35:21 36:4 39:3
49:12 50:4,5,6
99:1 100:6 101:10
117:15 125:14
127:23 135:7,13
140:1 151:25
163:10 174:9,15
175:1 176:13
190:23 191:9,17
196:15 197:4,7,10
entries 62:3
entry 88:25 89:6,16
124:13,21,22,23
124:24 157:6
158:3,8 159:23
174:6,7 175:4
178:8,13,18
179:17 181:15
182:23 183:2
197:9
equipment 100:2
100:21 149:13
150:7,7,10 151:8
Equity 174:22
Erie 176:5,6 196:16
196:22
escalators 64:10
Esq 2:4,5,11,17
essence 35:19
established 20:9
89:21

estate 6:4 8:24
10:10 39:19 40:20
41:6 42:16 91:1
119:25 129:8
142:20 174:25
175:10,15 176:5,7
176:18 180:6
182:17 196:22
estate's 40:22
et 36:20
evaluations 92:6
event 120:9
eventually 9:19
Everybody 11:13
152:25
evidently 129:22
175:7
evolution 122:17
exact 162:19
168:11 186:7
exactly 44:23 77:2
examined 4:5
example 63:5
exclude 180:5
exclusively 180:4
180:23
excuse 125:4 156:5
166:16
exhibit 3:6,6,7,7,8
3:8,9,9,10,10,12
3:12,13,13,14,14
3:15,15,16 14:4,5
14:9,15,17,19
15:10,14,16,21
26:9 27:10,13
30:21,23 34:19,21
35:4 36:6,7,8,10
43:1 54:4,7 55:10
55:13 58:1,8
59:14,25 60:2,4
61:2 62:10 64:12
64:13,16,19 65:2
65:9,12 68:19
69:22 84:16 90:5
90:5,10 99:11
103:14,16 105:9
109:5 111:1,25
112:1 113:14,15

115:15,16 122:10
122:11,14 129:12
132:18,20 167:16
167:17 184:23
185:9
exhibits 3:5 18:12
exist 189:11
existing 45:18
expect 149:20
expense 62:1 68:25
85:25 99:20
109:11 111:7
142:20 146:3,3,21
146:22 147:4
149:4,10 151:7
153:21
expenses 57:21
68:14,20 69:4
109:16 149:16
151:11,20 153:17
189:4,7 190:9
191:5 196:13
expensive 100:2
experience 153:9
184:3 188:2
Expiration 84:8
expires 207:24
Explain 66:4
explains 78:17
extent 130:25 178:7
178:9
Externally 55:24

F

F 207:1
F&I 83:5 87:23
145:5,8 146:16
147:6,8
face 78:23 131:23
facilities 104:5,19
fact 51:6 59:4,10
factories 147:17
148:1
factory 50:17 57:5
83:12,15 147:18
fair 63:10 78:11,12
91:18 96:7 127:9
134:24 139:4

169:2 198:25
fairly 25:22 55:19
150:18 151:12
fall 146:20 180:5
falls 178:12
familiar 65:14
family 122:22
far 25:5,5 41:20
65:13 81:12 88:16
111:9 118:3
168:25 178:23
Farrell 1:20 207:4
207:24
fashion 60:17
fast 45:24
fault 133:8
faxed 27:3
February 104:11
federal 7:19 186:9
fee 67:3,9 68:10
72:14 88:15 100:5
141:13 142:7,10
147:19 195:5
fee's 88:17
feel 181:13
feeling 22:21
fees 66:5,5,8 68:2,8
68:9,9 74:7,12,15
84:11 88:19
101:15,21 140:22
143:5,21 147:16
150:13 152:19
153:1 155:5
158:18 194:20
195:22 204:14
fell 131:21,22,23
Fiat 93:13,16
172:22
fictitious 15:11
16:18 18:7 62:9
99:2
field 20:25
fielded 117:15
Fifth 16:2,8,14,19
16:24 17:2 18:18
37:5 38:1,3 39:13
71:22 72:10 75:13
75:23 76:16 78:25

93:24 105:5
109:20,24 110:6
110:17 115:9
125:17 142:16
151:2 193:4
201:17
figures 148:9
file 33:16,23,25
35:21 39:5 41:21
50:5 121:13 191:2
191:3
filed 15:11 27:24
49:11 120:23
177:9
files 41:22
filing 50:4
filled 98:2
final 59:2
finalized 60:9
139:9
finan 135:4
finance 50:16,21
51:8 86:7,22
87:16 144:19
145:19,21 150:9
150:12,12
financed 50:18
147:23
finances 97:18
financial 7:17,18
7:21 8:12,14 32:6
41:3 54:19,21
55:17 57:4,22
59:7 60:13 65:5
65:15,19 77:19
78:4 83:9,12,17
83:20 84:19 85:15
86:4,18 87:7,9
90:21 91:17,17
98:6 102:10
103:25 123:6
128:9,20 187:10
187:18,21,25
194:16 201:24
financials 54:10,14
56:10 59:1 60:8
60:16 64:16 85:7
103:15 128:10

185:7,15 193:17
**financing** 49:14
50:1,7,10,11,12
51:3 82:25 117:17
118:4
**find** 25:10 83:6
87:13 111:19
152:13 153:10
**fired** 138:15,16
**firm** 5:14,25,25 6:7
17:10 34:12,13
56:4 57:13,19
85:3 122:18 123:5
128:4,15 207:17
**firms** 87:11 127:14
128:11,15,19
**first** 4:4 7:3 14:23
27:13 34:21 36:20
52:4 59:3 60:6
63:21 112:4
122:14 130:3
132:23 148:8
169:3 196:7 207:8
**firsthand** 172:15
**Fishers** 123:15
**five** 11:14,18 97:19
109:20,23 110:5
156:4 163:16
203:24,24
**Fix** 93:20
**flip** 18:23
**floor** 66:21 97:16
97:18 98:20
117:16 118:4
**flow** 80:22 81:1,8
81:23 121:14
196:2
**focus** 68:1
**follow** 18:13
**following** 28:23
29:7 45:13 46:20
61:8 172:19
**follows** 4:6
**footnotes** 87:4,5
**foregoing** 207:10
**forever** 41:19 48:14
**forgive** 47:11
**form** 45:18 59:2

61:4
**format** 44:24 45:4
45:6,22 46:19
47:10 48:17
**formed** 42:2,3
61:14 119:19,22
137:5 173:14
**former** 86:23
**formerly** 113:23
**forming** 7:15
**forms** 149:12,25
151:9,23
**formulate** 44:9
**forth** 25:6
**forward** 86:16 89:8
137:25 138:4
159:2 160:8
**found** 18:25 57:22
**foundation** 170:2,6
**four** 42:21 55:14
97:17 151:18,18
**Fourth** 1:18 2:13
2:19
**frame** 5:21 6:9
11:11
**franchises** 146:9
**free** 205:23
**freely** 203:12
**front** 28:9 81:1,8
84:18 119:9
**Frooman** 2:11 6:13
6:15,20 7:10,13
8:18 9:8,22 10:4
10:17,19,22 12:21
14:7,22 15:18,20
17:3,15,19 18:10
18:19,25 20:2
23:15,19 26:20
27:5 29:14 31:12
32:3,8,11,22 33:6
34:7,14 35:1,4,8
35:11 36:22 37:6
37:10,13 41:10
43:13,17,20 44:1
44:4 45:19 47:14
50:9 52:2,23 55:9
58:17 59:13 61:2
61:12 62:13 63:7

64:5,18 65:4,7
66:1,3 67:5 69:6,8
69:12 70:14,24
72:20 73:25 75:25
76:8 77:15,24
78:2,6 85:8,13,20
88:18,24 89:12
90:12,15,20 91:2
91:12 92:13,21
93:1 94:7 95:4
96:4,11,16,20,25
97:3 99:13,16
102:15 103:12
105:13,15 106:6
106:11 107:1,16
108:1,7,17 109:6
109:17 110:2
111:12 112:25
114:14,17 115:6
116:16 117:4,9,23
118:23 119:21
120:11 121:6,22
122:8 125:3
126:21 127:21
129:18,24 130:5
130:22 131:6,10
133:7,12 134:20
134:23 135:24
136:1,5,25 137:15
138:9 139:2,7
140:4,8 142:8,12
143:11 144:21,24
145:13,16,18
149:18 150:20
153:11 155:16
157:5 158:1,13,19
158:21,25 159:10
159:15,20 160:2,6
160:12 162:16,24
163:6,9,18,23
164:7 165:7,15,19
166:10,12 167:8
167:10,16 168:4
169:5,15 170:1,9
170:13,17,22
171:1,8,13,25
174:1,13 175:1,21
175:23 176:2,19

176:25 177:3,18
178:6,15 179:9,11
180:15,21 181:11
181:24 182:25
183:10,16,20
188:18,25 194:22
195:2,23 196:8
197:6 198:6,10,14
198:17 199:25
202:3 205:14
206:1,3,5
**Frooman's** 136:10
**Frost** 1:17 2:12
26:22
**fruition** 168:16,19
**Ft** 2:7
**fulfilled** 140:2
**full** 12:2 20:15,23
21:1,3 144:15
**functions** 128:19
140:2
**funds** 196:24
**funnel** 160:5
**furnished** 123:24

___

### G

**G** 101:14
**Galbraith** 138:12
202:25
**gather** 44:8 58:19
**gathered** 56:17
**gathers** 56:13,16
**Gene** 118:21
**general** 11:17
29:20 38:9 57:3
65:14 69:18 70:8
70:10,16 71:5,7
86:25 87:1 97:18
115:5 127:19
151:16 152:22,23
201:13
**generally** 87:2
153:19
**generated** 74:15
137:8
**gentleman** 178:20
**George** 20:19,21
157:22 161:2

174:11
**getting** 24:6 26:14
29:20 32:1 55:19
117:16 120:25
**Gilbert** 197:13
198:20 199:17,22
**give** 4:22 26:17
30:10 63:5 78:12
122:17 129:19
132:11 193:12
194:11 203:23
**given** 26:7 113:8
123:8 202:2
207:11
**gives** 47:8
**giving** 207:7
**glad** 27:23 93:14
**global** 118:18
**GM** 83:18 97:18
**GMAC** 49:17
**GMC** 36:19 37:21
157:22
**go** 5:10 18:13 24:5
26:17 27:4 30:18
32:6 33:2 36:6
41:11 47:24 51:10
59:19 60:25 63:13
63:14,15 64:18
65:24,25 66:6
68:19 69:4 71:1,2
80:21,23 81:20
82:3 83:7,8,22
85:13 86:3 89:20
90:6,24 97:5
99:11,12 103:14
103:15 105:9,10
109:5,9 110:24,25
111:21 118:20
126:14 132:24
137:1,23 138:6,24
140:21 143:8
146:9 148:2 154:4
160:8,13 163:8
165:5 170:18
171:2 180:17
181:9,13,24
183:21 184:23
185:1,17 187:7

190:14 194:17
198:18 202:21
203:2
go-to 115:4
goes 56:12 62:3
84:24 89:15
129:15 153:1
179:16 191:5
going 22:19,22
23:24 24:7 25:6,6
29:19 30:18 50:3
54:6 56:17 62:22
64:9 69:24 86:16
87:5,13 89:1
106:23,23 111:25
131:15 146:6,15
151:20 154:11,11
158:3 160:5,6,8
165:4,16 173:14
179:22 181:1,22
183:1 202:22
203:21,23
Gold 123:20
good 4:9,10 19:1
73:20,20 78:17
82:21 102:25
103:2 136:14
140:10,10 147:2,8
152:4 161:25
183:18,19
governing 87:3,12
governor 4:17
Grabber 123:18
graduated 4:25 5:9
grand 162:21
grandchildren
192:9,13
Grant 192:16
Great 1:18 2:13
Greg 10:15,16 21:2
21:3 88:22 89:14
89:24 157:17,25
174:10
Greg's 159:13,16
gross 63:23 76:2
80:17 82:6 83:2
111:9
ground 13:16

group 6:17,24 7:8
8:6 13:13 14:21
16:1,14,19 28:13
28:19 31:22 33:14
33:17,18 34:6
35:13,20 36:12,12
50:8,14 51:6,8
74:15 85:7 97:2,9
148:20 149:6,20
186:10
groups 31:21 51:9
55:6
guarantee 45:14
98:22,22
guaranteed 13:18
guess 26:14 33:4,7
33:8 52:19 132:2
169:18
guy 28:3 115:4
146:16 147:6
178:21

_____ H _____

H 75:5 173:2
177:12
H-i-g-h-b-r-o-o-k
75:5
Hamilton 207:3
hand 171:5 207:21
handle 8:16,22
66:16,17,19,21,22
66:24 72:21,25
73:8
handled 8:23 50:7
50:12 57:8 72:15
73:6 128:19 142:4
142:4 203:1
handles 32:13
57:10 66:13
191:16
hands 152:3
handy 28:3
hanging 24:3 25:7
happen 22:22
168:3
happened 22:3
112:24 196:11
happy 138:24

hardware 101:4
151:22
he'll 181:17
head 104:12 138:5
headings 85:22
86:18
health 34:23 35:20
36:1 66:22 67:1
67:11 118:5 157:1
201:11
healthcare 29:13
29:15 35:24
141:19
hear 118:10,13
138:21 182:11
198:9
heard 39:6 138:22
held 10:25 13:1
40:22 95:6 98:21
119:25 193:16
help 58:13,15,19
84:25 86:17
128:15
helped 125:24
helpful 17:20 18:4
169:20
helps 201:10
hereinafter 4:5
hereunto 207:20
Hernick 54:8
high 76:6 88:17,19
106:19 146:2
153:10
Highbrook 75:4,9
75:18 143:17
Highbrook's 75:18
highly 178:21
hint 169:20
hire 110:10
hired 9:2 25:8
122:19,23 200:10
historical 92:19
93:7 197:14 198:4
history 54:23
Hmm 47:1 118:12
162:22 200:6
hold 7:24 10:16
33:6 42:15 68:18

