# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARIE JOSEPH,                                  Case No.: 1:16-cv-465

      Plaintiff,                                 Judge Timothy S. Black

v.

RONALD JOSEPH,

      Defendant.

## JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF

The Jury having returned its verdict on 10/24/18, finding against Plaintiff on all her claims, and the Court having denied Plaintiff's renewed motion for judgment as a matter of law and for new trial, pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court hereby enters Judgment for Defendant and against Plaintiff.

This Judgment is a final, appealable order, the Court having expressly determined that there is no just reason for delay.

**IT IS SO ORDERED.**

Date: March 18, 2019

Timothy S. Black
United States District Judge