AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MARIE JOSEPH ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:16CV465 |
| RONALD JOSEPH ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Jury returned verdict for Defendant on Count 1. Court orders that Count 3 of the complaint is dismissed with prejudice. Both Motions for judgment as a matter of law are DENIED. (Doc. 215) Defendant's motion for summary judgment is GRANTED. Plaintiff's access to corporate records is DISMISSED.

This action was *(check one)*:

☑ tried by a jury with Judge Timothy S. Black _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black _____ on a motion for Summary Judgment on Plaintiff's access to Corporate Records Claim.

Date: _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*