# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARIE JOSEPH<br><br>    Plaintiff,<br><br>v.<br><br>RONALD JOSEPH, GREGORY G. JOSEPH, GEORGE R. JOSEPH, RICHARD S. JOSEPH, and RONALD JOSEPH, JR.<br><br>    Defendants. | Case No. 1:16-cv-00465-TSB<br><br><br>**NOTICE OF APPEAL** |

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Marie Joseph hereby provides notice to Defendants Ronald Joseph, Gregory G. Joseph, George R. Joseph, Richard S. Joseph, and Ronald Joseph, Jr. that, in addition to the judgments and orders from which Plaintiff previously appealed by the Notice of Appeal filed with the Court on April 16, 2019 (Doc. 237) (which is incorporated herein by reference), Plaintiff appeals to the United States Court of Appeals for the Sixth Circuit from the Order:  (1) Granting Defendant's Motion for Summary Judgment on Plaintiff's Access to Corporate Records Claim; and (2) Denying Plaintiff's Cross-Motion for Summary Judgment, entered by the Court on November 25, 2019 (Doc. 250), the Judgment in a Civil Action entered by the Court on November 25, 2019 (Doc. 251), and any adverse orders, rulings, decrees, decisions, and opinions entered in this case.

2

        Respectfully submitted,

        */s/ Kevin L. Murphy*
        Kevin L. Murphy (0021810)
        J. Jeffrey Landen (0018174)
        Nicholas R. Gregg (0095731)
        MURPHY LANDEN JONES PLLC
        2400 Chamber Center Drive, Suite 200
        Fort Mitchell, KY 41017-0534
        Tel: (859) 578-3060
        Fax: (859) 578-3061
        KMurphy@MLJfirm.com
        JLanden@MLJfirm.com
        NGregg@MLJfirm.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                             */s/ Kevin L. Murphy*
                                             Kevin L. Murphy