# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 19, 2022

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 19-3350, *Marie Joseph v. Ronald Joseph, et al*
Originating Case No. 1:16-cv-00465

Dear Nr. Nagel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Sharday Swain, Case Manager

cc: Mr. James E Burke III
Mr. James Charles Frooman
Mr. Nicholas Robert Gregg
Mr. Scott A. Kane
Mr. Joseph Jeffrey Landen
Mr. James R. Matthews
Mr. Kevin Luke Murphy
Mr. Colter Lawrence Paulson
Mr. Ali Razzaghi
Mr. Jacob D. Rhode
Mr. Benjamin Guthrie Stewart

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-3350

_____

Filed: October 19, 2022

MARIE JOSEPH

    Plaintiff - Appellant

v.

RONALD JOSEPH; GREGORY G. JOSEPH; GEORGE R. JOSEPH; RICHARD S. JOSEPH; RONALD JOSEPH, JR.

    Defendants - Appellees

MANDATE

  Pursuant to the court's disposition that was filed 08/18/2022 the mandate for this case hereby issues today.

COSTS:  None