# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARIE JOSEPH<br><br>  Plaintiff,<br><br>v.<br><br>RONALD JOSEPH, *et al*.<br><br>  Defendants. | Case No. 1:16-cv-00465-TSB<br><br>Judge Timothy S. Black<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MOTION TO LIFT STAY AND SET SCHEDULE FOR BILL OF COSTS SUBMISSIONS** |

    Plaintiff Marie Joseph ("Marie"), by and through counsel, hereby submits her Response to Defendants' Joint Motion to Lift Stay and Set Schedule for Bill of Costs Submissions (the "Joint Motion").

    Marie has no objection to lifting the stay or to the proposed schedule set forth in the Joint Motion. Marie reserves all rights regarding Defendants' anticipated bill of costs submissions.

    Respectfully submitted,

    */s/ Kevin L. Murphy*
Kevin L. Murphy (0021810)
J. Jeffrey Landen (0018174)
Nicholas R. Gregg (0095731)
MURPHY LANDEN JONES PLLC
2400 Chamber Center Drive, Suite 200
Fort Mitchell, KY 41017-0534
Tel: (859) 578-3060
Fax: (859) 578-3061
KMurphy@MLJfirm.com
JLanden@MLJfirm.com
NGregg@MLJfirm.com
*Counsel for Plaintiff Marie Joseph*

2

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Kevin L. Murphy*
Kevin L. Murphy