120:6 179:11,11
holding 41:6 159:3
holdings 91:1
holds 39:18 40:13
41:20 120:10
hole 46:25 47:2
home 4:12,14 12:12
176:9
honestly 12:24
41:18 50:3 64:7
191:11 198:24
202:10
hope 37:15
Hotel 41:14 130:8
130:20 131:18
hour 26:12 202:21
hours 73:10 146:9
202:17,20
house 123:14
200:11
How's 170:10
huge 100:7,24
101:1 146:7 151:7
hundred 9:1 75:19
75:19 99:20
109:21 151:9
Hyde 190:9,12
hypotheses 145:24
Hyundai 16:11
31:6 37:19 145:9
145:10 173:3
176:18 177:10
Hyundai-Acura
114:19 115:3,13
139:18 155:2
186:19,22 187:12

_____ I _____

i's 147:25
ID 61:24 135:14
idea 81:16
identical 48:16
identification 14:6
15:15 27:11 30:24
34:20 36:9 43:2
54:5 58:2 60:5
61:21 64:14 84:17
112:2 113:16

115:17 122:12
129:13 132:19
167:18
identify 15:21 18:2
64:24
identifying 85:17
IEN 135:21
II 61:10 62:8
imagine 129:15
impact 186:13,16
Imports 172:21
improve 87:8
inactive 139:24
incentive 148:1
incentives 19:11,14
19:22 147:18
incentivized 19:19
include 148:16
180:3 190:8
205:23,25
included 61:18,25
62:5 135:4 161:24
including 87:21
188:16
income 79:16,19
82:20,25 86:8
87:17 88:6 91:11
91:20 92:1 98:5
121:10,11 144:19
145:12,22,23
146:1 147:3,14,17
164:14,16 166:18
166:21,21
incorporated 65:1
incorrect 47:13
increase 95:22
202:23
increasing 137:22
incurred 101:15
independent 84:20
188:23

[black redaction box]
Indianapolis 4:24
4:25 5:14 12:12
56:1,5 123:13
indicated 72:5
indirectly 88:8

**individual** 33:1
38:15,17 73:8
106:16
**individuals** 38:16
75:1 107:14
108:23 193:8
**industry** 87:11
149:2
**Indy** 12:11
**Infiniti** 31:7 187:17
188:7
**information** 25:11
44:8,16,17,19,25
45:25 46:18 47:9
51:24 52:15 53:3
53:12,17 56:10,13
56:15,17 58:16,19
73:11 77:22 85:23
86:22 89:2 123:24
124:3 125:11,11
126:13 130:24
131:14 138:6
169:10 181:16
182:3 201:8,14
203:8
**informed** 198:19
**informing** 54:9
**initially** 43:21
**inkling** 22:21
**Inn** 190:10
**inputted** 54:1
**inputting** 76:12
**inquire** 174:16
175:3
**inside** 192:22
**instance** 53:2 77:18
86:5 98:17,19
101:13 155:4
157:17 184:5,16
**instances** 98:17
**instruct** 131:15
159:9
**instructed** 192:20
192:22 198:17
199:19
**instructing** 89:10
171:1
**insurance** 29:19,21

29:23 30:1,1 36:1
66:17,17,19,22
86:8,22 87:17,21
87:22 117:17
118:5,5 141:21,22
141:23 144:19
145:20,21 157:1
175:19 191:21
201:11
**insured** 35:19
**intangible** 94:4
**integral** 201:9
**intended** 35:8
**intentional** 59:16
**interact** 201:7
**interacting** 97:10
201:19
**interacts** 201:12
**intercompany**
186:2,12
**interest** 73:15
75:12 106:23
116:18 117:18
161:16 172:18
173:17 174:3,9,14
175:3,25 180:8
181:8 182:16
197:8 207:15
**interesting** 99:18
**internally** 55:22
**interspersed** 17:24
**inventory** 97:16
**invested** 95:21
166:4
**investment** 120:10
139:6
**invests** 95:2
**invoice** 9:12
**invoices** 9:11
**involved** 11:5 20:6
20:7 22:4 120:12
120:25 168:21
169:9,16 172:1
**involvement**
178:11
**involves** 178:9
**issue** 89:7 167:13
167:15

**issues** 89:20 181:12
181:25
**It'd** 177:12 196:22
**ITA** 172:21 178:2
180:18,21 181:20
**item** 146:21
**itemize** 153:21
**items** 24:2,5

---

## J

**J-e-f-f-r-e-y** 56:7
**Jacob** 2:17
**James** 2:11
**Jeffery** 54:9 55:21
56:9 128:6 129:11
**Jersey** 75:11
**jfrooman@fbtla...**
2:15
**Jim** 77:22 170:20
**job** 12:11
**Joe** 202:8
**joined** 102:8
**Jones** 2:6
**Joseph** 1:6,9 6:10
6:17,24 7:8 8:6
9:20 10:15,15,16
12:18 13:13 14:20
16:1,14,19,21
17:12 20:1,19
21:2,18 23:16
26:22 27:19 28:13
28:19 31:5,6,22
33:14,17,18 34:6
34:9 35:13,20
36:11,12,19 37:21
37:21 39:3,8,11
41:24 42:15,18,22
48:21,21 50:8,13
51:1 54:24,24
55:3,5,8 68:3
70:23 73:14 74:15
79:9 85:7 88:5,22
88:23 89:14,15,24
97:2,9 98:22 99:7
100:3,4,17 101:25
102:4,23 103:2
104:5 105:6,14,18
105:22,25 106:3

106:25 107:19,20
108:20 110:9,14
112:5,16 114:13
117:8 119:22
122:2,22 126:8
127:5 128:13
129:3,4,8 138:10
138:24 139:9
143:24 144:8
148:19 149:6,10
149:20 155:13
156:14,21 157:21
162:9 167:24
168:15 169:3,6,23
171:19,22 172:6
172:17,21 173:2,3
173:10,15 174:3,9
174:10,11,11,12
174:14 175:2,6,13
175:20,24 176:3,5
178:1,2,11 179:10
180:7,18,18,21
181:20 190:13,20
190:21,24 191:1,2
191:3,4,6,7,23
192:13,18 193:17
193:24 197:7
200:17,18 201:1
202:17
**Joseph's** 8:17 42:21
51:2 55:15 68:6,7
128:16 151:19
177:7
**Joseph-related** 7:3
9:12 144:12
**Josephs** 75:10
**journal** 124:23
**Jr** 157:20 160:23
**jrhode@kmklaw...**
2:21
**Judge** 88:25 89:5,9
89:22 157:6 158:2
158:7 159:20
165:2 171:10
174:5 175:4
179:16,19 180:1
180:11,25 181:14
181:14,21 182:1,1

182:22 183:2
197:9
**judge's** 182:6
**junior** 5:23

---

## K

**K-l-e-i-s-s-l-e-r**
134:13
**K.B** 5:13,18 7:4
8:16 9:10,16 56:2
123:1,5 128:4
134:3,7,10 162:10
168:18
**Karl** 51:2 114:12
154:25
**Keating** 2:18 26:22
**keep** 30:15 48:14
57:2 89:20 133:22
158:3 165:16
179:17 198:1,12
198:13 199:20,20
**keeping** 56:22
**keeps** 125:18,19
140:17
**Kentucky** 2:7
36:14 105:14
**kept** 45:7 47:4,5
56:20 125:14,16
198:16,20 199:19
**Kevin** 2:4 14:7
17:20 18:20 59:14
85:13 117:25
165:20 166:13
179:12
**killed** 131:22,23
**kind** 34:1 62:15
83:5 86:23 152:23
179:6
**kindly** 105:10
109:9
**kinds** 149:11
**Kleissler** 134:11
**Klekamp** 2:18
**klmurphy@klm...**
2:8
**KMK** 34:15
**knew** 44:18 117:12
183:7

**know** 7:13,14 8:7
12:25 13:15,19
14:1 17:21,25
18:3 22:18,20
24:9,12,14 31:4,4
33:7,9 34:2 37:13
38:22 39:8,11
41:19,20 42:16,20
43:8,23 45:17
49:7,16,17 50:5
53:20 58:3 64:2,7
64:8,10,23 65:19
69:2,7,25 70:21
70:22,25 72:8
77:7,10 84:9,10
85:22 86:17 87:1
88:24 91:6,13
92:5,11,22,23,24
93:15,25 94:9
95:7,20 96:12
103:10 104:17,23
104:24 106:8,14
108:18,25 109:2
113:2,4,10 114:6
114:7,25 115:25
116:4,5 119:15,17
119:19,23,24
120:9,13,22 125:8
126:2,5 130:1
131:9 134:1 135:6
137:19 138:20
140:1,5,15,16,18
141:4 142:3 147:8
147:13 150:8
152:8 158:11
159:7,16 160:4,14
162:20 163:10,11
165:12,24 166:18
168:6,7,9,12,14
168:23 169:2,8,17
170:9,15 171:3,21
172:3,5,8,8,9,12
172:13,15 174:17
175:15 176:21,21
177:3,5,6,24
178:15 180:24,25
181:1,3 183:4
184:16 188:5,6

191:11,17,17,20
192:1,11,12 194:4
194:6,8,20,24
196:15,24 197:3,4
197:10,12,19
198:10,22,24
199:1,5,10,13
202:10,23 203:13
204:12 205:1,23
**knowing** 92:14
**knowledge** 43:12
121:4 124:9
126:20 138:5
157:1 170:3
177:21,25 183:11
183:17,18 192:18
**known** 103:5
113:23 120:18
**knows** 12:8 201:23
**Kreskin** 135:2

**L**

**L** 2:4
**labor** 139:14,16
154:9
**LaGuardia** 4:17
**land** 54:9 103:7
**Landen** 2:6
**landlord** 79:10
**large** 55:6,6,7 58:4
136:24
**larger** 164:6
**late** 193:1
**law** 26:21 54:8
**lawful** 4:4
**lawsuit** 24:23 203:6
**lawyers** 74:10
**layer** 132:11
**layout** 46:22
**layperson** 124:16
124:18
**lead** 134:9
**Leaf** 174:22
**learn** 83:4
**learned** 88:2
159:25,25
**lease** 63:12,14
78:14,16 104:9

**leasehold** 75:12
**leases** 10:12 55:5
78:14 79:11 104:5
104:19 139:6
173:10
**Leasing** 55:3,5,8
169:3 173:10
**leave** 77:15 89:12
97:5
**leaving** 44:7
**ledger** 62:3 69:18
71:5,7
**ledgers** 57:3 74:2,5
76:24 77:12
**left** 22:23 25:7
62:16 132:21
133:5 134:10,11
154:19
**left-hand** 185:2
**legal** 33:21,24
35:21 74:15 84:11
194:20 205:23,24
**lend** 105:24
**lenders** 66:21
127:16
**lending** 108:23
**let's** 12:22 14:3
34:18 36:6 42:8
59:19 83:22 90:11
140:21 144:18
159:3 160:13
**letter** 54:7,11
123:23 193:20
**level** 50:11,11,13
70:6
**liability** 29:20
131:18 132:3
164:13,14
**licensing** 204:14
**life** 87:22
**limit** 89:17 144:23
145:2,2
**limited** 165:3
182:22
**limits** 174:15
179:25 180:10
181:20
**Linda** 186:17,18

189:15,18
**line** 18:23,24 63:23
81:5 99:22 106:19
126:17 139:14
170:21,25
**lines** 23:2 124:20
201:21,24
**list** 24:11,12,13
48:25 134:19
135:7
**listed** 16:22 31:17
36:18 44:2,3
45:10,12 53:4
61:19,22 66:6
67:10 71:4 79:21
82:16 83:11,12
88:1 92:17 94:6
96:19,22,23,24
119:14 135:3
136:18 161:17
**listen** 77:16
**listing** 91:10,14
**lists** 16:7 45:3,5
134:14
**little** 25:3 29:23
30:16,16 46:3
48:16 53:1 106:17
106:19
**LLC** 41:7 101:25
102:5 105:19
115:19 120:22
121:8,13 123:18
130:9,16 131:21
131:25 132:6,11
167:3 173:10,23
173:25 174:2,22
175:8,11,19 177:8
196:22
**LLCs** 156:11
161:15 163:14,17
164:9,15
**loan** 98:10,13
107:25 108:6,16
196:12
**loans** 97:24 98:2
106:22 107:3,5,8
107:14 202:1
**local** 7:19

**located** 37:17 38:2
71:22 75:11 95:14
175:20 176:18
197:15
**location** 37:2,16,20
37:22 188:11,20
197:15 199:14
**locations** 36:12
37:8 187:9
**long** 5:18 76:15
84:5 144:24 194:6
203:17
**longer** 21:9,13,14
145:18
**look** 11:1 22:13
25:20 31:5,18
39:4 62:24 63:23
77:8,8 78:7,8,12
80:23 81:4 85:11
99:3 107:11,17
137:23 138:6
139:10 145:6,23
148:8 151:3
152:11 153:13
154:7 156:16
158:21 159:24
166:3,19,24
167:14 174:7
203:22
**looked** 96:20 152:1
159:25 199:25
200:1
**looking** 28:18 52:3
52:5 64:9 69:1,3
69:10 80:20 87:8
91:23 111:17
125:8 126:13
141:4 142:25
145:3 175:12
191:19
**looks** 139:23
**loss** 144:19 145:24
145:25
**lot** 4:19 6:3 20:11
20:11 31:21 50:18
50:20,20 51:5
59:4,10 60:11
64:19 67:20 96:18

112:12 138:23,23
141:21,22 142:4
150:2,3,4 151:13
166:2
lots 39:19 64:1
139:8 184:5
204:16,20
Lou 7:23 194:10,12
194:14 202:25
loud 129:23
lower 63:20 94:25
103:20 109:10
119:13 126:10
Luke 138:12
lunch 118:23

——————
**M**
——————

M 103:17
m-o-n 4:14
mailed 27:3
main 110:12
mainframe 149:8
making 106:21
146:7 158:12
190:4
Mall 123:20
MALLORY 165:1
man 76:20 133:10
management 19:24
24:7 27:19 28:19
38:7,8 66:5,5,8
67:9,15 68:2
72:14 88:15,17,19
101:15,21 139:19
140:22 141:13
142:7,10 143:21
152:19 153:1
158:18 195:5
manager 38:10,10
38:10,11 70:17
71:17 152:22,23
186:18 187:10
managers 11:17,17
38:19 56:25 70:8
70:10,16 114:21
115:5 150:22,23
151:12,14,17
201:13,13

manages 67:1
managing 67:19
maneuver 58:6
manner 117:5,7,10
manufacturers
8:10 83:19
map 36:16
MAR 34:22 35:5,6
March 104:14
Marie 1:6 193:10
193:16 195:13
Marie's 193:21
Marietta 11:21
12:7 44:17 52:8
110:9,15 143:24
mark 14:3 64:24
134:11
marked 3:5 14:5,19
15:14 27:10,13
30:23 34:19 36:8
43:1 54:4,7 58:1
60:4 64:13,15
84:16,19 112:1
113:15 115:16
119:10 122:11,13
129:12 132:18
167:17
markedly 69:5
market 63:10 91:18
95:22 96:3,7
126:23
marketable 94:11
94:16,18 95:25
marketing 167:25
marking 65:2
Marsh 42:21
172:14
▉▉▉▉▉
mean 10:5 18:11
65:8 76:2 102:14
105:4 108:15
124:17,22 136:2,2
138:4 159:7
163:11 171:4
meaning 147:22
means 131:13
162:25
meet 27:4 95:17

meeting 112:5,19
112:20,23 113:1,2
113:21 114:3,5,6
Melinda 11:22,23
11:24 27:24 45:8
53:6 200:19 201:7
201:9
Melinda's 47:5,15
48:8 52:17 141:7
member 120:22
121:7,13,14
167:20 175:11
177:8
members 112:15
113:19 142:2
189:6,15
memory 55:11
mention 26:6
mentioned 72:13
98:18 100:12
127:19 161:4
mere 132:1
Michael 12:2,6
24:4 71:11 110:8
110:14 143:2,24
144:4 191:13,16
197:22
Michigan 115:18
119:11,19 120:17
mid 42:3
middle 28:16 130:4
midst 129:7
Mike 11:21 141:11
191:13 202:20
million 63:4 80:24
81:4 95:20 151:22
152:18 153:16
156:4 165:21
185:23 193:23
196:6
million-plus 151:7
mind 50:2 98:18
146:5 159:8,12
176:23 182:2
mine 129:21,25
minimal 162:20,25
163:4 164:4
minute 46:5 88:25

89:5,16 157:6
158:2,8 159:23
174:6 175:4 178:8
178:13 179:17
181:15 182:23
183:2 197:9
minutes 112:4
203:24
miscellaneous
147:14
missed 144:22
missing 59:17 61:9
61:11 135:23
136:13
mistake 111:19
133:10
Mitchell 2:7
mixing 163:18,19
mod 66:19
models 184:10
modified 65:21
Monday 146:9
money 89:25 95:21
96:10 97:10,13,14
102:5 105:24
107:19 108:23
109:15 124:17
125:5,8 147:9,17
147:25 148:1
156:22 158:16
160:1,3,4,4
164:18 166:8
167:2 195:11
196:13,14
monies 113:8
156:25 161:6
196:2
monitors 149:13
Montgomery 37:17
104:20 129:4
156:13 157:21
187:19 188:8,11
188:20 190:10,10
197:5
month 8:13 24:20
25:1 75:19,23
77:10 78:16,17
79:3 104:10

143:15 155:25
188:7
month-to-month
104:10,21
monthly 8:13 83:17
83:21 104:14
141:14 150:13
204:23
months 84:7,8
120:15,15 152:14
203:18
▉▉▉▉▉
morning 4:9,10
mortgage 120:6
motive 81:25
motor 49:25 80:6
97:20 199:8
Motors 16:7 41:16
49:7,9,13 62:19
62:25 81:11 97:18
104:6 139:23
140:2 156:15
187:20
Motorworks 41:24
42:15,18 168:15
169:7,23 171:19
171:22 172:6,17
178:1 180:18
move 12:11 89:8
159:2 160:9,13
199:17
moved 199:14,16
199:22 200:5
moving 132:10
Muething 2:18
multipage 48:19
51:25
multiple 32:19
53:10,14 67:4,18
69:22 201:20
Murphy 2:4,6 3:4
4:8 7:11 10:20
14:11,14,16 15:10
15:23 18:5,22
19:1 24:16 26:9
26:16 30:10,14,25
31:14 34:18 35:3
35:7 36:6 37:9,15

43:16,19,25 44:2
51:12 54:3 57:25
58:3 59:18 61:3
64:12 65:13 66:2
83:22 85:19 89:10
90:3,23 96:14,19
96:22 97:2,6,8
99:9,15 109:3,7
110:4 111:10,18
111:23 113:13
114:11 115:14
118:20 122:9,20
129:21,25 132:17
133:8 134:22
135:1 136:4,7
137:16 139:4
140:6,10,13,16
144:22 145:1
158:9,15,20,22
159:6,18,24 160:3
160:11 163:15,22
163:25 165:5
169:19 170:6,12
170:15,20,24
171:3,10,15
172:25 174:10
175:5 176:24
177:2 178:19
180:13,16,24
181:22 182:24
184:21 185:14
195:25 198:9,12
198:15 202:6
203:21 204:10
206:10
**murteror** 178:1

**N**

**N** 3:2
**N-a-u** 200:19
**name** 4:11 11:25
12:3 14:25 16:18
18:7 24:14 34:12
34:13 46:1 50:23
56:23 57:18 62:9
71:12 95:11 96:1
99:2 120:16
123:17 125:20

134:12 135:7
144:5 175:9 184:4
196:23 200:15,20
**named** 15:7
**names** 11:21 15:12
**nature** 106:18
149:2 189:7
**Nau** 11:23,24
200:21,22
**nearly** 153:8
**neat** 30:16
**necessarily** 134:24
**necessary** 132:15
181:13
**Ned** 1:13 2:10,16
3:3 4:3,13 16:23
140:16 146:5
170:17 206:18
207:8,11
**need** 27:24 34:12
37:9,11 44:18
69:15,18 76:24
77:8,12 89:8
163:20 170:12,15
178:16 179:24
**negative** 186:13,16
**negotiations** 24:1
66:14,18 138:22
138:25 139:5
**Neighbor** 204:8
**neither** 207:14
**never** 98:16 112:24
116:17 167:12
173:14 176:23
193:19 194:10
197:16,18,19,20
197:22,23
**new** 70:18 75:11,11
82:14 93:13
118:20 152:15
**newer** 150:6
**news** 33:9
**newspaper** 33:5,9
**nice** 30:16 169:20
**nicely** 179:4
**Nodding** 104:12
**non-compete**
203:14,17

**nontax** 127:4,7
**normally** 62:23

**Northern** 36:13
**Northland** 93:10
104:5 156:15
187:20 188:8
**notary** 1:20 207:5
207:24
**note** 101:14,25
103:17 105:17,18
108:14
**notebook** 46:6,8,12
**noted** 18:5
**notes** 85:25 86:3
103:25 105:20
203:22
**notice** 1:14 86:3
132:20
**noticed** 85:10 86:16
**notified** 108:11
**number** 10:25 16:6
18:11,13 28:17
30:21 44:3 47:21
61:21,24 82:4,6
84:19 87:15 90:20
99:13 122:22
126:22 129:14
133:13 135:14,21
149:21 153:4,9
165:14 167:19
185:3,18
**numbers** 17:23
44:23 45:13,14
64:21,25 80:17
81:7,19,22 129:19
135:3 139:10
148:9 150:18
**numerous** 25:10

**O**

**oath** 119:7
**object** 37:12 89:19
145:16 178:8
**objected** 96:25
**objection** 6:13 7:10
7:15 8:18 9:8,22
10:4,17,19 12:21

14:22 15:18 17:3
17:15 20:2 23:19
26:20 29:14 31:12
32:3,8,11,22 34:7
36:22 37:6 41:10
43:24 45:19 50:9
52:2,23 58:17
61:12 62:13 63:7
64:5 67:5 69:6,8
69:12 70:14,24
72:20 73:25 75:25
76:8 85:8 88:18
88:24 91:2,12
92:13,21 93:1
94:7 95:4 96:4,11
97:7 102:15
103:12 105:13,15
106:6,11 107:1,16
108:1,7,17 109:17
110:2 112:25
114:17 115:6
116:16 117:4,9,23
119:21 120:11
121:6,22 122:8,20
125:3 126:21
127:6,21 130:22
130:22 131:6
134:20 135:24
136:10,25 137:15
138:9 139:2,7
140:4,7,9 142:8
142:12 143:11
144:21 149:18
150:20 153:11
155:16 157:5
158:1 159:15
160:10 162:16,24
163:6 164:7 165:1
165:7,15 166:10
167:8,10 168:4
169:5,15 170:1
171:25 174:1
175:21 176:2,20
176:23 177:18
178:6 179:12
182:21 183:10,16
188:18,25 194:22
195:2,23 196:8

197:6 198:6,14
202:3 205:14
206:3
**objections** 37:10,11
**obligation** 185:22
**obligations** 76:21
**obtain** 98:13 108:9
**obtained** 52:15
92:6
**occasion** 54:25
**occasionally**
110:11 201:22
**occurred** 102:7
114:4
**Ocean** 190:8,12,18
191:5
**October** 1:15 205:6
207:24
**office** 11:13,14,15
11:17,19 38:2
39:11 47:4,5,15
48:9 52:8,17,22
56:25 71:17,18,20
71:21 115:11,12
123:15 141:7
150:22 151:12,14
186:18 187:9,11
199:17,18,22
201:12 207:21
**officer** 12:17 42:7,9
42:12 116:19,23
155:1 168:1
**officers** 39:9
113:20 154:15,24
154:25 155:12
172:6,11
**offices** 12:20 13:1
26:21 36:21,21
37:25 92:12
154:20
**official** 207:21
**Oh** 30:25 74:1
99:22 102:25
129:24 161:25
**Ohio** 1:3,19,20 2:14
2:20 15:25 18:7
147:20 176:18
177:11 207:2,6,22

207:24
oil 160:5
okay 6:16,23 7:16
  8:16 10:24 11:3
  12:2,5,25 13:20
  13:24 14:2 15:5
  17:17 18:17,25
  23:4,13 25:13
  26:16,17 27:16
  28:2 30:17,20,25
  31:19 32:5 33:9
  35:11 37:13 38:6
  43:17,25 44:4
  46:24 48:18 49:5
  51:22 58:6,21,25
  59:12 62:7 65:3
  67:25 73:14,17,22
  77:6 78:1,3,21
  79:14 80:9 81:7
  82:18 84:18 86:9
  90:2 94:24 95:24
  96:8 97:8,14 99:5
  101:6 102:13,18
  104:3 105:7 109:8
  111:5 112:10
  118:20 119:9,24
  127:1 130:2,6
  131:3 133:9,16
  139:13 140:8,20
  142:19 143:19
  144:15 146:24
  152:2 154:13,14
  155:20 157:17
  161:10 168:20
  171:21 172:2,10
  172:24 173:13
  174:22 183:18
  184:8 185:8,15,20
  186:17 187:1
  189:19 190:3,15
  190:21 194:11
  197:13 198:22,25
Okey-doke 61:16
old 25:9
older 150:7
Olds 68:20 132:1
  132:14 133:3
  135:12,18 136:15

136:17 148:11
158:17 166:17
186:23
Oldsmobile 29:2
  39:21,24 40:2,11
  40:13,19 41:1,23
  42:25 45:10 54:10
  58:10 61:10 62:4
  62:6,7 63:2,15
  64:17 65:16 66:6
  67:4,12 68:13
  71:9 72:22 74:14
  74:20 75:16 76:12
  78:24 79:1,11,18
  80:15 81:17 82:7
  82:8,17 88:6
  89:25 90:7 92:3,8
  92:17 93:5 94:5
  94:10,17,21 95:3
  95:25 98:9 103:6
  103:8 107:23
  108:22 109:11,18
  109:25 111:7
  113:24 121:18,20
  122:3,5 129:10
  130:9,15 131:19
  132:4,8,10 133:1
  133:14 134:15
  144:3,12,16 147:9
  148:5 154:16
  162:2,15 163:5
  164:5,20 167:21
  169:14,25 170:14
  171:12,24 173:8
  173:17 177:17
  178:5 182:10,14
  182:19 183:7,12
  183:14 185:6,13
  185:21 186:4
  191:1 193:17
  195:18,19 196:3
  197:14 198:4
  199:2 202:1
Oldsmobile-Acura
  40:14
Oldsmobile-Hyu...
  40:15
once 13:19 87:14

134:5 140:3 153:5
169:19 173:15
178:25
ones 8:22 12:20,23
  12:24 47:12 52:6
  65:7 70:10 72:8
  100:11 137:17
  156:12 161:7,14
  180:22 187:16
  188:16 192:15
  193:9
open 66:19 183:13
opening 181:3
operate 17:1
operates 39:12
  175:16 201:16
operating 115:18
  119:10
operation 61:24
  100:8
operations 25:11
  114:18 117:14
  135:17
opinion 29:9 88:20
opportunities
  180:6
opposed 45:20
  126:11
opposite 62:22
order 53:1 57:7
  77:9 90:22 98:13
  164:9 181:18,21
  182:6
orders 150:3
org 161:17 172:25
  174:8 190:22
organization 10:1,2
  22:5 34:17 186:11
organizational
  43:4 44:9 47:18
  49:8 51:25 85:22
  158:24 177:22
original 199:1
originally 44:20
  65:21 202:14
ought 130:24 157:8
outside 51:6,8 71:3
  73:17,23 89:4,15

89:21 97:11
150:19 165:2
174:5,15 176:20
176:22 178:7
179:16,22 180:5
183:1 192:21
197:8 200:9
outstanding 101:24
  105:17
oversaw 10:8 20:21
  76:21
oversee 38:16
  66:19 67:10
oversees 38:15,18
  71:23,24 72:5
  114:18 187:10,17
  187:24
owe 102:5 107:19
  166:18
owed 166:22
owes 185:22 193:24
owned 42:20 51:1
  55:14 68:3 92:2,7
  93:4,8 94:4
  121:18 122:2,5
  128:12 131:25
  132:14 158:22,23
  158:23 175:13
  176:13 180:4,23
  188:21 204:8,16
owners 116:24
  151:18,18
ownership 29:10
  29:11 45:10 48:15
  53:17 101:12
  102:19 124:15
  131:20 132:13
  161:16 180:7
  182:14,16
ownerships 47:23
  47:25
owns 42:18,21,22
  42:23 50:25 55:8
  68:5 75:9 88:10
  93:6 98:25 155:14
  175:5,15,17 176:7
  176:21 177:3,5
  191:7 196:21

| P |
|---|

P&L 80:13 135:4
p.m 119:3,5 184:2
  204:6 206:23
pad 4:17
page 3:3 14:23
  15:24 16:3,7
  27:14 28:17 31:6
  34:22 35:5 36:20
  38:24 43:12,14,18
  48:20,24,25 63:18
  63:19,21 65:25
  68:14,18,19 71:2
  73:17,19,21 80:18
  80:20,21 81:1,2
  81:20,25 85:23
  86:3,9 87:15 90:9
  91:22 94:24 95:19
  99:17 109:11
  111:11,14 112:4
  119:13 122:14,15
  123:19 126:15
  130:3,3 133:4,13
  136:19,20 137:1
  139:13 142:21
  148:3 152:17
  154:7 166:25
  185:3
pages 16:11 17:21
  17:25 35:9 48:20
  49:6 52:11,16
  53:13,14,20 59:17
  129:16
paid 9:16,17,18
  10:5 19:17 24:18
  26:10,15 35:24
  66:8 68:2 72:2,4
  75:2,3,18 77:9
  79:11 89:18 96:17
  105:20 108:14,15
  109:23 115:2
  141:13,14,15,16
  141:17,25,25
  142:3,5,9 143:10
  144:1,2,6,16
  145:5 146:1
  154:16,18,21

155:1,1,14,18,23
155:24 162:14,19
164:4 166:11
187:8,9,23 191:6
195:12 196:15
197:4,11 200:18
200:23 205:2
**pal** 170:21
**paper** 31:18
**paperwork** 26:7
42:5
**paragraph** 101:14
104:18
**paragraphs** 86:18
**parameters** 89:5,21
157:7 165:3 174:5
178:8,12,18
179:18,23 180:1
180:22 197:8
**parent** 140:25
148:11
**parents'** 176:9
**Park** 190:9
**parking** 39:19 64:1
138:23,23 139:8
204:16
**Parrish** 5:13,18 7:4
8:16 9:10,16 56:2
123:1,5 128:4
134:3,7,10 162:10
168:18
**part** 10:7 13:13
14:20 20:23 24:21
26:13 41:1 42:4
52:4 64:8 65:12
67:8,15,15 100:14
102:6 131:22
133:2 136:17
146:19,19 154:2
201:10 203:4
**participate** 28:4
**participated** 34:23
**participating** 28:23
28:24 29:8
**particular** 30:2
31:19 51:24 63:17
65:25 97:15 99:17
116:20 117:19

148:22
**particulars** 172:3
**parties** 101:11
106:5,24 207:15
**partner** 5:24 54:9
**Partners** 176:17
**parts** 38:10 57:6
82:14 86:6 106:13
150:4
**party** 99:20 101:10
101:10 102:1,13
102:18,21,23
103:17 105:12,19
105:25 107:3,7
**passes** 164:16
**patience** 112:11
**pay** 36:2,5 44:3
67:18 70:20 74:14
77:19 79:4,5,7,10
84:11 96:15 100:4
107:4,5 108:4
110:11 127:24
147:1,6 149:8,10
155:20 157:18
162:6 164:9,10,11
164:17 166:3
176:1 187:4 189:3
189:7,25 192:7
194:20 204:13,17
204:18,20,22
205:24 206:1
**payable** 85:25
186:6
**payables** 57:6
187:22
**paycheck** 143:25
**Paycor** 57:20 73:4
73:14,15 110:21
110:22,23
**paying** 74:20 77:21
151:3 153:23
186:9
**payment** 106:23
193:25
**payments** 63:13,14
76:21
**payroll** 57:8,11,13
57:16,17,21 66:12

66:13 72:14,21,23
72:24,25 73:3,5,8
73:9,10,12 100:11
100:13,15 109:12
109:16,21,25
110:6,19 111:6,8
111:17,20 143:21
153:4,8,13,17,23
**pays** 66:12 67:13
72:1,10 75:16
79:1,2 115:1
149:9 157:25
166:5 167:1
189:16 191:9,14
191:18,21,24
**PCs** 149:13
**pension** 29:3
**people** 4:19 11:14
11:18 20:12,13
105:25 109:21,22
109:23,24 110:5
110:10,12 145:5,8
152:5,22 154:11
187:22,23 201:14
**perceive** 116:12
**percent** 6:8 9:1
36:2,5 42:22,22
44:5 45:15 48:2,5
48:6 56:16,16
145:4 146:4 153:8
204:22
**percentage** 47:23
47:24
**percentages** 47:22
53:3
**percentagewise**
42:19 48:2
**perform** 134:6
**performed** 19:3
144:11
**period** 22:6 137:8
205:4,5
**periodic** 150:17
152:8
**permission** 78:8
183:13
**permitted** 174:16
182:18

**person** 32:1 95:12
95:15,17 128:8
138:13
**personal** 21:23
23:18 98:22
128:16 177:7
189:4,8,9,11,12
189:16 190:2,5,6
190:17,17
**personally** 27:5
124:2,5 196:20
**personnel** 11:16
**phone** 2:8,14,20
20:13 27:8 66:21
**photocopy's** 129:20
**physically** 26:19
**pick** 87:5
**picks** 78:24
**piece** 120:1
**pile** 30:15,16
**place** 1:17 4:15
38:9 113:3 114:6
147:10 153:15
193:3 207:11
**places** 83:8 153:20
**plaintiff** 1:7,14 2:3
182:4
**plan** 27:15 28:4,9
28:10 29:3,15,17
34:23 35:16,20,25
36:2 66:21,22
67:1,11,11,17
97:16,18 98:21
117:16 118:4
193:25 201:11,15
**Plan[s** 28:20
**planning** 129:8
**platinum** 93:24
**play** 67:18
**played** 5:22
**Plaza** 63:6,14 64:1
**please** 4:12 12:20
19:12 39:25 43:10
58:7 64:12 71:2
99:12,14 103:16
105:11 126:14
132:24 173:24
**pledged** 98:9,15

**PLL** 2:18
**PLLC** 2:6
**plus** 79:2 95:20
109:21 150:13
151:9 154:11
**PNC** 97:19 98:21
98:21
**point** 24:13 26:2
48:7 89:6 122:24
135:9 152:6,6
**points** 136:1
**policies** 85:24
87:22
**policy** 30:2
**politely** 179:4
**Pond** 10:6 13:9
19:15,17 21:5,7
27:17,17 28:7,8
29:4 48:21 51:18
66:8,10,12,13
67:1,9,18,18 68:2
68:5 71:24 72:15
72:21,23,24
101:19,21 102:22
127:24 128:2
134:6 141:17
142:2 143:25
144:2 153:2
155:23 158:16,20
160:5 168:16
200:23
**Porsche** 184:6,9
187:20
**portion** 36:15
74:23 78:18 149:9
149:9
**position** 7:24 9:23
10:16 44:8 71:16
113:5 114:8
193:15
**positions** 10:25
42:12
**positive** 145:4
176:16
**possession** 71:8
**possible** 60:7
**possibly** 125:7
170:4,18

preclude 89:1
premiums 36:2
preparation 85:3
  128:20 136:3
  187:24
prepare 8:12 58:13
  58:15 60:8 84:25
  128:15
prepared 7:17
  22:22 43:8 53:20
  59:1 99:4 123:24
  136:11 139:21
  161:18
preparer 135:10
preparer's 133:19
preparing 7:21
  76:12 138:2
  177:22
presented 23:11,13
  172:17 173:16
president 11:4
  167:25
presidents 38:12,13
pressure 180:17
presume 25:7
pretty 6:6 52:24
  106:12,17,25
  115:4 146:2
  149:16 162:20
  193:7 194:13
preventing 177:16
prevents 203:5
previous 86:5 88:1
  98:6
previously 69:21
primarily 6:1,7
  11:17 13:2 34:14
  70:18 93:13
  147:25 201:6,11
  201:21
primary 7:20 51:7
  51:7 202:19
principles 87:2
prior 13:16 26:18
  44:7 124:7
privilege 206:8
privileged 130:25
privy 169:9

probably 11:4
  13:15 22:15 34:4
  45:21 46:21 76:14
  86:25 87:1 109:20
  135:8 146:23
  152:3 172:8 193:1
  200:8 202:14,21
  202:23 203:2
problem 10:20 65:8
  90:13 158:9
problems 132:16
process 33:2 73:9
  73:12,12 87:23
  128:25 151:4
  152:2
processing 57:13
  57:18 73:7 110:23
produced 43:5 57:4
  181:19
producers 70:12
produces 187:10,17
  187:21
products 82:12,23
  87:21
professional 68:8
  68:10 74:7,12
  134:9 143:4
profits 164:9
promise 24:22
pronounce 200:19
properties 91:10,21
  92:2,10 121:17,24
  122:1,6 139:6
  175:8 205:6
property 66:16
  91:1,6,8,24 92:7
  93:12 120:1,3,10
  124:19 130:16
  131:4,21 132:5,11
  141:23 175:17,18
  176:8,12 191:8
  196:6
protection 87:22
  132:12
provide 12:13 51:3
  56:9,15 101:3
  124:2 201:8
provided 124:5

125:10 140:3
  202:17
public 1:20 78:16
  178:20 207:5,24
publicly 94:18,23
pull 62:24
pulls 62:22
punched 46:25
  47:2
purchased 121:18
  196:17,19
purchases 49:15
  51:4
purpose 18:1 129:6
purposes 29:19
  62:12 132:3
purse 117:21
pursuant 1:14
  157:5 158:7
  207:13
pursue 179:19
push 157:8 159:3
  181:24
put 25:18 44:15,17
  52:7,7,10,25
  53:13,13 64:1
  70:12 84:12,18
  87:6 120:13
  124:25 171:5
putting 42:4

Q

Queen 190:9
question 7:2 10:21
  10:23 13:17,19
  31:15,16 36:23
  37:7 58:18 60:6
  65:14 74:19 77:17
  77:25 89:17 95:5
  104:15 114:14
  115:7 117:24
  131:11 135:8
  137:17 144:25
  148:8 149:19
  154:8 159:7
  160:14 164:1,1
  165:20 166:7,14
  169:21,22 170:2,5

170:18,22 171:10
  172:20 178:7
  179:1,3,5,15,24
  179:24 180:12
  187:7 202:25
question's 182:22
questioned 152:7
questions 18:14
  19:14 23:23 25:9
  25:9 77:17 89:4
  89:13 114:21
  117:16 136:4,8
  169:10 178:25
  179:18 201:22
quit 21:14 138:15
quite 6:18 23:22,22
  34:17 125:7 137:9
  147:25 201:13
  202:25

R

r 1:13 3:3 4:3 6:17
  207:1,8,11
R3G2 176:12,14
radius 203:20
raise 160:12 173:20
Random 19:20
rate 106:22
RDR 1:20 207:4,24
Read 146:5
reader 87:9
reading 65:11
reads 62:16
ready 26:1 55:17
real 6:4 8:24 10:10
  39:18 40:19,22
  41:6 42:16 91:1,6
  92:6,10 119:25
  142:19 174:25
  175:9,15 176:5,7
  176:17 180:6
  182:16 190:4
  196:22
really 74:24 116:17
  117:14 145:20
  146:25 158:1
  165:11,12 167:12
  170:21 193:13

194:18 201:23
Realty 10:6 13:10
  19:15 21:6,7
  27:17 28:7,8 29:4
  48:21 51:18 66:9
  66:10,12,13 68:2
  71:24 101:20,21
  115:19 119:11,20
  120:17 127:24
  128:2 141:17
  155:23 158:20
  175:13 200:23
reason 23:18 47:22
  55:16 64:9 87:25
  117:6 121:16
  122:1,4 131:4,7
  152:7 167:7
  169:13,22,24
  171:22 178:4
  182:8,17 193:12
reasons 172:9
  179:7
rec 45:15
recall 7:6 12:1,24
  23:1,3 27:3,6
  44:12 75:20 77:2
  95:13 108:10,13
  125:22 205:17
receipts 80:17 82:6
  83:2
receivable 62:25
  101:25 105:18
  186:6
receivables 57:6
  85:25 187:23
receive 13:8 19:21
  89:24 132:5
  139:11 155:3,8
  156:7,9,10,22
  157:11 195:14,17
  196:14
received 5:16
  124:11 161:10
  164:3 195:4,11
receives 87:20
  144:20 156:1
  194:25
receptionist 12:9

**recess** 51:13 84:1
119:2 183:24
204:3
**Recognition** 86:6,7
86:21 87:16
**recognize** 15:17
129:16 165:13
**recognized** 47:17
**recollection** 45:15
45:16 140:11
162:12,18 193:5
**recommend** 87:4
**reconsider** 181:17
**record** 4:2 15:22
18:1 48:14 51:11
51:16 55:9 59:13
59:19,21,22,24
83:23,25 84:4
85:14,17 90:4
99:10 109:4
111:24 119:1,4
123:18 129:19
183:23 184:2,22
204:2,6 206:14
**record's** 163:23
**recorded** 153:15
**records** 11:2 56:19
56:23 125:9,13,15
197:14 198:1,2,4
198:16,19 199:8
**Reds** 191:15
**reduced** 103:10
104:14,16
**reduction** 104:22
**Reef** 190:8,12,18
191:5
**Reesy** 12:2
**REF** 3:5
**referenced** 139:16
**referencing** 55:10
55:12
**referring** 63:17,19
**reflect** 63:9,9,10
189:8
**reflected** 63:6,8
91:7,21,22 107:9
**reflecting** 94:25
**refused** 54:25

**registered** 13:12
14:19 119:14
120:17
**regularly** 31:11,23
**Regulations** 199:1
199:4
**REI** 41:5 42:23
61:10,14 130:9,16
131:25 132:6
**related** 8:17 9:2
23:23 28:23 29:7
29:9,16,22 70:18
74:25 99:20 101:9
101:10,11,17,18
101:19 102:1,13
102:18,21,23
103:17 105:11,19
105:24 106:5,24
107:3,7,12 118:3
190:18
**relates** 62:2
**relation** 148:10
200:24
**relationships** 20:9
**relative** 207:14
**relevant** 159:17,19
181:9
**rely** 150:22 151:12
**remained** 123:4
**remarkable** 68:24
**remember** 8:25
11:20 22:14 23:5
26:24 44:22 49:10
49:21,22,23 50:4
52:6 72:15,19
94:1,2 95:23
108:8 120:8
153:12 165:18,21
186:5 200:9,14
202:13 205:8,12
205:16
**removed** 42:12
167:25,25
**Renee** 194:25
195:14
**Renewal** 16:18
18:8
**rent** 64:2 72:10

74:21,22 75:15,18
75:20,22 76:2,3
76:22 77:13 78:25
79:2,5,7,10,10
103:10 104:15,22
104:25 143:7,10
176:1 204:18,21
204:23
**rental** 100:4 104:10
104:14 120:3
205:4,5
**Rentals** 91:24
**renting** 76:15
**rents** 63:23,25 75:2
75:3 78:5 79:2
82:17,20 103:7
111:9,15 139:12
177:6 204:16,22
**repair** 57:7 150:3
**repay** 193:25
**repayment** 194:7
**Repeat** 128:21
**rephrase** 13:23
58:18 136:9
154:23
**replaced** 138:13
**report** 10:14 84:21
**reported** 11:12,15
11:19 124:4 177:6
**REPORTER** 30:12
118:9,13
**reporting** 91:16
201:2 207:17
**reports** 83:14 177:8
201:5
**representing** 6:21
34:9 206:2
**request** 24:16
**requested** 44:14
**requests** 200:1
**require** 8:10,10
**required** 8:9 83:16
98:6,21 121:8,9
121:12,12 127:15
**requirements**
83:20
**resay** 67:7
**reserve** 194:15

**reserved** 194:15
**Residential** 120:3
**respectfully** 101:17
**respects** 58:23
207:12
**responsibilities**
34:16 117:13,21
118:16,17
**responsible** 57:1,16
117:16
**rest** 74:24 151:11
172:11 196:7
**result** 95:22 207:16
**results** 61:18,24
**retain** 138:7
**retained** 136:20,23
137:12,20,21
165:13
**retirement** 28:19
29:17 67:11
**return** 15:8 32:9
33:16,23,25 35:22
39:5,14,22 41:3
41:21,22 49:11
50:5 56:11 58:10
58:25 59:3,6,7
60:7,8,17 61:15
61:18,25 62:3
65:25 68:18 71:2
74:19 77:11 79:15
80:16,21,22 81:9
81:23 83:1 110:25
120:23,25 121:5,8
121:13 123:20
124:24 132:5,25
133:3,21,24
134:22 135:5
139:22 146:20
153:19,25 166:25
177:7,8,9 191:3
194:17
**Return/Report**
27:14
**returns** 7:18,19,21
9:3 39:4 54:21
60:12,13 63:11
76:13 96:23
102:10 122:25

123:6 127:10
128:5,5,8,12,20
129:9 133:2
137:24 138:2
162:12 164:21
**revenue** 62:1 86:5
86:7,21 87:16
91:23 164:22
**review** 43:10 84:20
91:17
**reviewed** 7:18 8:14
**reword** 67:7
**Reynolds** 24:1,1,3
24:3 57:15,15
66:14,14 73:4,5
73:15,15 100:1,1
100:9,10,17,18,22
100:22,24 110:20
110:21 149:11,11
149:14 150:11,11
150:13,19,25
151:1,8
**Rhode** 2:17 154:19
157:19
**Richard** 157:21
160:25 174:11
192:17
**Richard's** 192:17
**riddle** 146:18
**ridiculous** 170:23
171:14
**right** 5:9 11:6 12:7
12:10,22,25 14:3
14:18 15:16 16:6
16:10,13 18:15
19:7,10,24 22:2
22:11 25:4,15
26:3,9 27:4,12,18
27:22 28:1,4,6,7
29:2 30:9,16 31:1
31:25 32:2,18
33:14 34:25 35:15
37:3 38:4 39:16
41:20 42:11 43:20
44:23,25 46:21
47:6 48:18 51:18
52:13 55:16 58:8
60:25 62:16 66:23

71:1 74:4,7 75:22
76:18,19,20 78:11
78:15,16 80:5,10
81:12,19,24 82:2
82:5,10,24 83:22
86:20 87:15 88:5
90:2 95:5 97:5,6
99:8,22 100:11,16
100:25 101:2
102:2,20,20 103:3
103:17,21 104:8,9
107:10 110:24
111:10,19,22
113:2 114:24
115:15,23 116:6
116:22 117:1
118:18 120:20
123:10,12,21
125:10 126:1
128:7 129:22
130:16 133:11
135:19 139:4
140:14,21 142:13
142:17 143:8,16
144:10 145:11
146:5,14,17 148:7
152:16,24 153:2,6
153:24 158:11,21
159:10 160:5,21
160:22 161:18
163:22 165:5,22
166:8,11 168:17
168:23 169:2
170:18 171:2,17
171:19,20 172:5
172:21,22 173:3,8
173:9 175:7,13
177:19 179:9
180:13 181:10,20
183:6,9 184:14,20
184:20 185:10
186:23 188:6,21
195:11,25 196:10
197:2,17 198:25
201:17,20 202:6
203:21
**right-hand** 62:20
63:20 94:25

109:10 119:13
**ring** 50:2
**RJ** 43:4 58:9 59:15
**road** 37:17 181:23
188:11,21 197:5
**Robert** 4:13 19:25
20:6,16,17 107:19
110:9,14 143:24
144:8 167:24
193:10,24 194:2
195:12
**Robert's** 20:5
194:20 195:11
**Robin** 11:21 110:9
110:14 125:19
143:23 144:2
201:6
**Robin's** 11:25
125:20 143:25
**Roger** 136:19
143:19
**role** 20:5 21:8
**roles** 5:22 20:4
**Ron** 6:10 8:17 34:9
68:3 70:23 88:5
105:25 106:3,25
108:19 128:13,15
155:13,20 156:7
156:22 157:20
160:23 164:25
167:6 173:15
174:3,8 175:2,24
176:5 177:22
178:2,11 180:19
181:7 182:8,13
183:13 188:16
189:4,24 192:25
194:3,9,10 195:17
196:5,19 197:7
**Ron's** 20:19 157:3
163:3 164:2 192:9
192:23
**Ronald** 1:9 174:13
180:7
**Ronnie** 174:11
**room** 93:23 154:19
157:19
**Rouse** 7:23 34:14

194:10,12 202:8
**Rule** 207:18
**rules** 13:16
**run** 57:15 106:9,12
106:17,19 150:1
190:5,6
**Runner** 173:23,25
174:2
**running** 78:19
150:3,4,6 153:16
**runs** 100:8 116:7,9
172:13

────── **S** ──────
**S** 1:20 156:10,12,15
161:15 163:13,16
164:8,15 166:20
167:3 207:4
**S/S** 207:24
**safeguard** 132:9
**salaried** 157:22
**salaries** 142:1,2
143:19,22 144:15
146:23 147:7
152:16,21 153:9
153:24 154:12
**salary** 72:1 142:6,9
155:21,25 157:4
157:18,24 187:4
195:5,12,21
**sale** 87:20
**sales** 38:10,25 80:6
80:24 82:7,11,19
83:2 86:6 149:3
152:22 153:16,20
154:2,3,5,9 199:8
204:19
**sandwich** 125:23
**sat** 167:12
**Saturday** 146:13
**save** 158:4
**Savings** 28:20
**saw** 47:12,17 49:24
**saying** 45:25 67:23
72:16,19 79:6
137:11 147:5
184:8 189:14
200:4

**says** 14:24 15:24,25
16:1 18:6 28:18
28:18,22 29:7
35:12 77:11 87:19
101:9 112:4,16
113:18,23 123:23
125:4,5 130:1
174:10
**scenario** 98:18
**schedule** 61:5
79:23 91:9
**schedules** 57:4 81:8
**science** 5:6,8
**scope** 179:16,22
**seal** 207:21
**season** 191:15
**second** 35:5 51:11
83:23 101:14
144:23 145:1,2
181:7
**secondhand** 172:15
**seconds** 145:14
**secretary** 112:17
112:21 115:20
116:6
**secretary-treasur...**
13:2,3 38:13
114:1 116:1,8
117:13 130:15
155:9
**section** 119:14
**securities** 94:11,16
94:16,18 95:6,25
**see** 4:16,20 14:24
15:25 16:3,6,8,11
16:15,17,22,24
17:17 18:6,15,19
25:21 27:19 28:16
28:22,24 31:5,10
31:13,18 32:18
35:12,13 36:11
38:24 39:5 48:18
48:20,22,24,25
49:6 59:9 61:4,6
68:12,14,20,21
77:9 78:6 81:11
81:24 82:1 84:23
85:21 86:23 87:17

90:11 93:3 101:13
101:14 102:1
103:25 104:4,11
105:16 107:10,12
107:18 109:12
111:6,8,13,19
114:1 117:3
123:19 126:15,17
132:25 133:1
134:15 136:20,21
137:5 139:14
140:23 143:20
144:18 145:7
148:3 150:18
151:3 152:16,19
156:17 168:1
185:21
**seeing** 46:21 94:1,2
**seen** 31:2 36:14,15
40:7 43:5 53:23
54:11,12 58:10
65:3 93:7 98:12
112:6 119:11,12
120:19 122:15
133:16 164:21
167:22 192:2
197:16,19 198:8
199:7
**segment** 5:25
**self-funded** 67:11
**sell** 82:22 93:14
106:13,15 184:6,9
194:2
**selling** 173:6 184:4
**sells** 182:16
**seminars** 88:2
**send** 9:11,11,13
33:11 73:11 83:16
127:22
**sending** 127:19
**sent** 54:8 193:16,21
**separate** 9:13 14:12
14:16 33:11,12
37:1,7,16,20,21
37:22,24 40:10,20
46:17 61:20,23
85:16 99:1 127:22
177:9 182:14

separately 9:15
32:21 56:20 57:8
64:24
September 21:12
22:7 26:8 52:14
60:12 205:6
sequential 64:22
sequentially 17:23
serve 112:18
113:21
server 100:7,7,8
servers 100:1
service 38:11 82:15
86:6 106:14
139:17 152:22
153:14 154:4,22
services 71:3 73:18
73:24 100:14
101:3 127:18
128:21 134:6
141:19 149:5
154:16 155:14
205:23,24
Serving 36:13
set 89:5 125:13
186:7 193:17
207:20
setting 120:12
seven 188:9,10
Shake 176:12
share 130:24
166:20,21
shared 99:19 149:5
shareholder 166:17
167:1 194:25
195:3
shareholders 45:5
108:11 112:5
116:21,24 162:3
162:14 163:5
164:5,12,13,16,18
164:19,25 165:9
166:1 178:5
182:10,20 183:8
183:12
shares 47:21
sheet 62:12,20
80:11 90:7 91:7

135:4
shell 132:2
Shirley 193:11
195:7,8,14
shop 66:20 139:18
150:5 153:14
shopping 66:18
shops 150:2,2,5
short 171:6
show 46:18 54:6
79:18 82:24 85:12
99:6 184:6
showed 23:7 27:23
37:4 64:15 69:21
79:24 80:2,6
119:15,17
showing 122:13
shown 14:18 27:12
79:16,19,23 80:16
82:25 83:2 135:17
shows 46:19 81:5
124:7 126:1,15
130:14 136:20
140:22 143:7
148:13 167:24
shred 199:18
siblings 192:23
193:21
sic 180:5
side 16:6 21:4
38:14,15,16 57:14
57:14 63:20 81:12
94:25 103:21
109:10 119:13
178:12 185:2
186:5 187:15,19
sign 22:11 25:23
26:19 54:16,18,25
60:20 118:6
133:18
signature 133:19
133:24
signed 22:8 25:15
27:2 113:10
130:12 133:21,22
134:2 168:13
202:13 205:13,19
sill 131:25

similar 45:11 46:2
106:12,17 139:5
149:21
simply 13:21
single 120:22 121:7
121:13 175:11
177:7
sir 4:9,23 10:14
12:17 15:6 16:3
18:15 30:22 36:10
39:2 41:14 58:11
58:23 61:4,8
69:15 71:3 76:7
88:5 99:15,18
103:17,23 105:1
105:10 106:2
109:11 110:13
111:2,16,22 112:8
118:22 119:6
126:15 129:14,16
130:6 132:20
133:1 134:12,16
140:22 153:8
172:13 176:8
177:21 205:8
sit 169:12 171:5,21
181:2 183:6
sits 158:10
sitting 181:5
situation 116:13
six 53:13 84:7,8
97:19 109:20,20
109:23 110:5
120:15 152:14
188:9,10
skips 59:15
slash 145:23
slid 4:17
slide 4:20
slogan 204:7,13
slow 55:19
small 42:21,22 55:6
smaller 6:5
software 101:4
sold 13:6 20:10,10
20:14
Sole 167:20
solely 79:11 148:9

solved 146:18
somebody 22:4
25:8 44:16 47:19
48:5 55:18 131:22
131:22,23 200:11
somewhat 118:3
son 20:19 123:12
sons 42:21 51:2
55:15 68:6,7
88:13 151:19
157:3 158:15,23
159:4,22 163:3
164:3 178:3,10
180:23 181:2,8
188:16
sorry 7:2 19:13
40:1 44:22 73:20
84:14 98:1 100:20
103:23,24 111:22
115:14 118:9
125:22 129:24
133:8,10 142:22
163:8 205:17
sought 178:21
source 131:13
SOUTHERN 1:3
space 52:5 74:22
79:2
speak 37:12 192:23
203:12
speaking 37:10,11
129:23 140:6
specific 85:7,9,16
91:10 97:4 161:5
specifically 64:25
65:8 77:7
speculate 91:18
speculation 165:2,8
spell 71:12 134:12
split 21:3
spot 136:10
spread 153:17,18
Square 196:6
Sr 174:14 175:2,24
176:6
SS 207:2
stack 17:21 18:12
staff 189:6,15

stages 6:7
stamp 15:24 17:23
34:22 43:4 44:2
64:20,25 66:7
80:18 85:18 90:6
90:6,22,24 99:12
103:16,20 105:10
109:10 110:25
112:3 129:19
stamped 18:12
59:14 113:17
122:14 129:14
stamps 132:21
standard 203:19
standards 87:3
standpoint 167:14
start 7:3 11:7 12:22
137:4
started 5:23 6:16
6:25 7:1 48:11
151:4 177:23
178:3,10 180:19
182:8
starts 16:5 58:9
112:3
state 1:20 7:19
15:25 18:6 147:20
186:9 207:2,6,24
statement 32:6
41:3 59:7 77:19
83:9,12 194:16
statements 7:17,18
7:22 8:13,15
54:19,22 55:17
57:3,4,23 60:14
65:5,15,20 78:5
83:17,20 84:20
85:1,4,15 86:4,18
87:7,9 90:21
91:17,17 98:7
102:10 104:1
123:6 128:9,20
187:10,18,21,25
201:24
states 1:2 36:12
stating 179:8
stay 18:20 180:10
190:14,14

stayed 64:2 190:15
staylor@mljfirm...
  2:9
Steak 176:12
Stephen 54:8
Steven 2:5
Stewart 51:2
  114:12 155:1
stickers 30:11
stickler 190:4
stipulations 207:13
stock 94:11,16,19
  94:22,23 95:24
  166:4 194:2
stop 21:10
storage 92:20
  197:24
store 20:22,22
  37:19 38:9,11
  42:1,14 57:16
  97:22 98:20
  106:20 129:4,4
  145:9,10 146:16
  148:22,23 149:9
  186:22 192:18
stored 197:25
  198:4,22
stores 21:4 38:15
  38:17,18,19 53:15
  57:14,14 70:9
  73:8 97:17,19,20
  97:21 118:7 150:5
  150:6,7,10 151:17
  187:18,22,24
  201:14
streams 98:5
Street 1:18 2:13,19
  16:2,8,15,19,24
  17:2 18:18 37:5
  38:1,3 39:13
  71:23 72:11 75:13
  75:23 76:16 78:25
  93:24 105:5
  109:20,24 110:6
  110:17 125:17
  142:16 151:2
  193:4 201:17
  205:5,6

strict 83:19
strictly 8:23 9:2
  20:25 189:20,20
structure 44:10
  47:18 52:1
studied 5:15
stuff 64:20 142:4
Subaru 31:5
subsidiaries 61:9
  62:11 79:16,19,20
  80:4 88:7 92:3
  94:5,14 121:20
  134:14 135:23
  136:12,13 164:23
subsidiary 39:24
  40:2,21,23 136:16
  141:1
substitutes 110:11
subsumed 79:17
sudden 22:17
suggest 89:3
suggested 181:11
suggesting 89:12
suggestion 60:2
Suite 2:7,19
sum 115:20
summarized 53:6
summarizes 52:20
summary 52:18
  85:23 99:3
summer 200:8
Sunday 146:13
supposed 65:1
  170:10
sure 6:18 9:1 27:24
  42:20 43:22,23
  65:10 93:14 106:8
  128:3 136:6
  140:18 152:10,12
  163:9 180:10
  190:5 191:20
  206:5,6
Susan 55:21 129:11
swear 140:17
sworn 4:5 207:8
system 100:5 151:6

—————— T ——————

T 48:21 112:5,16
  207:1,1
take 9:23 13:25
  31:4 49:18 62:18
  101:21 113:6
  141:11 145:6
  150:23 171:8
  183:20 195:21
  199:15 203:22,22
taken 1:14 51:13
  84:1 112:14
  113:11,18 119:2
  150:25 167:19
  183:24 204:3
  207:12
takes 150:24
talk 157:9 158:5
  159:5 193:8,14
  202:22 203:23
talked 96:18
  102:21 156:24
  164:23 165:14
  193:23
talking 7:14 18:3
  47:14 50:10 79:20
  103:13 147:3
  158:14 163:11,12
  163:16 203:5,8
tangible 94:3
tape 118:21
tax 7:18,19,21 9:3
  32:9 33:16,23,25
  35:21 39:4,14,22
  41:3,21,22 49:11
  50:5 54:21 56:10
  58:10,25 59:3,6
  60:7,8,13,17 61:5
  61:15,18,25 62:2
  63:10 65:25 68:17
  71:2 74:18 76:12
  77:11 79:15 80:16
  80:20,22 81:8,23
  83:1 92:11 96:23
  102:9 110:25
  120:23 121:5,8,13
  122:25 123:6,20
  124:24 127:10,24
  128:1,5,5,8,12,20

129:9 132:25
  133:2,24 135:5,8
  137:24 138:2
  139:22 146:20
  153:19,25 162:12
  164:13,14,17,21
  166:18,20,22,25
  167:1,13 177:7,8
  177:9 186:9 191:3
  194:17
taxable 49:12
taxes 57:17 128:16
  164:10,11 186:9
  186:10
taxpayer 166:16,17
Taylor 2:5 14:10
  14:12,15 35:10
  90:3 97:7 99:9
  109:3 111:23
  182:21 184:21
  185:12
teasing 177:2
technically 26:14
  132:7
technicians 139:17
  139:18 153:14
  154:4,10,10
technicians' 154:1
techs 153:14
tell 4:11 5:22 11:2
  13:21 22:2 39:2
  39:14 41:24 42:20
  43:11 55:3 69:16
  71:3,6 74:2,6,24
  76:4,10,25 78:4
  78:13,20 79:15
  87:12 90:25 98:17
  136:23 139:22
  142:19 160:2
  162:19 171:13
  179:4 183:8
  192:25 193:6,14
  203:9
telling 72:16
  140:19
tells 182:1
Tennis 191:9
tens-hundred 48:2

Teresa 195:9,10,15
term 39:6 84:5 91:2
terminated 21:15
  21:16,21 22:7,19
  24:8 25:24 42:11
  205:9
terminating 23:17
terms 19:3 124:18
  139:10 168:23,25
  170:4
testified 140:5
Thank 14:2 28:2
  30:21 44:1 66:3
  78:9 85:20 99:16
  101:7 103:4
  112:11 130:5
  161:25 180:15
  206:10,12
theft 87:22
thing 29:21 45:21
  47:20 49:2 104:18
  143:4 144:9
  152:23 184:24
  186:12 195:7,8,9
  195:10
things 6:5 11:5
  23:23 24:6 25:6
  25:12,12,14 30:3
  32:6 39:19 60:3
  86:3 87:10 88:3
  117:17 118:6
  147:18 156:23
  159:3 180:25
  190:11 202:22
  203:1,2
think 4:19 11:20
  27:2 40:22 45:13
  48:13 49:12 53:1
  62:23 74:11 87:10
  89:13 103:14,16
  110:10 111:10,12
  111:18 121:7
  124:12,14 134:23
  140:16 141:3,18
  145:4,5 146:18
  155:7 157:7 158:2
  158:6 159:20,22
  163:20 166:5

170:22 174:1
176:4,16 179:6,13
179:15 182:25
187:20 192:17
200:18 202:14
**thinking** 49:25
**thought** 4:21 64:10
116:17 125:23
132:15
**thousand** 99:21
150:12 151:9
162:23
**thousands** 101:4
**three** 14:7,12,16
129:16 144:11
202:15,18
**throw** 154:2
**thumbed** 17:22
**thumbing** 77:20
**tickets** 57:7,7 150:1
150:4,6 191:14,15
**tied** 161:7
**ties** 181:6
**Tim** 42:21 172:14
200:14
**time** 1:16 5:21 6:9
7:25 11:11 13:25
19:2,8 20:15,23
20:23 21:1,3,4
22:6 24:8,10,13
26:2,4,10 54:1
60:10,11 65:21
116:9 122:24
134:2 135:9 137:8
138:11 139:21
144:22 150:1
154:3,7 157:9
168:11 176:15
179:2 181:18
182:22 197:1
203:2 205:2
207:11
**timely** 60:17
**times** 25:10 59:4,10
60:11
**title** 46:8 56:24
86:23 114:13,22
**today** 6:20,21

26:11 96:9,13
116:2 119:16
136:2 159:25
169:12 202:16
203:8 205:24
206:2
**Todd** 1:17 2:12
**told** 51:23 69:9
79:17 131:7 139:3
155:7 159:18
161:22 189:3
193:7,19 203:9
**Tony** 93:20
**top** 16:22 28:19
36:11 103:25
113:18 148:3,4
152:18
**total** 75:15 76:1
92:1 151:25 196:5
**Tournament**
191:10
**Tower** 1:18 2:13
**Toyota** 16:21 20:21
20:22 31:8 79:9
83:18 97:20,21
98:23 156:14
157:22 175:6,20
176:3
**track** 19:2
**trade** 62:25 99:2
**traded** 94:19,23
**transaction** 102:6
168:22 169:17
**transactions**
103:18 105:12
106:22 139:1
**transcript** 65:11
**transfer** 131:20
**transferred** 130:18
130:19 131:5,17
**transferring** 130:8
**treasurer** 112:17
112:21 115:21
117:19
**Tree** 174:22
**tried** 44:21 52:25
107:4,5 143:8
**trouble** 45:13 46:20

**trucking** 200:10
**trucks** 20:10
**true** 23:9 29:13
83:18 123:25
146:11
**trust** 28:20 196:3
**truth** 140:19
193:14 203:9
207:9,9,10
**try** 48:14 107:2
132:9 151:5,5,21
**trying** 18:13,20
20:13 26:24 43:22
45:24 65:9 131:20
152:2,10 176:19
176:25 179:13,17
180:9
**TSB** 1:8
**turkey** 125:23
**turn** 16:10 31:6
45:23 48:19 62:10
68:15 74:18 85:23
**turned** 45:17
**TV** 70:13
**twice** 13:19
**twist** 46:4
**two** 6:19 22:15
25:24 40:10 58:5
60:21 73:3 80:2
85:15 115:20
117:2 136:1 146:8
146:8 153:20
156:11,25,25
160:19 163:16
202:15,21 205:20
205:21
**two-page** 35:1
**type** 7:7 25:14
29:20 36:14 44:16
50:1 52:8 118:6
139:5 146:21
186:12 195:21
**typed** 44:17
**types** 30:3 31:9
76:21 106:22
163:2 164:24
190:10

**U**

**UBS** 95:10
**uh-huh** 26:16 27:1
27:12 29:25 30:9
31:20,22 32:15
35:7 36:17 37:18
48:4 51:12 59:5
59:12 62:17,21
63:5,22 67:24
76:24 77:4 78:22
80:7,7,12,25 81:3
81:6,10,14,21
82:13,24 83:10
90:18 94:20 99:8
99:24 101:6,8
102:9 106:21
107:6 111:4 123:3
125:6 137:3,6
138:19 141:24
142:24 146:24
160:20 161:23
184:12,18 196:18
203:11
**Uh-uh** 41:15
**umbrella** 28:14
117:8
**underlying** 141:5
142:25
**undersigned** 207:5
**understand** 13:18
37:23 67:22 85:10
86:17 100:9,20
119:6 144:25
160:11 167:14
178:24 179:2,3,14
**understanding**
21:1 204:7
**understands**
179:21
**Understood** 46:23
146:17
**unemployed**
205:19
**unexpected** 22:18
**unfortunately**
60:19
**uniform** 149:17

**unions** 50:17
**unit** 147:20,22
**UNITED** 1:2
**University** 4:25
**unnecessary**
152:13,14
**unring** 140:13
**unusual** 85:6
**update** 87:8
**updates** 88:2
**use** 57:13,19 100:5
135:13 151:21
156:25
**uses** 68:11 135:20
**usually** 146:6 205:4
**utilities** 190:19
**utilized** 73:3

**V**

**V-a-n** 4:13
**vacant** 175:18
**vague** 97:5
**valuations** 128:24
128:25
**value** 62:11 63:6,8
63:10 90:25 91:3
91:9,19 96:7 98:4
156:23
**valued** 96:3,7
**values** 62:15,18,19
63:9 91:11 92:11
126:23,24
**valuing** 129:2,3
**Van** 1:13 2:10,16
3:3 4:3,13 16:23
55:10 77:15 182:7
206:18 207:8,11
**various** 15:12
34:15,15 64:20
66:20 71:23 72:5
73:4 79:10 85:22
87:20 100:3
134:14
**vehicle** 49:15 50:1
51:4 86:6 184:6,9
**vehicles** 50:19 55:5
70:18 93:13
106:18,19 157:1

184:5
version 52:21,25
vice 38:13 167:25
VIDEOGRAPH...
4:1 51:10,15
59:20,23 83:24
84:3 118:22,25
119:4 183:22
184:1 204:1,5
206:13
view 117:5,6,10,11
117:18
Virgina 120:4
Virginia 120:7
121:17,23,24
Volkswagen 42:14
97:21
volume 199:7
voting 53:3
vs 1:8
VW 42:1 97:22

**W**

wage 153:9 155:21
157:4,18 159:13
159:16
wages 143:20,22
147:7 152:17,21
153:24 154:1,12
161:21
waiving 160:10
walking 131:23
want 13:25 33:7
51:17 77:19 83:20
87:6 93:14 97:3,4
128:3 136:5
140:18 150:14,15
158:25 159:1,2,8
163:9 165:17
166:22 167:3
169:18 171:6
174:17 179:12
180:16 193:13
197:10
wanted 68:1 77:6
83:4 89:17 139:11
194:15
wants 77:24

warrant 109:15
Warranty 86:7,22
87:16
Warren 166:3
wasn't 48:1,3,5
102:6 120:12
138:18,24 139:3
152:12 169:21
172:1
Waterstone 93:9
93:11
way 5:24 13:15
17:9 18:2 38:11
62:23 78:16 82:3
92:14 108:15
112:8 151:21
166:19,19 178:16
179:23 183:17,19
196:12
we'll 111:21,21
118:20 165:5
we're 4:1 7:14 18:3
30:18 51:15 59:20
65:10,10 83:24
85:21 87:8 118:25
130:7 163:10,15
183:22 184:1
190:4 203:25
204:1,5 206:13
we've 14:18 27:13
54:6 64:15 84:19
96:8 99:25 107:3
107:5 119:10
122:13 149:8
151:17 167:12
week 22:15 25:23
202:20 205:20
weeks 23:10 25:24
202:11,15,18
205:20,21
went 5:13 9:19
13:16 25:3 44:21
69:16 72:14 77:3
80:1 143:8,14
154:3,6
weren't 8:9 45:17
47:22,23
west 38:14,15

57:14
WESTERN 1:4
whatsoever 22:24
WHEREOF
207:20
Whoops 115:19
wish 166:3
withdraw 140:8
176:23 194:24
Withdrawn 196:1
witness 4:4 24:12
55:12 77:21 78:1
78:3 118:12 131:3
140:20 145:15
206:12 207:20
wondering 86:24
word 145:21
words 14:23 49:24
120:14 133:23
189:10
work 5:10,13 6:10
7:3,7 9:19 19:25
20:15,23 21:5
29:3 30:6 34:6
55:22,23 56:2,3
76:11 110:15
115:9 122:21
123:2,12 127:25
128:1 134:6
144:11 146:12
155:19 157:12,15
186:20 192:13
200:16,22
worked 5:24 6:1,1
19:15 25:12 76:18
76:19 106:3 124:3
working 6:6,16,24
54:23 55:18 85:2
98:12 110:17
123:14 142:13,14
162:11 168:16
170:7
works 37:14 50:16
51:5 61:23 114:19
186:21 192:16,17
200:17
worried 65:10
worse 136:8

wouldn't 89:18
120:17 135:6
191:20
write 45:24 96:14
176:24 194:16
writes 189:16
Writing 112:15
113:18 167:20
written 96:17
wrong 47:12 90:10
111:14 133:13
137:16 139:22
145:21
wrote 103:4

**X**

X 3:2

**Y**

Yacht 191:22
yeah 4:21 13:22
14:14 18:16,17
20:18 25:4 26:14
30:14,15 36:7
37:15 44:11 45:11
48:13 49:19,23
55:14 59:18 62:6
66:24 71:10 74:5
79:5 80:3 85:19
90:5,19 91:16
93:20 96:19,22
100:13 102:22
112:13 115:8
128:22 129:22
130:1 133:4
134:23 135:16
142:15 143:14
145:15 147:23
148:24,25 149:1
149:15 151:24
152:9,20 153:25
160:16 163:15,18
168:10 173:11
174:13 176:19
182:5 184:19,25
185:2 190:12
200:3,7 204:20
205:21

year 6:18 7:6 8:15
11:8 61:5 68:17
68:24 73:19 77:11
87:7,8 88:1,1,23
103:13 115:22
122:24 124:7
128:25 151:7,22
156:1 185:24
199:11 205:2,7
year's 150:1
year-end 136:21
yearly 141:15
years 6:19 19:21
64:4 76:11 85:16
86:5 100:7 101:16
106:3 122:22
137:8,9,12,19,21
138:1 160:19
162:11,13,18,20
164:20 165:4,4
166:4 167:9 170:7
176:22 195:1
198:1,2,15,15
yep 77:8
yesterday 4:18
York 75:11

**Z**

**0**

00047 130:1
000622 43:4
000983 132:23
001106 132:24
001286 167:19
0047 129:15

**1**

1 3:6 14:4,5,9,19
15:24 16:3,7
43:12,14,18 81:5
137:2 151:22
166:25 196:6
199:7
1,006 68:21 69:16
1,016,119 101:15
1,100,000 148:23
1,186,035 148:14

**1,186,213** 147:13
**1,265,099** 139:14
**1:16-cv-00465-** 1:8
**10** 3:10 60:2,4 61:2
   62:11 111:1 153:8
   185:11
**10/31** 27:25
**10:07** 51:13
**10:14** 51:14,16
**100** 6:8 44:5 45:15
   145:4
   ▮ 166:22
**1003** 133:5,6,9
   137:2
**1006** 134:14
**1007** 136:19
**1010** 139:13 154:8
**1016** 139:21,22
**1090** 140:21 142:23
   142:24
**1091** 143:19
**1097** 144:18,18
**10981** 188:10,20
**1099** 148:2 152:17
**11** 3:12 66:13,16,19
   65:2,12 90:5,5
   103:15,16 184:23
   185:8
**11:10** 84:1
**11:20** 84:2,4
**1103** 132:24 133:7
**112** 3:13,13
**1120** 63:21
**113** 3:13,13
**115** 3:14,14
**12** 3:12 84:16,19
   87:15 99:11 105:9
   203:18
**12/29** 130:11
**12/29/14** 115:22
**12/29/15** 130:10
**12/30/15** 115:22
**12:16** 119:2
**12:59** 119:3,5
**122** 3:14,14
**129** 3:15,15
**13** 3:13 111:25
   112:1

**130,000** 105:19
**132** 3:15,15 77:11
   111:13
**132,000** 74:20 76:3
   77:1 111:8
**132,016** 78:5
**132,407** 143:7
**14** 3:6,6,13 50:6
   110:9 113:14,15
   160:18
**1400** 2:19
**15** 3:6,6,14 50:6
   61:15 115:15,16
   119:10 121:2
   160:17,18
**15th** 60:13
**16** 3:14 52:14
   122:10,11,14
**167** 3:16,16
**17** 3:15 129:12,14
**176,400** 140:23
**178,000** 68:13
   69:17
**18** 3:15 132:18,20
   207:24
**19** 3:16 167:17,19
**190** 105:20
**1938** 137:4,7,7,24
**1978** 4:25 5:20 6:9
   7:1
**1980** 6:17 7:5 50:4
   122:23 138:4
**1981** 6:17 76:14
**1984** 76:17
**19th** 21:12 22:7
   26:8

_____
**2**
**2** 3:6 15:10,14,16
   15:21,24 95:20
   185:23
**2.7** 119:15
**2:35** 183:24
**2:43** 183:25 184:2
**20** 65:20 146:4
**20,000** 126:2
   155:25
**200** 2:7 160:22

**2000** 90:17
**2000s** 9:5
**2008** 65:5,15,20
**2010** 84:22 86:19
   101:17
**2011** 84:22 86:19
   101:16 103:15,19
   104:2,11,14 137:7
   138:11 143:13
   177:14
**2012** 84:24 86:4,19
   90:8 95:20 103:15
   103:19 104:1
   180:6
**2013** 84:24 86:4,19
   90:8 95:20 185:7
   185:12,14,15
**2014** 5:20 6:10
   11:10 30:7,8 42:3
   48:12 58:9 60:1
   65:6,15,20 68:17
   76:19 110:20
   124:8,15 126:11
   ▮ 160:15,21
   161:25 176:5
   185:7,12,14,15
**2015** 19:23 54:11
   54:14,19 55:17
   60:7,8 61:6 63:21
   65:24 68:12 69:7
   71:1 73:21 110:25
   121:5 126:1,10
   156:5 160:22
   162:1 193:1 196:7
**2016** 1:15 21:12
   22:7,16 25:25
   61:14 193:2
   207:22
**2021** 207:24
**208,457** 142:20
**209,258** 149:5,21
**217,914** 143:22
**2250** 78:17 79:3
   143:17
**2400** 2:6
**2412** 197:13 198:20
**25** 164:20 165:4,21
   166:4

**25,000** 104:15
**25,739,828** 136:21
**250** 16:2,7,14,19,23
   17:2 18:17 37:4
   38:2 71:22 72:10
   75:13,22 76:16
   78:25 93:23 105:5
   109:19,24 110:5
   110:17 115:9
   125:17 142:16
   147:19,22,24
   151:2 193:4
   201:16
**250,000** 102:3
**2507** 85:12,21
   86:16
**2508** 85:23
**2510** 86:1
**2512** 99:12,14
**2580** 113:17
**2581** 113:18
**2616** 16:6
**2622** 16:18
**27** 3:7,7
**275** 37:17
**28** 1:15 207:19

_____
**3**
**3** 3:7 26:9 27:10,13
   139:14 151:9
**3,655,973** 152:17
**3:15** 204:2,3
**3:23** 204:4,6
**3:26** 206:14,23
**30** 3:7,7 64:3
**300,000** 102:4
**301** 1:18 2:13
**3090** 16:22
**3095** 176:6 196:15
**31** 8:15 101:16
**3110** 112:3
**3125** 112:8
**3129** 112:4
**3147** 119:13
**317,618** 153:4
**31st** 61:6 84:22
   104:1
**32,000** 104:11

**3300** 1:18 2:13
**34** 3:8,8
**344** 58:9 59:15,25
**354,920** 109:12
**36** 3:8,8
**360-1123** 2:8
**375** 34:22 35:5
**378** 35:6
**39.2** 175:5

_____
**4**
**4** 3:4,7 30:21,23
   75:19 151:9
**4,000** 24:20,25
**4,620,906** 126:16
**4,800** 77:9
**40** 180:17
**40-some** 150:11
**40,000** 166:22
**400,000** 151:23
**401(k)** 28:4,19
   29:16 35:15 66:22
   67:1 118:5 141:19
   201:10,12,15,22
**41** 86:2,11
**41017-0534** 2:7
**4104** 122:14
**4105** 124:7
**4113** 126:14
**4126** 122:15
**4160** 86:2,13,14
   87:15
**4164** 105:10
**42,000** 104:22
**425,000** 160:21
**43** 3:9,9
**431** 68:19
**439** 109:10
**444** 59:15,25
**45** 75:19
**45202** 1:19 2:14
**45202-3752** 2:20
**455** 103:24
**46055** 4:15
**465** 103:16,21,22
**476** 130:3
**477** 130:3
**478** 130:2

**48** 75:19

**483** 90:6,7,24 95:1

**485** 91:22

**49** 129:15

**495** 93:10

_____ **5** _____

**5** 3:8 28:17,18
  34:19,21 35:4
  48:6

**5,000** 75:23 78:15
  143:15

**50** 36:2,5 48:5

**50-mile** 203:20

**500,000** 156:5
  160:22

**513** 2:14,20

**54** 3:9,9

**557** 185:1,4,19,20

**563** 59:16 60:1

**570** 63:21 80:20
  81:2

**579-6580** 2:20

**58** 3:10,10

**580** 60:25 61:1,4

**592,873** 66:11

**594** 68:14 74:18
  79:14 80:21,23
  81:20,25 110:25
  111:3,7

_____ **6** _____

**6** 3:8 36:7,8,10
  63:23

**60** 3:10,10

**60,000** 76:1 77:10

**600** 65:25 66:1,7
  71:2 73:21

**606** 62:10

**621** 60:1

**622** 44:3 53:4

**623** 48:20

**624** 48:24

**625** 49:2

**626** 49:4

**627** 49:4

**628,455** 144:20

**637,989** 124:8,17

124:25

**64** 3:12,12

**651-6707** 2:14

_____ **7** _____

**7** 3:9 43:1 55:10,13

**7:00** 146:12

**741,931** 74:1

**750,000** 156:5

**79** 80:24 81:4

**79,928,769** 82:1

**797** 63:4

**7th** 205:5

_____ **8** _____

**8** 3:9 54:3,4,7 145:1
  145:2,14

**8:00** 146:12

**8:59** 1:16 4:2

**80** 6:24

**80s** 5:3 7:20

**81** 6:24 7:5 122:23
  138:4

**84** 3:12,12

**851** 61:5

**859** 2:8

_____ **9** _____

**9** 3:10 57:25 58:1,8
  59:14,25 68:19
  109:5,6

**9/19** 22:16 23:7
  25:24 205:11

**9:00** 146:10

**90** 56:16

**90s** 9:4 194:6

**920,000** 68:8 74:8

**962,450** 101:16

**9750** 197:4

**98,370** 152:18

**9848** 93:9

**99** 56:16

**992,000** 108:3

**995,000** 108:2

**9a** 126:17

**9th** 205:6



## Ohio Secretary of State
## Business Queries



EXHIBIT

1

## Business Search by Agent/Registrant Name

| Entity Number | Agent/Registrant/ Incorporator Name | Business Name | Type | Agent Effective Date | Status | Business Location | County | State |
|---|---|---|---|---|---|---|---|---|
| 1474662 | CHERISH ANN VANEMON | ASL WORLD INTERPRETING, LTD. | DOMESTIC LIMITED LIABILITY COMPANY | 07/06/2004 | Active | | | |
| 569013 | NED R VANEMON | JOSEPH T OF D, CO. | CORPORATION FOR PROFIT | 11/21/2014 | Active | DAYTON | MONTGOMERY | OHIO |
| 1091411 | NED R. VANEMON | JOSEPH NORTHLAND MOTORS, INC. | CORPORATION FOR PROFIT | 11/21/2014 | Active | CINCINNATI | HAMILTON | |
| 1326779 | NED R. VANEMON | JOSEPH REALTY, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 1348856 | NED R. VANEMON | CAPITOL CADILLAC, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 1395775 | NED R. VANEMON | SCION OF DAYTON, CO. | CORPORATION FOR PROFIT | 11/21/2014 | Active | DAYTON | MONTGOMERY | |
| 1395776 | NED R. VANEMON | SCION OF CINCINNATI, CO. | CORPORATION FOR PROFIT | 11/21/2014 | Active | CINCINNATI | HAMILTON | |
| 1424221 | NED R. VANEMON | JOSEPH MANAGEMENT COMPANY | CORPORATION FOR PROFIT | 11/21/2014 | Cancelled | CINCINNATI | HAMILTON | |
| 1497398 | NED R. VANEMON | REGIMENT PROPERTIES, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 1720393 | NED R. VANEMON | COLUMBIA SQUARE PROPERTIES, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 175140 | NED R. VANEMON | COLUMBIA OLDSMOBILE COMPANY | CORPORATION FOR PROFIT | 11/19/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 1893309 | NED R. VANEMON | CINCINNATI CAPITAL PARTNERS 120, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 1928832 | NED R. VANEMON | JOSEPH LEASING LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |

| Entity Number | Agent/Registrant/ Incorporator Name | Business Name | Type | Agent Effective Date | Status | Business Location | County | State |
|---|---|---|---|---|---|---|---|---|
| 2275011 | NED R. VANEMON | COLERAIN PROPERTIES, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 339085 | NED R. VANEMON | JOSEPH CHEVROLET COMPANY | CORPORATION FOR PROFIT | 11/19/2014 | Active | COLERAIN TWP | HAMILTON | OHIO |
| 379507 | NED R. VANEMON | POND REALTY COMPANY | CORPORATION FOR PROFIT | 11/21/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 407843 | NED R. VANEMON | JOSEPH T OF C, CO. | CORPORATION FOR PROFIT | 11/21/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 419800 | NED R. VANEMON | CAMARGO CADILLAC COMPANY | CORPORATION FOR PROFIT | 11/12/2014 | Active | MONTGOMERY | HAMILTON | OHIO |
| 427750 | NED R. VANEMON | CAMARGO RACQUET CLUB, INC. | CORPORATION FOR PROFIT | 11/12/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 462159 | NED R. VANEMON | COLUMBIA DEVELOPMENT CORPORATION | CORPORATION FOR PROFIT | 11/12/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 535587 | NED R. VANEMON | POND INSURANCE AGENCY, INCORPORATED | CORPORATION FOR PROFIT | 11/25/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 535616 | NED R. VANEMON | R.G. INSURANCE AGENCY, INCORPORATED | CORPORATION FOR PROFIT | 11/25/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 547945 | NED R. VANEMON | COLUMBIA AUTOMOTIVE, INC. | CORPORATION FOR PROFIT | 11/12/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 549605 | NED R. VANEMON | SYCAMORE INSURANCE AGENCY, INC. | CORPORATION FOR PROFIT | 11/25/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 750337 | NED R. VANEMON | DEALER ACCEPTANCE CREDIT CORPORATION | CORPORATION FOR PROFIT | 11/19/2014 | Active | DAYTON | MONTGOMERY | OHIO |
| 823451 | NED R. VANEMON | INFINITI OF CINCINNATI, INC. | CORPORATION FOR PROFIT | 11/19/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 905451 | NED R. VANEMON | LEAFTREE INVESTMENTS LIMITED PARTNERSHIP | LIMITED PARTNERSHIP | 11/25/2014 | Active | | | OHIO |
| 964057 | NED R. VANEMON | THE G2 R2 FOUNDATION | CORPORATION FOR NON-PROFIT | 01/18/2016 | Active | CINCINNATI | HAMILTON | OHIO |
| 999429 | NED R. VANEMON | JOSEPH CADILLAC SUBARU, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | OHIO |
| 999430 | NED R. VANEMON | JOSEPH PROPERTIES, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | OHIO |
| 2359554 | NED VANEMON | MICHIGAN REALTY LLC | DOMESTIC LIMITED LIABILITY COMPANY | 01/20/2015 | Active | | | |



**Ohio Secretary of State**
**Business Queries**

## Business Search by Agent/Registrant Name

| Entity Number | Agent/Registrant/ Incorporator Name | Business Name | Type | Agent Effective Date | Status | Business Location | County | State |
|---|---|---|---|---|---|---|---|---|
| 2039628 | NED R. VAN EMON | JOSEPH H OF D, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 2237703 | NED R. VAN EMON | R3G2 PROPERTIES, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 09/14/2015 | Active | | | |
| 2303739 | NED R. VAN EMON | JOSEPH MOTORWERKS LLC | DOMESTIC LIMITED LIABILITY COMPANY | 11/25/2014 | Active | | | |
| 2385647 | NED R. VAN EMON | AIRPORT INSURANCE AGENCY, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 04/14/2015 | Active | | | |
| 633728 | NED R. VAN EMON | JOSEPH BUICK - GMC TRUCK, INC. | CORPORATION FOR PROFIT | 11/25/2014 | Active | CINCINNATI | HAMILTON | OHIO |
| 3843550 | NED VAN EMON | COLUMBIA REI, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 12/28/2015 | Active | | | |



**Ohio Secretary of State**
**Business Queries**

## Business Search by Incorporator Name

| Entity Number | Agent/Registrant/ Incorporator Name | Business Name | Type | Original Filing Date | Status | Business Location | County | State |
|---|---|---|---|---|---|---|---|---|
| 3843550 | NED VAN EMON | COLUMBIA REI, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 12/28/2015 | Active | | | |
| 2385647 | NEO R. VAN EMON | AIRPORT INSURANCE AGENCY, LLC | DOMESTIC LIMITED LIABILITY COMPANY | 04/14/2015 | Active | | | |

Doc ID --> 201512402088





| STE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|-----|-------------|-------------|--------|-------|---------|------|------|
| 05/04/2015 | 201512402088 | FICTITIOUS NAME RENEWAL (NFR) | 25.00 | | | | 0 |

### Receipt
This is not a bill. Please do not remit payment.

JOSEPH AUTO GROUP
250 EAST FIFTH STREET
SUITE 285
CINCINNATI, OH, 45202

---

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted

#### 1943616

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**COLUMBIA MOTORS**

and, that said business records show the filing and recording of:

Document(s)                                     Document No(s)
FICTITIOUS NAME RENEWAL                          201512402088
              Effective Date:  05/04/2015

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 4th day of May, A.D. 2015.

*Jon Husted*

**Ohio Secretary of State**

---

Page 1

RJ 002616

Doc ID --> 201512402088

Form 523A Prescribed by:

**JON HUSTED**
**Ohio Secretary of State**

Date Electronically Filed: 5/4/2015

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

## Renewal of Trade Name or Fictitious Name Registration
### Filing Fee: $25

(CHECK ONLY ONE (1) BOX)

| ☐ Renewal of Trade Name (172-RNR) | ☒ Renewal of Fictitious Name (159-NFR) |
|---|---|
| Reg. No. | Reg. No. 1943616 |

| | |
|---|---|
| Trade Name or Fictitious Name to be Renewed | COLUMBIA MOTORS |
| Name of Registrant Renewing Name | COLUMBIA AUTOMOTIVE, INC. |

Registrant's Entity Number (if registered with Ohio Secretary of State): 547945

Complete if the registrant is a general partnership and has not provided an entity number above. Registration numbers are assigned to partnerships that have filed a statement under Ohio Revised Code Chapter 1776 **OR** complete if a partner was listed on the original application and that person/entity is no longer a partner.

Provide the name and address of at least one general partner.

| Name | Address |
|---|---|
| | |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

Form 523A                    Page 1 of 2                    Last Revised: 6/12/13

Page 2

RJ 002617

Doc ID --> 201512402088

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**REQUIRED**
Renewal must be signed
by the registrant or
authorized representative of
the registrant.

COLUMBIA AUTOMOTIVE, INC
Signature

NED VAN EMON
By (if applicable)

If authorized representative
is an individual, then they
must sign in the "signature"
box and print their name
in the "Print Name" box.

Print Name

If authorized representative
is a business entity, not an
individual, then please print
the business name in the
"signature" box, an
authorized representative
of the business entity
must sign in the "By" box
and print their name in the
"Print Name" box.

Signature

By (if applicable)

Print Name

Form 523A                    Page 2 of 2                    Last Revised: 6/12/13

Page 3

RJ 002618

Doc ID --> 201512402083



| ATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 05/04/2015 | 201512402983 | FICTITIOUS NAME RENEWAL (NFR) | 25.00 | | | | 0 |

**Receipt**

This is not a bill. Please do not remit payment.

JOSEPH AUTO GROUP
250 EAST FIFTH STREET
SUITE 285
CINCINNATI, OH, 45202

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

**1943618**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**COLUMBIA HYUNDAI**

and, that said business records show the filing and recording of:

Document(s)                                     Document No(s).
FICTITIOUS NAME RENEWAL                          201512402083
          Effective Date:  05/04/2015

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 4th day of May, A.D. 2015.

*Jon Husted*

**Ohio Secretary of State**

Page 1

RJ 002619

Doc ID --> 201512402083

Form 523A Prescribed by:
JON HUSTED
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Date Electronically Filed: 5/4/2015

## Renewal of Trade Name or Fictitious Name Registration
### Filing Fee: $25

(CHECK ONLY ONE (1) BOX)

| ☐ Renewal of Trade Name (172-RNR) | ☒ Renewal of Fictitious Name (159-NFR) |
|---|---|
| Reg. No. | Reg. No. 1943618 |

| | |
|---|---|
| Trade Name or Fictitious Name to be Renewed | COLUMBIA HYUNDAI |
| Name of Registrant Renewing Name | COLUMBIA AUTOMOTIVE, INC. |

Registrant's Entity Number (if registered with Ohio Secretary of State): 547945

Complete if the registrant is a general partnership and has not provided an entity number above. Registration numbers are assigned to partnerships that have filed a statement under Ohio Revised Code Chapter 1776 OR complete if a partner was listed on the original application and that person/entity is no longer a partner.

Provide the name and address of at least one general partner.

| Name | Address |
|---|---|
| | |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

Form 523A                    Page 1 of 2                    Last Revised: 6/12/13

Page 2

RJ 00262

Doc ID --> 201512402083

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

| REQUIRED | COLUMBIA AUTOMOTIVE, INC. |
|---|---|
| Renewal must be signed by the registrant or authorized representative of the registrant. | Signature |
| | NED VAN EMON |
| | By (if applicable) |
| If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box. | |
| | Print Name |
| If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box. | |
| | Signature |
| | |
| | By (if applicable) |
| | |
| | Print Name |

Form: 523A                     Page 2 of 2                     Last Revised: 6/12/13

Page 3

RJ 00262



Doc ID --> 201512401233

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 05/04/2015 | 201512401233 | FICTITIOUS NAME RENEWAL (RFR) | 25.00 | | | | 0 |

**Receipt**

This is not a bill. Please do not remit payment.

JOSEPH AUTO GROUP
250 EAST FIFTH STREET
SUITE 285
CINCINNATI, OH. 45202

# S T A T E   O F   O H I O
## C E R T I F I C A T E

### Ohio Secretary of State, Jon Husted

1943617

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**COLUMBIA ACURA**

and, that said business records show the filing and recording of:

Document(s)                                          Document No(s)

FICTITIOUS NAME RENEWAL                              201512401233

Effective Date: 05/04/2015

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 4th day of May, A.D. 2015.

*Jon Husted*

**Ohio Secretary of State**

United States of America
State of Ohio
Office of the Secretary of State

Page 1

RJ 00262

Doc ID --> 2015120412SS

*Jon Husted*

Form 523A Prescribed by:
JON HUSTED
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Date Electronically Filed: 5/4/2015

## Renewal of Trade Name or Fictitious Name Registration
### Filing Fee: $25

**(CHECK ONLY ONE (1) BOX)**

| ☐ Renewal of Trade Name (172-RNR) | ☒ Renewal of Fictitious Name (159-NFR) |
|---|---|
| Reg. No. | Reg. No. 1943617 |

Trade Name or Fictitious Name to be Renewed: COLUMBIA ACURA

Name of Registrant Renewing Name: COLUMBIA AUTOMOTIVE, INC.

Registrant's Entity Number (if registered with Ohio Secretary of State): 547945

---

...mplete if the registrant is a general partnership and has not provided an entity number above. Registration ...nbers are assigned to partnerships that have filed a statement under Ohio Revised Code Chapter 1776 **OR** ...complete if a partner was listed on the original application and that person/entity is no longer a partner.

Provide the name and address of at least one general partner.

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

Form 523A                     Page 1 of 2                     Last Revised: 6/12/13

RJ 00262

Doc ID -->     201512401233

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

| | |
|---|---|
| **REQUIRED**<br>Renewal must be signed by the registrant or authorized representative of the registrant. | COLUMBIA AUTOMOTIVE, INC.<br>Signature |
| | NED VAN EMON<br>By (if applicable) |
| If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box. | <br>Print Name |
| | <br>Signature |
| If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box. | <br>By (if applicable) |
| | <br>Print Name |

Form 523A        Page 2 of 2        Last Revised: 6/12/13

Page 3

RJ 00262

Doc ID --> 201506200543



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 03/03/2015 | 201506200543 | FICTITIOUS NAME REGISTRATION (NFO) | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.



COLUMBIA DEVELOPMENT
ATTN: NED VAN EMON
250 EAST FIFTH ST.
CINCINNATI, OH 45202

# S T A T E   O F   O H I O
## C E R T I F I C A T E

**Ohio Secretary of State, Jon Husted**

2370727

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**JOSEPH TOYOTA OF CINCINNATI**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|-------------|-----------------|
| **FICTITIOUS NAME REGISTRATION** | 201506200543 |

Effective Date: 02/24/2015

JOSEPH T OF C, CO.
250 EAST FIFTH STREET
STE 285
CINCINNATI, OH 45202

Expiration Date:    02/24/2020



Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 3rd day of March, A.D. 2015.

United States of America
State of Ohio
Office of the Secretary of State

*Jon Husted*

**Ohio Secretary of State**

RJ 00

Doc ID --> 201300200049

Form 534A Prescribed by:
**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216

Expedite Filing (Two-business day processing time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

2016 FEB 24 AM 10: 17

# Name Registration
### Filing Fee: $50

**CHECK ONLY ONE (1) Box**

☐ Trade Name
(167-RNO)

Date of first use:

MM/DD/YYYY

☒ Fictitious Name
(169-NFO)

---

Joseph Toyota of Cincinnati
Name being Registered or Reported

Joseph T of C, Co.
Name of the Registrant

**Note:** If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.

Registrant's Entity Number (if registered with Ohio Secretary of State): 407843

---

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:

Sales and service of new and used vehicles

Business address:

250 East Fifth Street, Suite #285
Mailing Address

Cincinnati
City

Ohio
State

45202
Zip Code

---

Page 2

RJ 00

Doc ID --> 201300200543

Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.

Provide the name and address of at least one general partner:

Name

Address

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

Joseph T of C, Co.
Signature

*Ned RV n Gm* CFO
By (if applicable)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Ned R. Van Emon, CFO
Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

RJ 00